**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| CHARGEPOINT, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SEMACONNECT, INC.,<br><br>    *Defendant*. | Civil Action No: 17-cv-3717 |

# [CORRECTED][1] MOTION FOR EMERGENCY INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 65, Plaintiff ChargePoint, Inc., by its undersigned attorneys, respectfully submits this Motion for Emergency Injunctive Relief against Defendant SemaConnect, Inc. The grounds and authorities for this Motion are set forth more fully in ChargePoint's accompanying Memorandum of Law and exhibits. ChargePoint is entitled to a temporary restraining order and preliminary injunction based on the unlawful actions of Defendant SemaConnect, Inc.

Accordingly, ChargePoint respectfully requests that this Court:

1)   Grant a temporary restraining order enjoining the defendant, its attorneys, officers, agents, servants, employees and all those in active concert or participation with them from infringing, inducing the infringement of, and contributorily infringing the Asserted Claims. Such infringement includes, but is not limited to, making, using, selling, offering for sale, importing, distributing, promoting, contracting, displaying, and/or advertising for sale anywhere in the United States or its territories: (i) any apparatuses, systems, and/or processes that include the elements, literally or under the doctrine of equivalents, of the Asserted Claims; and (ii) any apparatuses, electric vehicle charging systems, and/or electric vehicle charging

---

[1] The memorandum supporting this motion is substantively unchanged from the initial filing (ECF 2-1), but corrected to refer to the proper declarant, date of incorporation, and to add further identification of the dependent claims at issue.

      infrastructure that include electric vehicle charging stations currently marketed as SemaConnect ChargePro charging stations; and

2)    Grant a preliminary injunction enjoining the defendant, its attorneys, officers, agents, servants, employees and all those in active concert or participation with them from infringing, inducing the infringement of, and contributorily infringing the Asserted Claims.  Such infringement includes, but is not limited to, making, using, selling, offering for sale, importing, distributing, promoting, contracting, displaying, and/or advertising for sale anywhere in the United States or its territories: (i) any apparatuses, systems, and/or processes that include the elements, literally or under the doctrine of equivalents, of the Asserted Claims; and (ii) any apparatuses, electric vehicle charging systems, and/or electric vehicle charging infrastructure that include electric vehicle charging stations currently marketed as SemaConnect ChargePro charging stations.

Dated:  December 17, 2017                                                Respectfully Submitted,

                                                                                      */s/ Charles Klein*
                                                                                       Charles Klein (Fed. Bar No. 14504)
                                                                                       Zachary Cohen (Fed. Bar No. 20159)
                                                                                      Winston & Strawn LLP
                                                                                      1700 K St., N.W.
                                                                                       Washington, DC 20006
                                                                                      (202) 282-5000
                                                                                      cklein@winston.com
                                                                                      zcohen@winston.com

                                                                                      *Pro hac vice applications pending*

                                                                                      David S. Bloch
                                                                                      Michael Rueckheim
                                                                                      James Lin
                                                                                      Winston & Strawn LLP
                                                                                      275 Middlefield Road, Suite 205
                                                                                      Menlo Park, CA 94025-4004
                                                                                      (650) 858-6500
                                                                                      dbloch@winston.com
                                                                                      mrueckheim@winston.com
                                                                                      jalin@winston.com

                                                                                      *Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2017, the foregoing Motion for Emergency Injunctive Relief and supporting documents were served by email to Mahidhar Reddy, SemaConnect's founder, chief executive officer, and resident agent, at mreddy@semaconnect.com, and electronic filing.  I further certify that on December 18, 2017, the foregoing Motion for Emergency Injunctive Relief and supporting documents will be served by hand delivery to:

> SEMACONNECT, INC.,
> 4961 Tesla Drive,
> Bowie, MD 20715
> Attn: Mahidhar Reddy, Suite A

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              */s/ Charles Klein*
                                              Charles Klein (Fed. Bar No. 14504)
                                              Winston & Strawn LLP
                                              1700 K St., N.W.
                                              Washington, DC 20006
                                              (202) 282-5000
                                              cklein@winston.com

Dated:  December 17, 2017