**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| ChargePoint, Inc., | Civil Action No: |
| Plaintiff, | |
| v. | |
| SemaConnect, Inc., | |
| Defendant. | |

**DECLARATION OF DAVID L. ADAMS**
**IN SUPPORT OF MOTION FOR EMERGENCY INJUNCTIVE RELIEF**

I, David L. Adams, declare as follows:

1.      I am the Vice President of Finance at ChargePoint, Inc.  I have been with ChargePoint since 2014.  In this capacity, my responsibilities include directing and managing various finance-related tasks, such as financial planning and analysis, budgeting and financial forecasting functions, and assisting in management, development, and implementation of overall goals, objectives, and policies.  I have more than 20 years of experience as a business and finance professional.

2.      I submit this statement in support of ChargePoint's motion for a temporary restraining order and a preliminary injunction barring SemaConnect, Inc.

3.      ChargePoint develops, manufactures, and sells innovative EV charging infrastructure, including at least eight models of EV charging stations, and delivers services related to installation, set up, and ongoing maintenance of such infrastructure.  ChargePoint's EV charging infrastructure offerings also include software associated with the operation of the infrastructure, including software installed on EV charging stations.

4.      ChargePoint has created hundreds of jobs in the United States and has worked to ensure energy sustainability in locations across America.

5.      ChargePoint makes substantial investments in research and development in this industry.  Based at least in part on this research and development, ChargePoint has developed network-controlled EV charging infrastructure.

6.      ChargePoint is currently the market leader in the field of EV charging stations. ChargePoint offers the world's largest and most open electric vehicle charging station network, with more than 43,200 EV charging sites that provide real time availability status for charging stations, and is responsible for more than half of the EV charging infrastructure market due in large part to its superior technology and intellectual property.

7.      The network-controlled electric vehicle charging infrastructure developed by ChargePoint is attractive to customers and industry observers because it allows for efficient implementation of a whole host of new functionalities, including demand response, vehicle-to-grid charge transfer, and remote payment functionalities.

8.      SemaConnect is a competitor of ChargePoint.  SemaConnect offers an EV charging infrastructure including ChargePro EV charging stations and software for operating EV charging infrastructure.  Similarly, like ChargePoint, SemaConnect provides services related to installment, set-up, and ongoing maintenance of EV charging infrastructure.

9.      SemaConnect EV charging infrastructure products are also network-controlled and include at least demand response and remote payment functionalities.

10.     I have been informed that SemaConnect recently became the exclusive vendor for level-2 community EV charging stations for a program by Electrify America, a subsidiary of Volkswagen of America, known as the ZEV Investment Plan.  Given the importance of demand

2

response and remote payment functionalities to the industry and the customers, I believe that the presence of those features in SemaConnect's EV charging infrastructure was highly significant to Electrify America in choosing SemaConnect as the exclusive vendor of level-2 community charging stations.

11.     I have been informed that, under the ZEV Investment Plan, Electrify America will pay for SemaConnect to provide EV charging stations free of charge to customers, as well as to provide services related to the EV charging infrastructure free of charge for a period of multiple years. I have also been informed that Electrify America has allocated $85 million to providing free community charging stations to site hosts during the first cycle of the ZEV Investment Plan alone, and that a significant portion of that amount goes to SemaConnect as the exclusive provider of level-2 community charging stations.

12.     I have reviewed a recent SemaConnect promotional document available online at https://www.semaconnect.com/electrify-america/. The promotion indicates that SemaConnect has already begun accepting applications from site hosts for the first cycle of the ZEV Investment Plan, and that SemaConnect plans to start installing EV charging stations for the first cycle as soon as the first quarter of 2018 and finish installing all the charging stations for the first cycle by the third quarter of next year.

13.     I have also reviewed a recent SemaConnect public announcement available online at https://www.semaconnect.com/ea-cbre-2/. The announcement indicates that SemaConnect has already entered into at least one formal arrangement with a site host under the first cycle of the ZEV Investment Plan. Under the arrangement as announced, SemaConnect will provide $16 million for installing EV charging stations and providing network services and a hardware

warranty services for nine years free of charge in the next 90 days.  Electrify America will pay for these significant free installations.

14.     Price is an important factor to customers in the EV charging infrastructure market. The ZEV Investment Plan allows SemaConnect to provide EV charging infrastructure and related services free of charge.  Based on my experience with the EV charging infrastructure industry, this offering will take away substantial sales in infrastructure and related services from ChargePoint and will substantially reduce ChargePoint's market share.  It is almost impossible to effectively compete with free goods and services in this market.

15.     I believe that cycle 1 of the ZEV Investment Plan, if implemented, will no doubt enable SemaConnect to become a dominant participant in the EV charging infrastructure market at the expense of ChargePoint, whose market share will substantially erode.  Based on my projections, total US billings for level-2 community charging station infrastructure during the upcoming year is approximately $118 million, consisting of about $96 million for workplace and commercial sites and $22 million for multifamily sites.  This translates into about $29.5 million per quarter.  Under the ZEV Investment Plan's proposed SemaConnect installation program, SemaConnect may make available as much as $16 million *at CBRE locations alone* in the first quarter of 2018.  This alone would be enough to translate SemaConnect to a dominant market position, a change that would come at the expense of erosion of market position of ChargePoint as the market leader.

16.     Based on my experience with the EV charging infrastructure industry, as SemaConnect begins to provide EV charging infrastructure and related services free of charge under the ZEV Investment Plan, ChargePoint may be forced to cut its prices or reduce the scope

4

of its competition.  This will likely harm ChargePoint's revenue, profits, and ability to spend money on research and development and compete in this industry at a high level.

17.     In addition, a very substantial portion of ChargePoint's revenues comes from downstream sales.  That means that the value of each new customer is not measured merely by the revenues we generate at installation, but also downstream revenues that can last for many years.  Losing SemaConnect's "free" customers thus has long-term effects even greater than the immediate impact of lost sales.

18.     The EV charging infrastructure industry is a fast-moving industry.  Companies spend substantial sums of money on research and development, as research and development is critical to companies' ability to develop innovative products and succeed in the market.  Based on my experience with the industry, SemaConnect's increased revenue from the first cycle of the ZEV Investment Plan will allow it to increase its research and development spending, while ChargePoint will have to cut its research and development spending due to falling revenue resulting from its lost sales and eroding market position.  This will further harm ChargePoint and help erode its market position, while allowing SemaConnect to increase its market position in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in California this fifteenth day of December, 2017.

By: _____

David L. Adams

Vice President of Finance

ChargePoint, Inc.