IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CHARGEPOINT, INC.,<br>*Plaintiff,*<br><br>v.<br><br>SEMACONNECT, INC.,<br>*Defendant.* | Civil Action No.:<br><br>DEMAND FOR JURY TRIAL |

## <u>DECLARATION OF DAVID BAXTER</u>

I, David Baxter, declare as follows:

1.     I am a co-founder of ChargePoint, Inc. and have been Vice President of Hardware Engineering since 2007.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     I received a Bachelor of Science degree from the Engineering College at Cornell University in 1977.  I have held many technical positions throughout the course of my career, including at Adept Technology Inc. between 1988-1993 (last position as Vice President of Engineering), at 3Com Corporation between 1996-1998 (last position as Vice President Engineering, Network Systems Division) and at Jetstream Communications between 1998-2000 (last position as Vice President Engineering).

3.     I am the named inventor on many patents related to electric vehicle charging, including U.S. Patent Nos. 7,956,570 ("the '570 patent); 8,138,715 ("the '570 patent); 8,432,131 ("the '570 patent); and 7,450,967 ("the '570 patent) (collectively, "the Asserted Patents").

4.     I have spent a significant portion of my career focusing on electric vehicle charging stations, both as a technology innovator and as a product developer.  I co-founded ChargePoint in

2007 (founded as Coulomb Technologies, Inc.). As part of the founding team, I conceived of networked charging station architecture and products to solve the problems such as future scaling of charging infrastructure, providing for identification and authentication to support revenue models, allowing load management and demand response control, and allowing for remote management and administration.

5.      Prior to their invention by ChargePoint (then Coulomb) there were no networked electric vehicle charging stations, although non-networked electric vehicle charging stations had existed for many years. When ChargePoint (then Coulomb) introduced the idea, it was met with significant skepticism. The industry was very new and electric vehicles were not present on the roadways in any significant number. Additionally, the cost associated with providing network connections was viewed by many as a significant consideration against implementing the idea. I discussed the idea internally with technical and business employees, and the team prepared vision presentations explaining the many benefits that this concept could achieve. I include one such presentation as Exhibit A. Networked electric vehicle charging stations, while more expensive than non-networked stations, offer many benefits such as circuit and grid load management capabilities, remote monitoring and diagnostics, a method to pay for services at disparate locations, the ability to implement access controls and navigation services. Exhibit A at 7. We recognized, despite industry push-back, that the "convergence of networking technology and vehicle energy management technology creates an exciting business opportunity." *Id.*

6.      As a result of ChargePoint's efforts, the market is no longer skeptical about networked electric vehicle charging, and ChargePoint is now the undisputed market leader in the United States. In addition, ChargePoint has received many awards and industry recognition. In addition to being named one of Time Magazine's 50 top inventions for 2010, ChargePoint has won

awards such as the 2016 Edison Award (Electric Energy & Propulsion Systems category). Our inventions have been praised by organizations such as the United Nations, the World Economic Forum, CNET, CNBC, and Businessweek, among others. For example, CNET stated that "[t]hose at Coulomb Technologies envision a subscription model that would charge a premium for tapping into the grid during peak demand times. They also tout utility grid management technology. The company would provide charging stations with wireless communications, managing a mesh network to authenticate users, and manage energy flow and metering. Users, hosts, and utilities would access GPS-linked data online." Elsa Wenzel, *Coulomb Unveils Electric-Car Charging Stations*, CNET, July 22, 2008 (https://www.cnet.com/news/coulomb-unveils-electric-car-charging-stations). ChargePoint has also been a Global Cleantech winner six years in a row. Today, ChargePoint is the market leader for this industry and operates more than 43,200 electric vehicle charging sites that provide real time status monitoring.

7.      I understand that ChargePoint is filing herewith a litigation asserting that charging stations developed by SemaConnect infringe certain claims in the Asserted Patents. I am very familiar with SemaConnect's charging stations based on personal observation and from reviewing publically available information relating to the charging stations. I am very familiar with many different types of charging stations based on experience in this industry.

8.      I have been asked to compare certain claims of the Asserted Patents against publicly available information regarding SemaConnect's charging stations. I have provided that comparison below.

