# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ChargePoint, Inc.

**Plaintiff**

vs.   Case No: 8:17-cv-03717-MJG

SemaConnect, Inc.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Isaiah Lynch, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, Attachments, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/18/2017 at 3:10 PM, I served SemaConnect, Inc. c/o Mahidhar Reddy with the Summons, Complaint, Attachments, and Civil Cover Sheet at 4961 Tesla Drive, Suite A, Bowie, Maryland 20715 by serving James Wright, Director of Operations, authorized to accept service.

James Wright is described herein as:

Gender: Male   Race/Skin: Black   Age: 50   Weight: 200   Height: 5'8"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

_12-19-17_
Executed On

_Isaiah L._
Isaiah Lynch

Client Ref Number: N/A
Job #: 1537604

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050