IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARGEPOINT, INC.            *

      Plaintiff            *

    vs.                  * CIVIL ACTION NO. MJG-17-3717

SEMACONNECT, INC.            *

      Defendants           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER RE: HEARING</u>

A hearing on the Plaintiff's Motion For Emergency Injunctive Relief [ECF No. 7] shall be held in Courtroom 5C, United States Courthouse, 101 W. Lombard St., Baltimore, MD 21201 at 11:00 a.m. on Friday, December 22, 2017.

Defendant SemaConnect, Inc. must be represented at the hearing by an attorney admitted to the Bar of the Court. Defendant's counsel may make arrangements to appear by telephone if necessary.

Plaintiff shall promptly provide Defendants with a copy of this Order.

SO ORDERED, on <u>Wednesday, December 20, 2017</u>.

                                                   /s/
                                      Marvin J. Garbis
                           United States District Judge