IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARGEPOINT, INC.                    *

          Plaintiff              *

          vs.                    *  CIVIL ACTION NO. MJG-17-3717

SEMACONNECT, INC.                    *

          Defendants             *

*       *       *       *       *       *       *       *       *

MEMORANDUM & ORDER RE: TEMPORARY INJUNCTION

The Court has before it Plaintiff's Corrected Motion for Emergency Injunctive Relief [ECF No. 7] and the materials related thereto.  The Court has held a hearing and has had the benefit of the arguments of counsel.  For the reasons stated on the record of the proceedings held on Friday, December 22, 2017, the Court shall DENY Plaintiff's motion.

Plaintiff, ChargePoint, Inc. ("ChargePoint") owns United States Patent Nos. 7,956,570 (the "'570 Patent"); 8,138,715 (the "'715 Patent"); 8,432,131 (the "'131 Patent"); and 8,450,967 (the "'967 Patent") (collectively, the "Asserted Patents"), which relate to electric vehicle ("EV") charging technology.  In its Complaint [ECF No. 1], ChargePoint alleges that Defendant, SemaConnect, Inc. ("SemaConnect") is infringing the Asserted Patents and specifically asserts two claims of each patent in Counts I to IV. Compl. ¶¶ 38-39, 49-50, 60-61, 71-72, ECF No. 1.

SemaConnect denies that its EV charging products infringe ChargePoint's patents and contends that the Asserted Patents are invalid under at least 35 U.S.C. § 101.  The Court GRANTS Defendant's request to file a dismissal motion based on invalidity.  The motion shall be promptly resolved, and if denied, a scheduling order for expedited discovery and trial shall be issued.

Accordingly,

1.  Plaintiff's Corrected Motion for Emergency Injunctive Relief [ECF No. 7] is DENIED.

2.  Defendant shall file by January 8, 2018, a Motion to Dismiss based on invalidity under 35 U.S.C. § 101.

    a.  Defendant shall also identify which limitations of Plaintiff's asserted claims are not infringing.

    b.  Plaintiff shall respond to Defendant's motion by January 15, 2018.

    c.  Defendant may reply by January 18, 2018.

    d.  A hearing shall be scheduled by further Order.

SO ORDERED, on Thursday, December 28, 2017.

_____/s/_____
Marvin J. Garbis
United States District Judge