**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| CHARGEPOINT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 8:17-cv-03717-MJG |
| SEMACONNECT, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**DEFENDANT SEMACONNECT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendant SemaConnect, Inc. ("SemaConnect") moves to dismiss the Complaint of Plaintiff ChargePoint, Inc. ("ChargePoint") for failure to state a claim upon which relief can be granted because the eight asserted claims—claims 31 and 32 of U.S. Patent No. 7,956,570 (Dkt. 1-1); claims 1 and 2 of U.S. Patent No. 8,138,715 (Dkt. 1-2); claims 1 and 8 of U.S. Patent No. 8,432,131 (Dkt. 1-3); and claims 1 and 2 of U.S. Patent No. 8,450,967 (Dkt. 1-4) (collectively, "the Asserted Claims")—are directed to patent-ineligible subject matter and thus invalid under 35 U.S.C. § 101. The grounds and authorities for this Motion are set forth more fully in SemaConnect's accompanying Memorandum of Law and exhibits thereto.

Accordingly, SemaConnect respectfully requests that this Court find that ChargePoint's Asserted Claims are invalid under 35 U.S.C. § 101 and that this Court dismiss ChargePoint's Complaint (Dkt. 1) with prejudice for failing to state a claim upon which relief can be granted.

DATED:  January 8, 2018                    Respectfully submitted,

                                           */s/ Alan L. Whitehurst*

                                           Alan L. Whitehurst
                                           DC Bar No. 484873 (admitted *pro hac vice*)
                                           alanwhitehurst@quinnemanuel.com
                                           Marissa R. Ducca
                                           DC Bar No. 979328 (admitted *pro hac vice*)
                                           marissaducca@quinnemanuel.com
                                           Deepa Acharya
                                           DC Bar No. 267654 (admitted *pro hac vice*)
                                           deepaacharya@quinnemanuel.com
                                           Scott E. Lerner
                                           MD Bar No. 13327
                                           scottlerner@quinnemanuel.com
                                           QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
                                           777 6th St., N.W., 11th Floor
                                           Washington, DC 20001
                                           Tel: (202) 538-8000
                                           Fax: (202) 538-8100

                                           Sean S. Pak
                                           CA Bar No. 219032 (admitted *pro hac vice*)
                                           QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
                                           50 California Street, 22nd Floor
                                           San Francisco, CA 94111
                                           Tel: (415) 875-6600
                                           Fax: (415) 875-6700

                                           *Attorneys for Defendant SemaConnect, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on January 8, 2018.

/s/ Alan L. Whitehurst_____
Alan L. Whitehurst