# EXHIBIT 9



# PosiNET: Fleet Performance Management for your Fast-Charged Vehicles

PosiNET is the most comprehensive fleet management tool for the fast charged operation. Built on a unique system architecture that links all fast chargers together into a single network, PosiNET automatically captures and analyzes operational data, and then presents actionable fleet usage and warranty compliance reports, thereby empowering operations professionals to manage their fleets effortlessly by alert and exception. PosiNET provides the right data, in the right format, and at the right time to enable true fleet management.



### WITH POSINET, FLEET DATA IS ACTIONABLE

- Email alerts and exception notifications provide instant information on the health and treatment of the fleet so issues can be corrected before they cause productivity losses.
- Historical and predictive reports provide concrete information for training your operators, optimizing the distribution of vehicles throughout your facility, and planning for future orders or expansions.
- Real time views of your fleet allow you to immediately identify compliance problems, explore causes, and provide on-the-spot guidance to your operators.





### WITH POSINET, FLEET DATA IS AUTOMATIC

- Charger and battery data are automatically downloaded from the charger and uploaded to the PosiNET Data Center for processing. No manual download procedures are required.
- Nineteen pre-defined reports are available without even touching a button. Scheduled weekly, monthly or annual reports on fleet activities are sent directly to any Internet-accessible email account.
- User- and location-level filtering provides only the most useful reports based on user roles and responsibilities.



### WITH POSINET, FLEET DATA IS ACCESSIBLE

- Web-based system architecture allows access to operations information from any place in the world
- Simple, intuitive controls allow the user to rapidly navigate to the information they need.
- Optional third-party access to fleet data can dramatically improve service response time. Battery and charger service personnel can review data in order to identify issues, remotely diagnose, and provide fast solutions, minimizing downtime and maximizing productivity.

**FOR MORE INFORMATION, CONTACT:**
**BRAD JUHASZ**
(t) 626.357.9983 x 729
(e) juhasz@avinc.com

©AeroVironment, Inc. 2006

PosiCharge™  181 W. Huntington Dr., Suite 202, Monrovia, CA 91016
(p) 626.357.9983 x740   (f) 626.359.1894   www.posicharge.com / info@posicharge.com