9.      With respect to the '570 patent claims 31:

| Claim Element | Accused Products |
|---|---|
| A network-controlled charge transfer system for electric vehicles comprising: | It is my belief that the Accused Products are networked-control charge transfer systems for electric vehicles. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: SemaConnect, *ESVE Basics*, available at https://www.semaconnect.com/charging-station-basics/ (Charging Stations "provide the electricity that is needed to recharge your vehicle"); SemaConnect, *About*, available at https://www.semaconnect.com/about-2/ ("Our ChargePro Charging Stations utilize CDMA and Zigbee Wireless technology and offer advanced features such as smart-grid integration"). |
| a server; | It is my belief that the Accused Products include a server. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: https://www.semaconnect.com/the-network/  Additionally, it is my belief that the Accused Products include a server in order to implement demand response using smart grid integration. *See, e.g.,* SemaConnect, *SemaConnect Partners with Mobile NOW to Permit EV Charging Payment by Cell phone with the ChargePro*, available at https://www.semaconnect.com/semaconnect-partners-with-mobile-now-to-permit-ev-charging-payment-by-cell-phone-with-the-chargepro/ ("smart grid integration [] for easy energy metering and demand response"). I came to this belief based on my observation |

| | |
|---|---|
| | of how a SemaConnect charging station operates and at least the material referenced above. |
| a data control unit connected to a wide area network for access to said server; and | It is my belief that the Accused Products include a data control unit that is connected to a wide area network for access to the server. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: SemaConnect, *Series 6 Smart EV Charging Stations*, available at https://www.semaconnect.com/wp-content/uploads/2017/11/2017_Series_6_EV_Charging_Station.pdf ("the Station communicates with the software and produces real-time data). |
| a charge transfer device, remote from said server and said data control unit, comprising: | It is my belief that the Accused Products include a charge transfer devices that are remote from the server. *See, e.g.,* Electric Vehicle Charging Station. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| an electrical receptacle configured to receive an electrical connector for recharging an electric vehicle; |   Reproduced from SemaConnect, *Commercial v. Personal EV Charging*, available at https://www.semaconnect.com/personal-2/ (hereinafter "SemaConnect Product Features")  It is my belief that the Accused Products include an electrical receptacle, *e.g.*, electrical receptacles A and B depicted above. The electrical receptacles are configured to receive an electrical connector, *e.g.*, electrical connector C received by electrical receptacle A and electrical connector D received by electrical receptacle B, for recharging an electric vehicle. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material shown above. |

| | |
|---|---|
| an electric power line connecting said receptacle to a local power grid; | <br><br>Reproduced from SemaConnect Product Features<br><br>It is my belief that the Accused Products include an electric power line, *e.g.*, electric power lines E and F, that connects the receptacles to an electric power grid G. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material shown above. |
| a control device on said electric power line, for switching said receptacle on and off; | I understand that a receptacle in the Accused Products can be on (*i.e.*, a state in which it transfers electric charge) or off (*i.e.*, a state in which it does not transfer electric charge). It is my belief that the Accused Products have a control device on the electrical power line for switching between the two states. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| a current measuring device on said electric power line, for measuring current flowing through said receptacle; | It is my belief that the Accused Products include a current measuring device on the electric power line for measuring the current flow. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: SemaConnect, *SemaConnect Congratulates California Utilities for Planned Build-Out of Electric Vehicle Charging Networks, Urges Regulatory Support*, available at https://www.semaconnect.com/press-release/semaconnect-congratulates-california-utilities-for-planned-build-out-of-electric-vehicle-charging-networks-urges-regulatory-support/ (hereinafter "*SemaConnect Press Release*") ("give utilities new demand response options that would enable greater use of renewables while minimizing peak demand"). It is also my belief that the Accused Products include the current measuring device, *e.g.*, for measuring current during peak hours and offering demand response options. |
| a controller configured to operate said control device and to monitor the output from said current measuring device; | It is my belief that the Accused Products include a controller configured to operate the control device and to monitor the output from the current measuring device, *e.g.*, with respect to instructing the control device to change the state of the receptacle and/or implement demand response options. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |

| | |
|---|---|
| a local area network transceiver connected to said controller, said local area network transceiver being configured to connect said controller to said data control unit; and | I understand that the Accused Products include smart grid integration capabilities by "send[ing] and receiv[ing] important energy usage information and allow[ing] for chargers to operate with more solar and wind energy as it comes onto the grid." *SemaConnect Press Release*. It is my belief that the Accused Products include a transceiver to at least perform these functions. *SemaConnect Product Brochure* (the charging stations include "wireless technology [that] The Station communicates with the software and produces real-time data."). <br><br> The SemaConnect Series 6 EV Charging Station is advertised as using "wireless technology" and advertises that "[t]he Network" is "what makes the ChargePro smart." <br><br>  <br><br>  <br><br> The ChargePro Charging Station Technical Specification confirm that each ChargePro is LAN-enabled and that up to 128 ChargePro Accused Devices can be networked together in a single LAN: |

| Network Specs | |
|---|---|
| Wide Area Network | Commercial CDMA or GPRS cellular network |
| Network Communication Protocol | TCP/IP |
| Network Security | HTTPS; 128-bit AES Encryption |
| Maximum Charging Stations per LAN | 128 |
| Smart Card Reader | ISO 15693 compliant |

|  | Thus, it is my belief that the Accused Products enable smart grid integration capabilities at least in part by communicating with the grid via a LAN, using the transceiver connected to the controller and being configured to connect the controller to the data control unit to facilitate communications between the controller and the data control unit. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material shown above. |
|---|---|
| a communication device connected to said controller, said communication device being configured to connect said controller to a mobile wireless communication device, for communication between the operator of said electric vehicle and said controller. | It is my belief that the Accused Products enable connection between a charging station and the mobile wireless communication device of an operator of an electric vehicle being charged. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: SemaConnect and Telit, *SemaConnect Plugs Telit CC864-DUAL and GC864-QUAD V2 Cellular Modules into ChargePro EV Charging Station*, available at https://www.telit.com/press-release/telit-and-semaconnect-lead-the-charge-in-powering-electric-vehicles/ ("Users can receive real-time emails and text messages regarding the charging status of their vehicle, enhancing consumer experience."). The Accused Products include a communication device. *SemaConnect Product Brochure* (the charging stations include "wireless technology [that] The Station communicates with the software and produces real-time data."). It is my belief that the communication device is connected to the controller and is used for communication between the operator and the controller. |

10.   With respect to the '570 patent claim 32, which specifies that "the wide area network" identified in Claim 31 "is the Internet," it is my belief that the Accused Products use a wide area network that is the Internet. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material:

| Network Specs | |
|---|---|
| Wide Area Network | Commercial CDMA or GPRS cellular network |
| Network Communication Protocol | TCP/IP |
| Network Security | HTTPS; 128-bit AES Encryption |
| Maximum Charging Stations per LAN | 128 |
| Smart Card Reader | ISO 15693 compliant |

11.     With respect to the '715 patent claims 1:

| Claim Element | The Accused Products |
|---|---|
| An apparatus, comprising: | It is my belief that the Accused Products include charging stations that are apparatuses. |
| a control device to turn electric supply on and off to enable and disable charge transfer for electric vehicles; | I understand that a charging station in the Accused Products can be on (*i.e.*, a state in which it transfers electric charge) or off (*i.e.*, a state in which it does not transfer electric charge). It is my belief that a charging station in the Accused Products has a control device on the electrical power line for switching between the two states. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| a transceiver to communicate requests for charge transfer with a remote server and receive communications from the remote server via a data control unit that is connected to the remote server through a wide area network; and | I understand that the Accused Products include smart grid integration capabilities by "send[ing] and receiv[ing] important energy usage information and allow[ing] for chargers to operate with more solar and wind energy as it comes onto the grid." *SemaConnect Press Release*. It is my belief that a charging station in the Accused Products include a transceiver to at least perform these functions. *SemaConnect Product Brochure* (the charging stations include "wireless technology [that] The Station communicates with the software and produces real-time data."). It is also my belief that the Accused Products enable smart grid integration capabilities by communicating with the grid, using the transceiver to facilitate communications between a data control unit that is network connected to a remote server. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material referenced above. |
| a controller, coupled with the control device and the transceiver, to cause the control device to turn the electric supply on based on communication from the remote server. | It is my belief that a charging station in the Accused Products includes a controller coupled with the control device and transceiver to cause the control device to turn the electric supply on based on communication from the remote server. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: For example, the Accused Products enable "smart grid integration [] for easy energy metering and demand response." *See, e.g., SemaConnect-Mobile NOW Announcement*. |

12.     With respect to the '715 patent claim 2, which adds to the apparatus in claim 1 "an electrical coupler to make a connection with an electric vehicle, wherein the control device is to turn electric supply on and off by switching the electric coupler on and off," it is my belief that the

Accused Products include an electrical coupler to make a connection with an electric vehicle so that the control device can turn electric supply on (*i.e.*, a state in which electric charge is transferred) and off (*i.e.*, a state in which electric charge is not transferred) by switching the electric coupler on and off. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation.

13.     With respect to the '131 patent claims 1:

| Claim Element | The Accused Products |
|---|---|
| An apparatus, comprising: | It is my belief that the Accused Products include charging stations that are apparatuses. |
| a control device to turn electric supply on and off to enable and disable charge transfer for electric vehicles; | It is my belief that a charging station in the Accused Products can be on (*i.e.*, a state in which it transfers electric charge) or off (*i.e.*, a state in which it does not transfer electric charge). It is also my belief that the a charging station in the Accused Products has a control device on the electrical power line for switching between the two states. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| a transceiver to communicate with a remote server via a data control unit that is connected to the remote server through a wide area network and receive communications from the remote server, wherein the received communications include communications as part of a demand response system; and | I understand that the Accused Products include smart grid integration capabilities by "send[ing] and receiv[ing] important energy usage information and allow[ing] for chargers to operate with more solar and wind energy as it comes onto the grid." *SemaConnect Press Release*. It is my belief that a charging station in the Accused Products includes a transceiver to at least perform these functions. *SemaConnect Product Brochure* (the charging stations include "wireless technology [that] The Station communicates with the software and produces real-time data."). It is also my belief that the charging station in the Accused Products enables smart grid integration capabilities by communicating with the grid, using the transceiver to facilitate communications between a data control unit that is network connected to a remote server. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material referenced above. |
| a controller, coupled with the control device and the transceiver, to cause the control device to modify the application of charge transfer based on the communications | It is my belief that a charging station in the Accused Products includes a controller coupled with the control device and transceiver to cause the control device to modify the electric supply based on received communications that are part of a demand response system. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: For example, the Accused Products enable |

| | |
|---|---|
| received as part of the demand response system. | "smart grid integration [] for easy energy metering and demand response." *See, e.g., SemaConnect-Mobile NOW Announcement.* |

14.     With respect to the '131 patent claim 8, a dependent claim that specifies that "the communications received as part of the demand response system" described in claim 1 "include power grid load data, and wherein the controller is further to manage charge transfer based on the received power grid load data," it is my belief that the Accused Products include power grid load data such that the controller is used to manage charge transfer based on the received power grid load data. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: *SemaConnect Press Release* ("send and receive important energy usage information and allow for chargers to operate with more solar and wind energy as it comes onto the grid").

15.     With respect to the '967 patent claim 1:

| Claim Element | Accused Products |
|---|---|
| A method in a server of a network-controlled charging system for electric vehicles, the method comprising: | It is my belief that the Accused Products are charge transfer systems for electric vehicles. *See, e.g.,* SemaConnect, *ESVE Basics,* available at https://www.semaconnect.com/charging-station-basics/ (Charging Stations "provide the electricity that is needed to recharge your vehicle"); *About SemaConnect* ("Our ChargePro Charging Stations [] offer advanced features such as smart-grid integration."). I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material referenced above.<br><br>Further, it is my belief that the Accused Products include electric vehicle charging stations that are network-controlled. I came to this belief based on my observation of how a SemaConnect charging station operates and at least the following material: *See, e.g., About SemaConnect* ("Our ChargePro Charging Stations utilize CDMA and Zigbee Wireless technology [].").<br><br>It is my belief that the Accused Products include a server. I came to this belief based on my observation of how a SemaConnect |

charging station operates and at least the following material:  *See, e.g., https://www.semaconnect.com/the-network/*



**The difference with the ChargePro**
**is its communication capabilities.**

Its geared with top of the line components that ensure reliable communication so you can
charge EVs more, worry less, and collect data more efficiently.

Additionally, I understand that the Accused Products use "smart grid integration [] for easy energy metering and demand response." *See, e.g., SemaConnect-Mobile NOW Announcement*.  It is my belief that the Accused Products use a server at least with respect to implementing demand response using smart grid integration.  I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material referenced above.

Moreover, it is my belief that the Accused Products allow a user to pay for charge transfer using a "SemaConnect Account," which is a "debit system" for payment.  SemaConnect, *FAQ*, available at https://www.semaconnect.com/faq/.  On information and belief, the Accused Products uses a server at least with respect to enabling payment using a SemaConnect Account.  I came to this belief based on my observation of how a SemaConnect charging station operates and at least the material referenced above.

| | |
|---|---|
| receiving a request for charge transfer for an electric vehicle at a network-controlled charge transfer device; | It is my belief that the Accused Products enable demand response using smart grid integration, through receiving a request for charge transfer for an electric vehicle at a network controlled charge transfer device, *e.g.*, an electric vehicle charging station.  I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |

| | Additionally, it is my belief that the Accused Products enable payment using a SemaConnect Account, through receiving a request for charge transfer for an electric vehicle at a network controlled charge transfer device, *e.g.*, an electric vehicle charging station. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
|---|---|
| determining whether to enable charge transfer; | It is my belief that the Accused Products enable demand response using smart grid integration, through determining whether to enable a charge transfer. For example, a charge transfer may be enabled when a grid is active, but not enabled when the grid is not active. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation.<br><br>Additionally, it is my belief that the Accused Products enable payment using a SemaConnect Account, through determining whether to enable charge transfer. For example, a charge transfer may be enabled when the user has a sufficient balance in its SemaConnect Account. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| responsive to determining to enable charge transfer, transmitting a communication for the network-controlled charge transfer device that indicates to the network-controlled charge transfer device to enable charge transfer; and | It is my belief that the Accused Products enable demand response using smart grid integration, through transmitting a communication, responsive to determining whether to enable a charge transfer, to the networked controlled charge transfer device, where the communication indicates to the network-controlled charge transfer device to enable electric charge. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation.<br><br>Additionally, it is my belief that the Accused Products enable payment using a SemaConnect Account, through transmitting a communication, responsive to determining whether to enable a charge transfer, to the networked controlled charge transfer device, where the communication indicates to the network-controlled charge transfer device to enable electric charge. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation. |
| transmitting a communication for the network-controlled charge transfer device to modify application of charge transfer as part of a demand response system. | It is my belief that the Accused Products enable demand response using smart grid integration, through transmitting a communication for the network-controlled charge transfer device to modify application of charge transfer as part of a demand response system. For example, when the server determines that the demand response system requires a voltage change, a communication is transmitted for the network-controlled charge transfer device to modify the charge transfer. I came to this belief based on my observation of |

how a SemaConnect charging station operates and at least its product documentation.

Additionally, it is my belief that the Accused Products enable payment using a SemaConnect Account, through transmitting a communication for the network-controlled charge transfer device to modify application of charge transfer as part of a demand response. For example, when the server determines that the balance in a user's SemaConnect Account has fallen below a sufficient amount and the server is unable to automatically recharge the SemaConnect Account, a communication is transmitted for the network-controlled charge transfer device to terminate the charge transfer. The communication is part of a demand response system that determines the price of charge transfer and the available debit balance in a SemaConnect Account. I came to this belief based on my observation of how a SemaConnect charging station operates and at least its product documentation.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Campbell, California on December 15, 2017.

Dated:   December 15, 2017

By: _____
     David Baxter

# EXHIBIT A

# Coulomb Technologies

## www.coulombtech.com

### Fueling the Electric Transportation Industry


COULOMB

# Electric Vehicles are Coming

 

**Plug-in Prius in 2009**

 

**BMW Mini in 2009**

 

**Chevy Volt in 2010**
**Saturn Vue in 2010**

 

**Mercedes in 2010**

 

**Nissan BEV in 2010**



COULOMB

# People are beginning to see it

**"We believe Plug-in Hybrid Electric Vehicles have the potential to revolutionize the auto industry" - Morgan Stanley**



COULOMB

# But where will we fuel them?

**There are 247M Cars but only 53M Garages In the U.S.**



**so…**

**Coulomb sells charging stations and the ChargePoint Network for cars that are parked at apartments, condominiums, curbside and at the workplace**





COULOMB

# Smartlet™ Charging Stations & ChargePoint™ Portals



Coulomb Technologies

# We'll need charging stations where people sleep and work



**Coulomb Revenue Breakdown - Rapid Growth**

profitability

- Charging Station Revenue to Coulomb
- Subscription Revenue to Coulomb
- Maintenance Contract Revenue to Coulomb
- TOTAL Vehicle-Related Revenue

**We sell charging stations for curbside and parking lots and…**

**We sell subscriptions to drivers so they can use the stations**

It's a low fixed cost, highly profitable business



COULOMB

# What Coulomb Brings Uniquely

❑ Through networking we bring to the fueling business:

- ▪ A method to pay for electricity, maintenance, and capital
- ▪ A value proposition for someone buying a station (a host)
- ▪ Grid load management capabilities – solving utility concerns
- ▪ Authorized energizing eliminates energy theft
- ▪ Authorized energizing  increases safety and reduces liability
- ▪ Remotely resettable Ground Fault Interrupter
- ▪ Elimination of cord theft
- ▪ Circuit load management capabilities
- ▪ Remote monitoring and diagnostics
- ▪ The ability for the driver to find and navigate to available idle stations

> The convergence of networking technology and vehicle energy management technology creates an exciting business opportunity



COULOMB

# Competition

| Station Capabilities | Coulomb Smartlets | Clipper Creek | Better Place Charge Spots | Elektromotive | EDF | ShorePower | Free Outlet |
|---|---|---|---|---|---|---|---|
| **Charges J1772 cars** | √ | √ | √ | | | | |
| **Charges 110V** | √ | | | | | √ | √ |
| **Provides revenue to pay for electricity and maintenance** | √ | | | | | | |
| **Remote maintenance, monitoring, and GFCI** | √ | | | √ | | | |
| **Smart Grid Enabled** | √ | | | | | | |
| **Provides revenue to station owner** | √ | | | | | | |
| **Cord Security, Authorization for energizing** | √ | | | √ | √ | | |
| **Navigation to available station** | √ | | | | | | |
| **Fleet charging management** | √ | | | | √ | | |
| **Requires Engineering in Car** | | | | | √ | | |

## Features in blue require networking



COULOMB

# Company Status

- **Our hardware and software prototypes are in test and schedule for Q4 2008 delivery**

- **We have relationships with Automakers, Utilities, Cities, Technology Partners and Distributors**

- **We are looking for Series A funding**


















COULOMB

# The Executive Team

Successful Networking Company Entrepreneurs and Executives, with Municipal Government Experience

- ❑ **Richard Lowenthal, CEO**
  - ▪ GM & VP Cisco Systems, VP R&D StrataCom, VP Engineering Convergent Technologies, Mayor of Cupertino
- ❑ **Praveen K. Mandal, President**
  - ▪ VP R&D Lucent Technologies, VP R&D Riverstone Networks, CEO Pipal Systems
- ❑ **Mike Harrigan, Vice President of Business Development**
  - ▪ VP Sales, Marketing and Customer Service Tesla Motors, VP Shoreline Communications, Founding CEO Network Computing Devices
- ❑ **Tom Tormey, Vice President of Product Management**
  - ▪ VP Engineering Invensense, VP Engineering Echelon, VP Marketing & Sales DesignTech
- ❑ **Dave Baxter, Vice President of Hardware Engineering**
  - ▪ VP Engineering 3Com, VP Engineering Adept Technology, Mayor of Monte Sereno
- ❑ **Harjinder Bhade, Vice President of Software Engineering**
  - ▪ Sr. Director Software, Lucent, Riverstone, Pipal, Pluris, ZeitNet

- ❑ **16 years of municipal government experience**

COULOMB