IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CHARGEPOINT, INC.,<br>*Plaintiff,*<br><br>v.<br><br>SEMACONNECT, INC.,<br>*Defendant.* | Civil Action No.: 8:17-cv-03717-MJG |

### SUPPLEMENTAL DECLARATION OF DAVID BAXTER

I, David Baxter, declare as follows:

1.       I previously provided my background in my declaration in support of ChargePoint's Memorandum in Support of Motion for Emergency Injunctive Relief (Dkt. 7-3) and incorporate that declaration by reference here. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.       I have reviewed SemaConnect's Memorandum in Support of Its Motion to Dismiss for Failure to State a Claim (Dkt. 41-1) and the supporting exhibits. I also have reviewed SemaConnect's Identification of Non-Infringement Defenses (Dkt. 42). I submit this declaration to address mischaracterizations about the state of the art and my prior declaration made by SemaConnect in its Motion to Dismiss and its Non-Infringement Defenses.

3.       First, SemaConnect fails to appreciate the difference between a *payment* network and an *electric vehicle charging* network. Allowing a user to pay for charge at an individual electric vehicle charging station is entirely different from the networked electric vehicle charging stations disclosed in the Asserted Patents. In prior electric vehicle charging stations, the payment "network" is a completely separate credit card network that allows for credit card companies to

authorize payment at the local charging station. The network disclosed in the Asserted Patents connects EV charging stations to a remote server that in turn connects to, for example, utility companies for real-time power load management, credit card companies for authorizing payment, and financial institutions or intermediaries for debiting payment.

4.     An important distinction between a mere payment network and an EV charging station network is that an EV charging station network can move the decision to enable electric charge transfer, and how much charge energy to transfer, from the point of sale (at the charge station) to a remote server. Moving this decision-making responsibility to a remote server in turn enables a single remote server to be updated about a large number of factors that affects multiple networked charging stations—including customer-centric information (subscription, etc.), location, payment, and grid-load information—*before* enabling a charge transfer request at any specific charging station. Access to this type of information is not available to a local EV charging station, even one configured to let a user pay for a charge by credit card.

5.     Using our inventions, the owner/operator of a charging station or network of charging stations (what we refer to as the "site host") has an array of technical options not available in prior art systems. The site host can identify individual customers and treat them differently (so, for example, it can provide discounts to residents versus visitors at an apartment complex, or charge a driver using a retail store's EV charging station based on how much that particular driver has used at that store's charging stations during the last 24 hours); it can reserve charging slots for particular customers at particular times (and enable a charging session only for that customer); it can redirect users to other charging stations if the closest stations to the customer are fully occupied, or tell those customers when a charging slot will become available (considering that the average time a station is busy is about 4.2 hours, it is important to drive only to stations that are

not in use); and it allows the site host to remotely manage geographically dispersed charging stations without the need for "gas station attendants." The remote server also can take into account driver profile information in making decisions about payment, demand response, load management, and charge scheduling—something a mere credit card validation can never do.

6.      This paradigm shift, moving decision-making responsibility from a local charging facility to a centralized networked server, lets a site host better manage and control its charging stations. A connected network of charging stations also enables end users to more efficiently find a place to charge electric vehicles and manage the associated costs.

7.      Further, the Asserted Patents address problems associated with grid stability in times of peak electricity demand by allowing network-controlled electric vehicle charging stations to communicate with power grids and control whether and how EVs are charged according to a demand-response system, and whether and how EVs provide a charge to the power grid through a vehicle-to-grid (V2G) system, functionalities that are critical to maintaining the stability of modern electric grids.

8.      Second, SemaConnect is mistaken when it suggests that our inventions are implemented using general-purpose computers. It likewise misreads my first declaration to suggest that the charging stations envisioned in our inventions are identical to prior art (non-networked) charging stations. In fact, to implement the advancements over existing electric vehicle charging stations, the Asserted Patents disclose the use of very specialized devices. As an example, the specification describes the exemplary Smartlet™ device as a non-limiting example of a charging station system practicing ChargePoint's patents. A Smartlet™ device is not a general-purpose computer that is designed ready to run common software programs. Rather, a Smartlet™ device is a ChargePoint-made network-controlled electric vehicle charge transfer

device, *e.g.*, an electric vehicle charging station, that the company rolled out in 2008.  It is described in part here:  https://www.chargepoint.com/about/news/coulomb-technologies-announces-new-smart-charging-infrastructure-plug-vehicles/.  The Asserted Patents provide an example embodiment of the inventions using the Smartlet™.  The Smartlet™ is a device with a controller running customized software.  That controller is not programmable or otherwise accessible to an end user.  Figure 3 (reproduced below) of the '715 patent's specification shows an example embodiment of a Smartlet™ controller, including "an electrical receptacle 112, a lockable cover 1125 over the electrical receptacle 112, a control device 171, a current measuring device 172, an electric power line 170, a controller 111, a display unit 113, a vehicle detector 115, a WLAN transceiver 181, an alternating current line transceiver 182, a WPAN transceiver 191 and an RFID transceiver 192." '715 patent at 4:1-16.



FIGURE 3

9.      Next, SemaConnect is incorrect to claim that our patents somehow preempt the entire EV charging station industry.  As I know firsthand from my many years in the industry, the electric vehicle charging industry includes many other manufacturers, *e.g.*, ClipperCreek, that exclusively manufacture and sell non-network-controlled charging stations and believe those types

of charging stations offer advantages in reduced cost and complexity. Such competitor companies prefer non-network-controlled charging stations because they consider them easier and cheaper to manufacture (they do not contain networking hardware or software) and sometimes are supplied to site hosts at lower prices.

10.     The state of the art at the time of our inventions was to have charge transfer requests handled locally at each charging station. Each EV charging station would commonly begin power transfer as soon as the electric vehicle was plugged into the charging station. To shift charging to a time when electricity rates were lower, the charging stations would have an electrical signal hard-wired to the charging station to control on and off, typically from a timer. This is how EVI—now ClipperCreek—designed its charging stations in the past and how they operate today. *See, e.g.,* Exhibit 1 (a true and correct copy of an EVI DS-100 User Manual) at pp. 11, 16.

11.     Lastly, SemaConnect is wrong to say that all four of the Asserted Patents are directed to the same invention, or that claim 1 of the '715 patent is "representative" of the seven other Asserted Claims. In fact, each of the claims in the '715, '570, '131, and '967 patents are directed to separate inventions. For example, prior to claims 31 and 32 of the '570 patent, there were no electric vehicle charging stations that included the use of a wide area network and a current measuring device. The combination of these elements allows electric vehicle charging stations to be controlled and to report current measurements to a site host that is not physically near the charging stations.

12.     Prior to claim 1 of the '131 patent, the use of a wide area network to individually control an EV charging station as part of a demand-response system did not exist. The ability "to modify the application of charge transfer based on the communication received as part of the demand response system" was completely novel at the time. Further, prior to claim 8, there were

not any charging stations that allowed power grid load data to be transferred to the EV charging station, nor an EV charging station controller that managed the electric charge transfer based on that grid load data.  The distributed control between the electrical vehicle charging station, the remote server, and the demand-response system was a technological breakthrough that did not exist for electric vehicle charging stations before these inventions.

13.     In addition to the advancements discussed above for the '715, '570, and '131 patents, claims 1 and 2 of the '967 patent added the ability of the remote server to include validating a payment source for charge transfer for a network of charging stations, as opposed to being limited to payment transactions only at a local charging station.

14.     Exhibit 2 is a true and correct copy of the excerpt from *Time Magazine* naming ChargePoint's inventions one of the 50 best inventions of 2010.

15.     Exhibit 3 is a true and correct copy of Michael Kent, *Lean and Mean: The EV Charging Pioneers at ClipperCreek*, CHARGED (Jan. 28, 2014).

16.     Exhibit 4 is a true and correct copy of Charles Morris, *ClipperCreek Adds ChargeGuard Access Control Option to Its HCS Series Charging Stations*, CHARGED (May 11, 2016).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in Campbell, California on January 15, 2017.

Dated:  January 15, 2017                                      By: _____
                                                                                David Baxter

# Baxter Exhibit 1

**SINGLE CHARGING STATION** *DS-100*



# DS-100
# User's Manual

• • • • • • •



ELECTRIC VEHICLE INFRASTRUCTURE, INC.
11839 INDUSTRIAL COURT ~ AUBURN, CA 95603



ELECTRIC   VEHICLE   INFRASTRUCTURE,   INC.
11839 INDUSTRIAL COURT  ~  AUBURN, CA 95603

DS-100 User's Manual

## PLEASE NOTE

This user's manual includes the latest information at the time of printing. Electric Vehicle Infrastructure, Inc. (EVI) reserves the right to make changes to this product without further notice. Changes or modifications to this product by other than an authorized service facility could void the product warranty.

If you have questions about the use of this product, contact your customer service representative. Refer to the Customer Support section located in this guide.

# CONTENTS

IMPORTANT SAFETY INSTRUCTIONS
    Safety Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

OPERATION
    Front Panel . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . 3
    In Case of Difficulty. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

FEATURES
    Personal Protection System . . . . . . . . . . . . . . . . . . . . . . . 5
    Ground Monitor Circuit . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Auto-Reclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Off-Peak Charging . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Power Outage Restore . . . . . . . . . . . . . . . . . . . . . . . . . 5
    External Error Indication . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Maintenance Current . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

INSTALLATION
    Service Connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Mounting Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Wiring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Testing After Installation. . . . . . . . . . . . . . . . . . . . . . . . . . 12

FOR THE SERVICE TECHNICIAN . . . . . . . . . . . . . . . . . . 13

SPECIFICATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

FCC INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

WARRANTY INFORMATION . . . . . . . . . . . . . . . . . . . . . . 17

CUSTOMER SUPPORT . . . . . . . . . . . . . . . . . . . . . . . . .19

MAINTENANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

DS-100 User's Manual, Version 1.0, August, 2002
Copyright © 2002. Electric Vehicle Infrastructure, Inc.
All rights reserved. Printed in the USA.

DS-100 User's Manual

# IMPORTANT SAFETY INSTRUCTIONS

Carefully read these instructions and the charging instructions in your vehicle owner's handbook before charging your electric vehicle.

The following symbols may be found in your handbook or on labels affixed to your conductive charge station:

**Note**  *This means pay particular attention.* Notes contain helpful suggestions.


**Caution**  *This symbol means be careful.* You are capable of doing something that might result in damage to equipment.


**Warning**  *This symbol means danger.* You are in a situation that could cause bodily injury. Before you work on any electrical equipment, be aware of the hazards involved with electrical circuitry and standard practices for preventing accidents.

## Safety Guidelines

- Use this charge station to charge electric vehicles equipped with a *conductive charge port only*.  See the vehicle's owner's handbook to determine if the vehicle is equipped with a conductive charge port.

- Make certain the charge station's supply cable is positioned so it will not be stepped on, tripped over, or otherwise subjected to damage or stress.

- There are no user serviceable parts inside. Refer to the Customer Support section in this manual for service information.  Do not attempt to repair or service the charge station yourself.

- Do not operate your charge station with a visibly damaged supply cable or charge station. Contact your Service Representative for service immediately. Refer to the Customer Support section in this manual for information on the Service Representative in your area.


**Warning:** Turn off input power to your charge station at the circuit breaker panel before servicing or cleaning the unit.

- VENTILATION: Some electric vehicles require an external ventilation system to prevent the accumulation of hazardous or explosive gases when charging indoors. Check the vehicle's owner's handbook to determine if your vehicle requires ventilation during indoor charging.

**Note**  Those vehicles which follow the SAE J1772 standard for communication with the charging station can inform the DS-100 that they require an exhaust fan. The DS-100 is not equipped to control ventilation fans.  If an exhaust fan is requested, the DS-100 will not charge the vehicle.  If this function is required, ask your EVI representative for information on the EVI ICS-200B, which has the exhaust fan control feature.


**Caution: DO NOT** charge your vehicle indoors if it requires ventilation. Contact your Service Representative for information.

# OPERATION

The DS-100 Electric Vehicle Charging Station is a conductive charge station that provides the electric vehicle (EV) user with a safe and manageable link between the power grid and the EV.

*Figure 1. The DS-100 Front Panel*



The DS-100 Electric Vehicle Charging Station is very easy to use. Just remove the charging connector from its holder, and plug it into the vehicle's charge port. Upon insertion, push down on the handle to lock it into place. Normally, the vehicle will immediately request a charge using a special communication line in the cable, and the contactor inside the DS-100 can be heard closing. The green Charging light will come on, and charging will begin. After an average driving day, it will require several hours to recharge completely. Charging overnight is the most convenient way to maintain healthy batteries and ensure the vehicle's full range will be available for the next day.

To remove the connector from the vehicle, depress the button in the middle of the handle to release the connector. When not in use, store the connector in the Charging Station's connector holder.

## Front Panel

The front panel has a GREEN and a RED light to indicate the status of the DS-100. The operational state of the unit can be known just by looking at the panel lights, and comparing them with table 1 on page 4.

*Table 1. Front Panel Indicators*

| (Green) | (Red) | |
|---------|-------|---|
| CHARGING | PROTECTION | STATUS of DS-100 |
| -- | -- | not connected, or vehicle not requesting charge |
| lit | -- | charging |
| -- | lit | ground fault tripped, ground missing, or service required |
| lit | lit | problem on vehicle |
| blink | -- | Charging is disabled by external Timer or unit is in Power Outage Restore mode |

Note: in the table above, a (--) symbol indicates the LED is off.

## In Case of Difficulty

EVI recognizes that this Charging Station will be heavily relied upon to charge your electric vehicle for daily transportation needs. Therefore, every effort will be made to restore service should problems arise.

In the event of a problem, charging will stop and the red Protection light will come on. If this happens, please try the two simple steps below before calling your Field Service Representative.

1. Remove the cable connector from the vehicle socket. The red Protection light may go out. If it *does* go out, plug the connector back into the socket, and see if charging begins normally.

2. If the red Protection light *does not* go out when the connector is removed, be sure the connector is removed from the vehicle socket and switch off power at the circuit breaker feeding power to the DS-100. Wait a few seconds and switch the circuit breaker back on again. If the Protection light does not come back on, re-connect the cable to the vehicle. Charging should begin normally. If charging does not begin, or if the Protection light comes back on, call for Field Service.

The information gained by the above steps will help the Field Service Representative decide what the problem is, and how best to get your DS-100 operational again as quickly as possible.

# FEATURES

The following features are supported by the DS-100:

**Personal Protection System:** Ground Fault protection with Self-Testing and Auto-Reclosure (see below), no manual resetting or testing is necessary.

**Ground Monitoring Circuit:** Constantly checking for the presence of a Safety Ground connection.

**Auto-Reclosure:** If a problem occurs that interrupts charging, the unit will automatically clear all error indications after 5 minutes, and attempt to begin charging again. If the problem is immediately sensed a second time, it will wait another 5 minutes and try again. This process will repeat several times, at which point power will be removed and no further attempt will be made. The red front panel Protection LED will be lit.

This feature helps ensure that your vehicle will be charged and ready for use when needed. Temporary problem indications such as ground-faults or utility power surges can be overcome automatically without the need for the user to manually re-initiate charging.

**Off-Peak Charging:** for this feature, you must have an external timer installed (purchased separately), and also have your local utility install a special Time of Use meter. Many utilities plan to give very low rates to those EV owners who charge in the late evening. If a timer is installed, you do not have to wait until the late evening to plug the DS-100's connector into the vehicle. You may plug in at any time. Even though the vehicle may immediately request a charge, the timer will cause the DS-100 to delay energizing the cable until the off-peak hours when most electric utilities have light demand. With this feature, the green Charging light will be blinking while the vehicle is waiting for the timer to allow charging. If this feature is desired, please call your local utility to be sure the Time of Use meter is available in your area before having the timer installed. Technical information to help connect the timer to the DS-100 can be found in the section titled Specifications on page 15 in this manual.

**Power Outage Restore:** This feature is built-in to the DS-100, but will only be apparent when the utility power fails during charging. If the charging connector is still plugged into the vehicle when utility power is restored, the green Charging light will blink and the unit will not energize the cable for a random time between 2 and 12 minutes. This is to prevent the utility's grid from experiencing a large surge at turn-on, allowing EV's in the area to begin drawing current at random times rather than all at once.

Note: The user does not need to be concerned that the vehicle needs attention after a power outage. The DS-100 will automatically resume charging when power is restored.

**External Error Indication:** Whenever the red Protection LED is lit, a relay on the board will provide a contact closure that can be used to remotely indicate that a problem exists. A fleet vehicle yard, for example, could use this feature to light a lamp or ring a bell in the main office, letting them know immediately that a vehicle has a charging problem. This early warning helps assure that each vehicle will be properly charged and ready for use when needed.

**Maintenance Current:** If the unit is set up for Off-Peak Charging as described above, normal charging current cannot be drawn by the vehicle until the Off-Peak hours. However, the DS-100 can be set up to allow a minimum amount of current while waiting for the timer to allow full-rate charging. This is known as Maintenance Current, used for all power needs on the vehicle except charging the main battery pack. An example would be preheating the cab, or keeping the auxiliary battery topped off. As in the Off-Peak mode above, the green Charging light will flash if the vehicle is connected and waiting for the timer to allow charging. The contactor will close immediately to supply this small amount of power, but the main battery pack will not be allowed to charge.

The Maintenance Current feature can be selected by connecting the Timer's control wire to the High/Low pin on the 4-terminal Terminal Block. Connecting to the High/Off pin will remove all power from the vehicle until the Off-Peak Charging time arrives. The correct pin can easily be identified by looking at the wiring diagram for the DS-100 on page 11. The other two pins on the terminal block are the relay contacts for the External Indicator.

In summary, making the best use of the Maintenance Current feature will require the following:
1. Installation of a Time-Of-Use meter by the electric utility.
2. Installation of a clock/timer to allow the DS-100 to charge only during the Off-Peak hours.
3. Connecting the timer's control wire to the High/Low pin on the Terminal Block.

# INSTALLATION
## Service Connections

 **Caution**   This is a single-phase device. Do not connect all 3 phases of a 3-phase feed !!!   You may use any two phases of a 3-phase wye-connected feed.  The center-point of the 3 phases (usually used as Neutral) must be grounded somewhere in the system. A current-carrying Neutral is not needed by the DS-100. Only Line 1, Line 2, and Ground are required, as shown in Fig 3.

 **Caution**   The two phases used must each measure 120V to Neutral.  Earth Ground must be connected to Neutral at only one point, usually at the Service Entry Breaker Panel.

 **Caution**   If a 240V 3-phase feed is from a Delta-connected secondary, the leg used must have a center-tap.  That tap must be Grounded.  Only the two phases either side of the center-tapped leg can be used.  See Fig. 4 below.

 **Caution**   Warranty is void if this unit is wired improperly

 **Warning**   Only a qualified electrician should perform the installation. The installation must be performed in accordance with all local electrical codes and ordinances.

Only 3 wires are connected, but care must be taken that the service transformer secondary connection is definitely known, and the 3 wires from the main circuit breaker panel are connected and labeled correctly.  Figures 2, 3, and 4 below show the most common service transformer secondary wiring formats.

Notice that L1, L2, & Gnd are labeled on each diagram. Those transformer outputs correspond to the same inputs on the DS-100.  Also, each of the two 3-phase diagrams shows an L3 output, which is not used.  Do not connect all three phases of a 3-phase secondary to the DS-100.  This is a single-phase device.

The Neutral at the service panel must be connected to earth ground somewhere in the system on any of the three connection arrangements. Ground-fault protection is not possible unless the Neutral (center-tap on the service transformer) is connected to an earth ground.  If no ground is provided by the electrical service, a grounding stake must be driven into the ground nearby, following local electrical codes.  The grounding stake must be connected to the ground bar in the main breaker panel, and Neutral connected to ground at that point.

Page 7

 **Warning**   Local electrical codes must always be followed when installing the grounding stake.

The  following diagrams illustrate the 3 service transformer secondary connections most common in the United States.

*Figure 2.  220/240V Single Phase*



*Figure 3.  208V 3-Phase, Wye-Connected*



Page 8

**Note**   With a wye-connected secondary, any two of the legs can be used to provide 208V to the DS-100. For example, <u>L1 & L2</u>, or <u>L1 & L3</u>, or <u>L2 & L3</u>. Leave the unused leg open. Do not connect it to a Neutral bar, or to Ground. Be sure the center point is grounded to earth somewhere in the system.

*Figure 4.   240V 3-Phase, Delta-Connected, with center-tap on one leg.*





**Caution**   With the delta connection, one leg *must* be center-tapped, and *only* the two phases on either side of the center tap can be used. The two phases must <u>both</u> measure 120V to neutral. The third line (L3) of the delta is 208V, with respect to neutral, and is sometimes referred to as a "stinger". ***Do not use this third line!***   Also, when using the center-tapped leg in this fashion, the power rating for that leg alone is much less than the power rating of the entire transformer. Consult the transformer manufacturer's literature to be sure the single leg can supply the required current.



**Caution**   A 3-phase delta-connected transformer secondary without a center-tap on one leg *is not usable with the DS-100*. No "neutral" point is available to be connected to ground for ground-fault protection, and the DS-100 will not allow the contactor to close if it does not sense the presence of a ground wire connected to a "neutral" point on the transformer secondary.

# Mounting Procedures

Refer to the DS-100 Installation Guide for complete instructions for either post or wall mounting of the DS-100.

After mounting, continue the installation using the Wiring Instructions beginning on Page 11.

Note: To open the enclosure door, remove the two screws on the left-hand
side, using a T15 Torx L Driver.

# Wiring

Before connecting wires to the DS-100, please carefully read the section of
this manual titled <u>Service Connections</u>, on page 7.  If you are unsure of the type
of power provided at the service panel, please consult with your local utility or
call your Field Service Representative for assistance.

*Figure 5.  DS-100 Service Wiring*



**Service Entrance**

• The DS-100 requires a dedicated 208/240 VAC 50/60 Hz, single-phase
circuit, with its own 30A circuit breaker.
• Do not use a GFCI breaker with the DS-100.  It contains a Personnel
Protection ciruit that is the equivalent and specifically designed for use
with electric vehicles.
• Only 3 wires are needed to wire the DS-100 (Line 1, Line 2, and Service
Ground), as shown in Fig 6. Wire the unit from the breaker panel using wire
sized according to local electrical codes.  The circuit breaker should be
rated at 30A.  Most vehicles will draw a maximum of 24.  Derating a 30A
breaker 20% for continous duty allows 24A of continuous current.
• The two phases (Line 1 & Line 2) are terminated in the two center
terminals of the Service Wiring Terminals, as shown in Figure 6.  The
Service Ground is terminated in the Ground Terminal at the bottom of the
enclosure.
• Be careful not to damage the PC Board when removing the power-entry
knockout, attaching the conduit, or when wiring the service conductors to
the contactor.

# Testing After Installation

• Apply utility power, and observe that only the Diagnostic LED is flashing
on the circuit board.  If it is not flashing, the board may be defective.
• The Charge Test buttons on the PC board simulate connection to a
vehicle.  Push the two Charge Test buttons at the same time.  The contactor
should close, and the green Charge LED on the front panel should light.
• If a vehicle is available, connect the DS-100 to the vehicle and verify that
the contactor closes and the green Charging LED comes on.

### Installation is complete.

# FOR THE SERVICE TECHNICIAN

There are 4 small LEDs on the PC board to help diagnose problems:

**Diagnostic** – this is the "heartbeat" of the system. When *only* this LED is slowly flashing, the system has not detected any failures. If it is lit but not flashing, the board is defective. If its not lit, either no power is applied, or the 3.15A PCB fuse is blown, or the board is defective.

To test the system, press and hold the two Charge Test buttons simultaneously. If the contactor closes, the DS-100 is operating normally. If a vehicle is available, connect the charging cable. The contactor should close. If not, the charging cable or vehicle socket may be defective, or the vehicle is not requesting a charge.

If the DS-100 detects an internal failure, the Diagnostic LED will blink at a faster rate. One of the other LEDs may also be lit and indicate the nature of the problem, such as an inoperative Ground Fault circuitry, or a missing Service Ground.

**Load Management Disable:** Lit, with a slow-blinking Diagnostic LED, when either the Power Outage Restore or External Timer mode are active. This is not a failure mode, merely a status indicator. The front panel green Charge LED will be blinking. The DS-100's cable must be connected to a vehicle for this LED to blink. The front panel LED will be off when the cable is not connected.

**GFCI Trip:** Lit when the unit has detected a ground fault. On the side where the fault is occurring, the contactor will open, the front panel Protection light will also be lit, and the Diagnostic LED will be flashing at a faster rate. The system waits 5 minutes after sensing a fault, then automatically attempts recovery. After several such attempts, it will stay in the Protection mode.

If a ground fault error or an EV connection error has been detected:
    1. Remove the EV connector from the vehicle
    2. Inspect the connector and the vehicle's charge port. Be sure they are clean and undamaged.
    3. Reconnect to the vehicle. If the fault condition persists, a problem may exist on the vehicle.
    4. Refer to the vehicle owner's manual for instructions on inspecting and cleaning the charge port.
    5. Plug the EV connector back into the vehicle.
    6. If the ground fault error is still detected, contact your customer service representative for assistance.

**Ground Missing:** Lit when the unit has detected a missing Service Ground. The DS-100 will not close the contactor until a proper Service Ground has been connected. The front panel Protection light will be lit, and the Diagnostic LED will be flashing at a faster rate.

**Note: If a missing ground is discovered, power should be turned off before re-connecting the ground. If ground is reconnected without turning off the power, it will be necessary to wait 5 minutes for the DS-100 to clear the Ground Missing error.**

Table 2 below illustrates the information that can be obtained from the 5 LEDs on the PC board.

*Table 2. PC Board Diagnostic LEDs*

| Status | LED 1 Diagnostic Blink Rate | LED 2 Load Mgmt Disable | LED 3 GFCI Trip | LED 4 Ground Missing |
|---|---|---|---|---|
| Normal Operation | slow | -- | -- | -- |
| Charging | slow | -- | -- | -- |
| Charge Disabled | slow | lit | -- | -- |
| CCID Trip | fast | -- | lit | -- |
| Ground Missing | fast | -- | -- | lit |
| Service Required | fast | -- | -- | -- |

Note: a (--) symbol indicates the LED is off.

# SPECIFICATIONS for DS-100

### Line Input Power - Service Entrance

| | |
|---|---|
| Voltage & Wiring | 240V AC single-phase - L1, L2, and Safety Ground |
| | 208V AC 3-phase, wye-connected - Any 2 phases, and Safety Ground |
| | 240V AC 3-phase, delta-connected. With center-tap on one leg, must use only the two phases on either side of the center-tap. The two phases must both measure 120V AC to ground. **Do not use the third leg (208V "stinger").** |
| Current | 30A Circuit Breaker.  The maximum current for the vehicle is 24A, set by the duty cycle of the Pilot waveform. |
| Frequency | 50/60 Hz |
| **Output Power** | Variable depending on vehicle. Vehicles will be limited to 24A each.  At 208V, this will be 5 KW |

### Dimensions
| | |
|---|---|
| Height | 304 mm (12 in) |
| Width | 457 mm (18 in) |
| Depth | 203 mm (8 in) |
| Cable Length | approximately 6.8 m  (22 ft) |

**Weight** (with Cable)    10 kg  (22 lbs)

**Cable Lengths**    Cable - 4.6 m (15 ft)

### Environment
| | |
|---|---|
| Operating Temperature | -40°C (-40°F)  to  +50°C (+122°F) |
| NEMA Rating | NEMA 4 -  outdoor use, watertight. |

### External Connections
| | |
|---|---|
| Timer Connection | Ground to disable charging, leave open to charge. 12 volts with 1K source resistance when open circuit, 12 ma sink current when grounded. |
| Error Relay Contacts | 24V AC or DC, 5A max current, closed if error present. |
| **Agency Approvals** | UL Listed, FCC Class B |
| **Color** | Gray |

# FCC INFORMATION

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions:  (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation.

This product has been designed to protect against Radio Frequency Interference (RFI). However there are some instances where high powered radio signals or nearby RF-producing equipment (such as digital phones, RF communications equipment, etc.) could affect operation.

If interference to your charge station is suspected, we suggest the following steps be taken before consulting your EVI Sales and Service Representative for assistance:

   1. Reorient or relocate nearby electrical appliances or equipment during charging.

   2. Turn off nearby electrical appliances or equipment during charging.

 **Caution**  Changes or modifications to this product by other than an authorized service facility could void FCC compliance.

LIMITED WARRANTY – ELECTRIC VEHICLE SUPPLY EQUIPMENT
**MODEL DS-100**
ELECTRIC VEHICLE INFRASTRUCTURE, INC.
11839 Industrial Court
Auburn, California 95603

EVI shall provide the following warranty with respect to the Products to Representative, its Sub-Representatives and their customers:

**Product   3-years parts, 3-years factory labor, 1-year in field service for unit, cable, and connector**

Electric Vehicle Infrastructure, Inc. ("EVI") warrants this product to be free from defects in material and workmanship. The warrantee period shall commence on the date of installation date (first use). The product installation date must be evidenced and communicated to EVI by way of the warrantee registration card (or its equivalent). The warrantee registration card must be filled out completely and accurately, and returned to EVI within 30 days after installation, and the product installation date shall be within 6 months after the purchase date. If a Product installation date is not communicated to EVI as described above, the product purchase date shall serve as the warranty commencement date.

If this product is defective in materials or workmanship during the warranty period, EVI will, at its option, repair or replace the product. Repair parts and / or replacement products may be either new or reconditioned at EVI's discretion. This limited warranty does not cover service or parts to repair damage due to improper installation or use, including but not limited to improper connections with peripherals, external electrical faults, accident, disaster, misuse, abuse or modifications to the product not approved in writing by EVI. Any service repair outside the scope of this limited warranty shall be at applicable rates and terms then in effect.

All other express and implied warranties for this product including the warranties of merchantability and fitness for a particular purpose, are hereby disclaimed. Some states do not allow the exclusion of implied warranties or limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

If this product is not as warranted above, your sole and exclusive remedy shall be repair or replacement as provided above. In no event will EVI, any of its authorized sales and service representatives, or its parent company be liable to customer or any third party for any damages in excess of the purchase price of the product.

This limitation applies to damages of any kind including any direct or indirect damages, lost profits, lost saving or other special, incidental, exemplary or consequential damages whether for breach of contract, tort or otherwise or whether arising out of the use of or inability to use the product, even if EVI or an authorized EVI representative or dealer has been advised of the possibility of such damages or of any claim by any other party. Some states do not allow the exclusion or limitation of incidental damages for some products, so the above limitation or exclusion may not apply to you.

This warranty gives you specific legal rights, and you may also have other rights which may vary from state to state.

**To obtain warranty service:**

Call your nearest authorized service provider or EVI at the above number. You will receive information as to how service for the product will be provided. If the product is installed at a location which is more than 75 miles from the nearest authorized service provider business location you may be required to mail or ship the product to a designated service center or pay for a service technician to provide service at the installation site.

If you mail or ship the product in for service, you must insure the product, prepay all shipping charges, and properly pack it for shipment in its original shipping container or its equivalent. You are responsible for all loss or damage that may occur in transit.

You must provide proof of purchase of the product and the purchase date before any warranty service can be performed.

# CUSTOMER SUPPORT

**Notes**

Call your Service Representative at any time, 24 hours a day, at the number below. **PLEASE HAVE THE MODEL NUMBER AND SERIAL NUMBER AVAILABLE WHEN YOU CALL.** These can be found on the side of the enclosure. If your call is made after business hours or on weekends, please leave your name, telephone number, the unit's serial number, and a brief description of the problem. A Field Service Representative will call back at the earliest opportunity.

**Robert Rizzo**
Manager Field Services



**electric transportation engineering corporation**
602-716-9576 # 39 • fax 602-256-2606 • mobile 602-321-4483
401 S. 2nd Ave. • Phoenix, AZ  85003-2417
AZ license # AE 121431 & # C-05 121432
rrizzo@etecevs.com
**For Service Call: 1-888-ETECEVS (1-888-383-2387)**

# MAINTENANCE

The DS-100 requires no periodic maintenance other than occasional cleaning.

 **Warning**  To reduce the risk of electrical shock or equipment damage, do not allow liquid to enter the unit while cleaning it.

1. Turn off your charge station at the circuit breaker before cleaning.

2. Clean your charge station using a soft cloth lightly moistened with mild detergent solution. Never use any type of abrasive pad, scouring powder, or flammable solvents such as alcohol or benzene.

**Please visit EVI's Website @ www.evii.com**

# Baxter Exhibit 2



Sign In    Subscribe

# The 50 Best Inventions of 2010

*Flying cars! Jet packs! Lasers that zap malaria-carrying mosquitoes! Here are the year's biggest (and coolest) breakthroughs in science, technology and the arts*

Like 183    Tweet    G+1    Share

## TRANSPORTATION

# Electric-Car Charging Stations

By Bryan Walsh  |  Thursday, Nov. 11, 2010

VIEW ALL

It's the chicken-and-egg problem of electric vehicles: until there's a network of road-embedded rechargers (see No. 17) or a series of stations where drivers can charge their batteries — similar to the gas stations we depend on now — an electric car is inherently limited. Coulomb Technologies is working to break that deadlock. The company is building a system of automated charging stations in public places that are connected to utilities, so the charge for your charge can be added to your home electricity bill. And if your utility hasn't partnered with Coulomb, you can call a toll-free number and pay with your credit card.



Coulomb Technologies

NEXT   **The Straddling Bus**

Email    Print    Share        Follow @TIME

### The 50 Best Inventions of 2010

Technology

Transportation

Health & Medicine

Bioengineering

Green Energy

Clothing

Robots/Software

Military

Miscellaneous

Expert Picks

Best Inventions 2001-2009

## Features

Photos: A Visual History of the Jet Pack

Photos: The Seed Cathedral

Photos: The Plane That Drives

Video: Best Inventions

Technology

Transportation

Health & Medicine

Bioengineering

Green Energy

Clothing

Robots/Software

Military

Miscellaneous

Expert Picks

Tech Buyers' Guide 2010

Gadgets Then and Now

## Sponsored Stories

Recommended by



**Quicken Loans Urges Sunnyvale Homeowners To Switch To A 15-Year Fixed**

Quicken Loans, NMLS#3030





**Sunnyvale, California: This Brilliant, New Company Is Disrupting a $200 Billion Industry**

EverQuote



STITCH FIX

**Stitch Fix - A Style Subscription Just For You**

Stitch Fix



**The Ridiculous Reason Why Wine Is So Expensive**

Firstleaf

**Uber's New No Annual Fee\* Credit Card Earns You 4% Back on Dining**

Welcome to Card Servicing



**These New Cruise Deals Take It to Another Level**

Yahoo! Search



Case 8:17-cv-03717-MJG   Document 43-1   Filed 01/15/18   Page 22 of 42

# Baxter Exhibit 3



EVs are here. Try to keep up.

**CHARGED**
ELECTRIC VEHICLES MAGAZINE

# (https://chargedvs.com)

(https://twitter.com/ChargedEVs)   (https://www.facebook.com/ChargedEVs)

(http://www.linkedin.com/groups/CHARGED-Electric-Vehicles-Magazine-4197890)   (https://plus.google.com/100693067560191421765/)

SUBSCRIBE NOW ≫ (HTTPS://CHARGEDVS.COM/SUBSCRIBE/)

## Lean and mean: The EV charging pioneers at ClipperCreek

Posted January 28, 2014 by Michael Kent (https://chargedvs.com/author/michael-kent/) & filed under Features (https://chargedvs.com/category/features/), Infrastructure Features (https://chargedvs.com/category/features/infrastructure-features/).



**A straightforward look at the EVSE market from the charging pioneers at ClipperCreek**

In a charging station industry filled with multinational conglomerates and 100-year-old automotive suppliers, the independent company ClipperCreek stands out. Relatively speaking, it has had a long history in the EVSE industry – a history that has shaped some definite views of the marketplace.

The three co-founders – Jason France, David Packard and Michael Rogers – have been designing and selling electric car charging equipment for over 19 years. They first shipped products in August 1994 from their original EVSE company EVI, which operated until 2003 when the EV market went away.

"We just kind of hid in the mud for a while," said Packard, now ClipperCreek's President.

Around 2006, they started to hear discussions about the Tesla Roadster, Chevy Volt, Nissan LEAF and others. So, they decided to get the band back together and formed ClipperCreek. With a 10-year head start on modern charging technology, the company was able to hit the ground running, and supplied EVSE for early models in the new EV resurgence – like Tesla's Roadster and BMW's Mini E.

# " The market didn't grow as fast as everyone had hoped. But in reality, we should be really happy with the growth that we've seen. "

"Since then, things have gone quite well," said France, ClipperCreek's CEO. The company has shipped over 14,000 units from its Auburn, CA manufacturing facility since 2009 – not including the trunk chargers supplied directly to OEMs like Chevrolet, BMW and others through its partnership with Delphi.

ClipperCreek says it's optimistic about the new EV market, but these guys have been around the block, so their attitude could be better described as pragmatic. "The market didn't grow as fast as everyone had hoped. But in reality, we should be really happy with the growth that we've seen," said Packard. "I've stopped waking up in a cold sweat, afraid that the automakers are going to pull out overnight, like they did in 2002. August 30th at 7am is when I got that fax. Not that I'm not sore about it," he joked.

The company's experience has formed no shortage of opinions about where the market is headed. "We have major competitors and minor competitors. A lot of them seem to be just waiting to see what is going to happen," explained Packard. "We're trying to do what we think is right for the marketplace. We feel pretty strongly and want to see the right things done. In some cases it's not always us doing it. Sure, we're trying to sell products. But even if we weren't, we would still tell you our view and wish the right products were out there."

**The products tell the story**

ClipperCreek believes that EVSE will continue to move away from the premium product realm, and that more and more customers will want simple chargers that are durable, with basic functionality, at the lowest price possible. Things like connectivity, LCD screens and complicated packaging all drive the costs up, so ClipperCreek doesn't offer them.

"We think driving the cost of the EVSE down is something that has been largely overlooked," said Packard. "We've seen a lot of outrageous prices, for both products and installations."

The company focuses on providing maximum value and the lowest price tag. Building products that will last is key to that equation. "We found from experience that things really take a beating," explained Packard. One of the biggest benefits of working with Delphi to become a supplier to the OEMs is the rigorous testing process that the products went through. The automakers thoroughly qualify each and every part that goes into their vehicles, and the Level 1 chargers included with cars are no exception. "Our products were pretty good to start with," said France. "To get into the automakers' supply chain was a two-year process. Two years of straight torture. Now they're practically bulletproof."

The focus on durability also extends to the company's commercial charging stations. "The real world isn't that nice," said Packard. He thinks public charging stations that feature things like LCD screens are asking for trouble. The theory is that any EVSE out on the street should be as tough as phone booths were (when you could find one). While the phone in your house is fragile, you could take a bat to the one in the booth. Sure enough, ClipperCreek recently made a video of its employees breaking a bat and a hammer on its newest HCS product. "It's really tough, and that's the value," said Packard. "It needs to last at least as long as your car, and to do that it needs to be straightforward and reliable."



Jason France



To reduce costs, the company makes simple chargers, but it also focuses on making them simple to install. While some manufacturers offer residential chargers with 10- or 12-foot cords, all of ClipperCreek's units come with 25-foot cords. Packard argues that a 10-foot cord will often require an electrician to add 15 more feet of conduit to install it in a useful location, inadvertently affecting the total cost of the unit. With a 25-foot cable, the EVSE can be installed virtually anywhere in the garage and still reach two cars. "You can put it right near the circuit panel, within an arm's reach," he explained.

ClipperCreek's products are designed to require no assembly. "You just screw it to the wall," said France. "Then, plug it in or connect the three wires in a junction box. You don't have to use mounting plates or take the unit apart and put it back together. The electrician is doing that at $100 per hour – trying to figure out how to build it like it's an IKEA table."

The company encourages customers to use their local electricians, and suggests that there is too much overhead associated with the OEM-specific installation plans. "If you want a trained installer, NECA-IBEW has a great EV program with no overhead associated," said Packard. "It's about $100 per hour and they're in and out."

The products are competitively priced to sell. In November, the company announced that its 20 A Level 2 LCS-25 product, which starts at $495, is now available with a choice of NEMA plugs (L6-30, 14-30P, 14-50P or 6-50P).

It's planning a higher power model line as well – rated for 30 A, 48 A or 64 A continuous – all with a 25-foot cord and starting at $599. "It's partially future-proofing if someone wants a residential unit in that realm," said Packard. "We suspect that the residential market will basically stick to the 30 A range, except maybe for Tesla owners buying a second car. But there are a lot of the trucks – Via, Smith, EVI – that have higher power onboard chargers. And many are advocating for higher power public charging to push the automakers to increase the size of the onboard chargers."

**Connectivity, networks and charging for charging**

ClipperCreek believes that networking should be done through smart grid-connected charging stations, because the utilities have already spent billions of dollars building the communications infrastructure. "It makes so much sense to piggyback on that," Packard told us. With three generations of smart grid-connected stations, and a new partnership with Itron to implement revenue-grade metering technology in its EVSE, the company has been involved in multiple smart grid pilot projects.

For commercial customers interested in pay-to-charge stations, ClipperCreek uses Liberty Plugins' Syncroness code system. It's pay-by-phone-enabled, and doesn't require any cellular or Wi-Fi connection inside the EVSE itself. "You walk around with a network in your pocket, why do you need to pay for another one?" Packard asks. "Subscription plans and networks add so much unnecessary cost to the marketplace."



David Packard

With its point-of-sale stations, ClipperCreek tries to get the cost of charging as close to actual energy cost as possible. "Adding on the layers of a network's bureaucracy is going to raise the price, and then no one will use them. Based on the EV Project data, we can see that when it's free, it's used. When we start charging for it, it's used a lot less." Packard thinks that for the most part, drivers will continue to charge at home and, as the vehicles proliferate, utilities are going to need to control them to manage peak usage. "The cost is going to be borne by the utilities if they don't control the stations as they become more and more popular."

If you've ever seen Packard speak in public, you know that he isn't afraid to share his opinions on the market. At the Plug-In 2013 conference in San Diego, he participated in a lively panel debate about public charging. In front of a large crowd of charging industry experts, he expressed a few concerns with the business models of some of the companies represented in the room:

> The thing that scares me about networks is that we've put over a billion dollars into them and have seen two spectacular failures. It could be due to mismanagement, but really I think one of the things we're learning is that the network marketplace is tough because of the competition. And the competition isn't from other networks.

> Number one, electricity is a commodity. It's really cheap. How do you squeeze more value out of that? Basically, it comes down to: Are the features worth the cost?

> You also have the credit card industry, which is really mature. The cost of processing is really low. So, why not take a $1,000 EVSE and put a $500 credit card processing packet in front of it? And those are low volume costs.

## "I'm an infrastructure guy and I want it all over the place, but how much money are we going to put into it if we're leaving home every day with a full tank?"

> More competition is from home charging. We're basically leaving home with a full tank every day. Do we really need a public charger? I'm an infrastructure guy and I want it all over the place, but how much money are we going to put into it if we're leaving home every day with a full tank? If we're charging at work also, do we really need to charge at Walgreens? We're learning now that as we start charging for charging, people stop using it. It's a scary marketplace because if the price goes up, it doesn't get used.

> What is the business model that works? What will the public sustain? Is it twice what they pay at home? It almost has to be subscription-based because nobody is going to pay excessive amounts per charge. In my mind that's the only way it could possibly work, because if we put the charging stations in with the perception that businesses are going to be built around usage, it's going to fail. If we charge enough money to make it worthwhile then no one will use it at all, and we hurt the industry.

> The industry doesn't need any more failures, we need people to be successful. We need public charging to be market-based. Hopefully the retail end of the world will start putting charging stations in and see a real value to having people plugging in and then shopping.

He also took a few swings at publicly funded "corridor charging" projects:

> If we promote that you can drive from San Francisco to LA in a LEAF, people are going to buy the car thinking you can and then have a bad experience. In reality, no one is really going to do that.

> All through our lives we've handled different missions with different vehicles…It seems like we're trying to make these cars work for every application. I have a truck and a Volt. There are certain things we use the truck for and certain things we use the Volt for.

> What's great is the breadth of product we're getting on the market now…If you do go from San Francisco to LA you can buy a PHEV and make that trip a very pleasant experience, not stopping all the time. You have to pick the car for the mission that you have.

> Quite frankly, we put a lot of money into corridor charging and I think it's just ridiculous. If you're driving from San Francisco to LA in a LEAF, what is wrong with you? Maybe once to say you did it, but overall it doesn't make a lot of sense. If my kids make me stop every hour to use the bathroom

> **"If you're driving from San Francisco to LA in a LEAF, what is wrong with you? Maybe once to say you did it, but overall it doesn't make a lot of sense,"**

on a four-hour trip, I'm mad.

If you commute 30 miles, 250 days a year, you take the LEAF. Perfect application. And this is what a lot of people are doing.

Speaking to *Charged*, Packard and France expressed feelings that privately funded corridor charging is a different story, calling Tesla's supercharger network "an amazing piece of technology."

"Tesla is spending their own money, not hundreds of millions in government funds," said France. "That's their choice as a private entity, and that's great."

ClipperCreek also supplies EVSE to Sun Country Highway, which has installed Level 2 chargers every 100 to 200 kilometers along the Trans-Canada Highway. The principals of that project have advocated against using public funding for Canadian charging projects, in part "because of the mess we made down here," said Packard.

> **"There are so many applications that we can tackle in the city, and then go after the long drives five years from now when you have 250 miles of range on a $4,000 battery pack,"**

Although the ClipperCreek founders think many corridor charging projects are ill-conceived, they do see value in DC fast chargers. "Around the city, I think it makes every bit of sense," said Packard. He thinks most fast chargers will rarely be used, but they will increase people's confidence about driving 80 miles a day, which is very significant. "There are so many applications that we can tackle in the city, and then go after the long drives five years from now when you have 250 miles of range on a $4,000 battery pack. That evolution is going to come naturally over time. Let's look for the low-hanging fruit instead of trying to promote EVs for a use that is going to give people an unsatisfactory experience."

**Workplace**

Like many others in the space, ClipperCreek has seen a rise in interest in workplace charging. However, the company reports that a lot of people are wrestling with whether charging should be taxable. As charging becomes a benefit that employers can provide their workers, the added value could complicate the charging-at-work scenario and it's a real concern for businesses. For example, what will be the tracking and reporting requirements? "If I buy basic chargers for my employees today – without any metering or access control – will I have to replace them with 'smarter' chargers if the IRS decides it's taxable?"

A few EV industry organizations have asked the IRS to make a ruling soon, hoping to eliminate people's concerns. GM has recently stated that it believes charging should not be considered a taxable benefit, and ClipperCreek agrees. "I think that then we will see a lot more workplace charging, and it will be free to the employees – much like coffee is," said Packard. "Even though everyone doesn't drink coffee, they provide it for free."

ClipperCreek advocates for Level 1 at the workplace. It argues that to take full advantage of a Level 2 EVSE asset, there is a need to move cars around during the day – affecting productivity – because the vast majority of commutes can be recharged in three hours or less with Level 2. With Level 1, commuters can recoup about 25 to 30 miles while staying plugged in all day. Also, most facilities don't have enough power for lots of Level 2 charging. Alternatively, they could wire up for Level 1 and offer twice the charging without upgrading panels. "The original installation doesn't have to creep up to way beyond what anyone can afford," said France. "Practically any building can support four stalls at Level 1."

"Another big complaint we hear is that people are taking the charging stations even though they only have a 5 or 10 mile commute," explains Packard. "They're not the ones who need it, so we have to manage that somehow."

Oddly enough, one of Packard's suggested fixes is not to use his products. "You can buy a Level 1 station, like the hardware we offer, or even just an outlet." Outlets are cheap and simple to install, and they enable drivers to use the EVSE cord set that is included with the purchase of every plug-in car.

Hearing a company's president point out that its products might not be necessary is a little strange, yet refreshing. But Packard and ClipperCreek have a clear vision of the EVSE market and where it's headed. "We need to get the prices down and more people in the cars. That should be the focus. Everything else will take care of itself."

*This article originally appeared in Charged Issue 11 – DEC 2013*



(http://chargedevs.com/subscribe/)



(https://www.facebook.com/sharer/sharer.php?u=https://chargedevs.com/features/lean-and-mean-the-ev-charging-pioneers-at-clippercreek/)



(https://twitter.com/intent/tweet?text=Lean%20and%20mean%3A%20The%20EV%20charging%20pioneers%20at%20ClipperCreek&url=https%3A%2F%2Fchargedevs.com%2Ffeatures%and-mean-the-ev-charging-pioneers-at-clippercreek%2F&)

g+

(https://plus.google.com/share?url=https://chargedevs.com/features/lean-and-mean-the-ev-charging-pioneers-at-clippercreek/)



in

(http://www.linkedin.com/shareArticle?mini=true&title=Lean%20and%20mean%3A%20The%20EV%20charging%20pioneers%20at%20ClipperCreek&url=https://chargedevs.com/features/leand-mean-the-ev-charging-pioneers-at-clippercreek/&summary=A straightforward look at the EVSE market from the charging pioneers at ClipperCree In a charging ...)



(mailto:?subject=Please visit this link https://chargedevs.com/features/lean-and-mean-the-ev-charging-pioneers-at-clippercreek/&body=Hey Buddy!, I found this information for you: "Lean%20and%20mean%3A%20The%20EV%20charging%20pioneers%20at%20ClipperCreek". Here is the website link: https://chargedevs.com/features/lean-and-mean-the-ev-charging-pioneers-at-clippercreek/. Thank you.)

Tags: ClipperCreek (https://chargedevs.com/tag/clippercreek/)



(https://www.odu-usa.com/)

 0 Comments      Charged EVs                                                                                                 🔴 1  Login ▾

♡ Recommend  1        ⇄ Share                                                                                                  Sort by Best ▾

   Start the discussion…

LOG IN WITH           OR SIGN UP WITH DISQUS (?)

                      | Name |

                                          Be the first to comment.

ALSO ON **CHARGED EVS**

**A closer look at power factor correction**

2 comments • 7 days ago

Peter Van Den Bossche — Interesting article, but one remark: EN61000-3-2 is not the "European "power factor" directive", but a …

**UPS orders 125 Tesla Semis, partner confirms performance specs**

3 comments • a month ago

Dennis Worley — Not having to wind the windows up on a hot day sitting next to a truck at the lights!

**New survey: a majority of auto execs still think EVs will fail**

7 comments • 6 days ago

Benjamin Nead — You seemed to have come up with solutions to problems that largely don't exist. So-called solar roadways are a …

**New York Governor announces $3.5 million in R&D funding for EV-grid …**

3 comments • 24 days ago

Terry Robb — There will not be a large impact on the grid from EVs. Most will charge their vehicles at home at night when the grid is …

✉ Subscribe   ➕ Add Disqus to your siteAdd DisqusAdd   🔒 Privacy

---

SUBSCRIBE NOW  ≫ (SUBSCRIBE/)

---

## GET DAILY CHARGED NEWS.

| Your Email                                                                              JOIN

---

 **‧ THIS WEEK'S POPULAR POSTS ‧**



(https://chargedevs.com/features/a-redesigned-nissan-leaf-arrives-in-2018-joining-the-new-generation-of-plug-ins/) A redesigned Nissan LEAF arrives in 2018, joining the new generation of plug-ins (https://chargedevs.com/features/a-redesigned-nissan-leaf-arrives-in-2018-joining-the-new-generation-of-plug-ins/)

(https://chargedevs.com/features/automakers-utilities-and-charging-companies-are-developing-business-models-for-vehicle-grid-integration-that-could-dramatically-change-the-economic-case-for-electrification/) VGI's coming of age: Automakers, utilities and charging companies are developing business models for vehicle-grid integration (https://chargedevs.com/features/automakers-utilities-and-charging-companies-are-developing-business-models-for-vehicle-grid-integration-that-could-dramatically-change-the-economic-case-for-electrification/)





(https://chargedevs.com/features/the-goldilocks-zone-caliente-explains-that-battery-pack-heating-is-just-as-important-as-cooling/) The Goldilocks zone: Calienté explains that battery pack heating is just as important as cooling (https://chargedevs.com/features/the-goldilocks-zone-caliente-explains-that-battery-pack-heating-is-just-as-important-as-cooling/)



(https://www.newenergystaffing.com/)

- **CHARGED SPONSORED EVENTS** -

SUBSCRIBE NOW » (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

HOME (/)   PRIVACY POLICY (HTTPS://CHARGEDEVS.COM/PRIVACY-POLICY/)   WHITEPAPERS/WEBINARS (HTTPS://CHARGEDEVS.COM/WHITEPAPERS/)

SPONSORED CONTENT (HTTPS://CHARGEDEVS.COM/CATEGORY/SPONSORED/)   ADVERTISE (HTTPS://CHARGEDEVS.COM/ADVERTISE/)

© 2018 Isentropic Media. All rights reserved.

(http://www.chargedevs.com/feed)

# Baxter Exhibit 4

EVs are here. Try to keep up.

# CHARGED
### ELECTRIC VEHICLES MAGAZINE

# (https://chargedevs.com)

## ClipperCreek adds ChargeGuard access control option to its HCS Series charging stations

Posted May 11, 2016 by Charles Morris (https://chargedevs.com/author/charles-morris/) & filed under Newswire (https://chargedevs.com/category/newswire/), The Infrastructure (https://chargedevs.com/category/newswire/the-infrastructure/).



ClipperCreek has added an access control solution to its HCS Series Level 2 charging stations. The ChargeGuard option, designed for fleet, workplace, multi-tenant, hospitality and residential charging applications, delivers key-based access control. It's a $78 option for HCS Series chargers, which start at $565.

ChargeGuard is designed to be simple to use: plug the vehicle in, insert the key into the station and turn to start charging. The key can be removed, and power will be available until the vehicle is disconnected. The key can also be left in the "on" position for open-access charging.

Fleet managers can use ChargeGuard to restrict charging to specific fleet vehicles for data gathering. Multi-tenant housing managers can use it to restrict charging to eligible residents. Commercial property managers can utilize it to offer charging for enrolled tenants.



The ChargeGuard-enabled HCS features a fully sealed NEMA 4 enclosure, 25 feet of charging cable, and a separate wall-mount connector holster. It comes with a 3-year warranty.

"The HCS with ChargeGuard is a robust and cost-effective solution for companies who desire access control but do not want to pay high upfront hardware costs or ongoing network fees," said ClipperCreek Sales Director Will Barrett. "ChargeGuard allows station owners to issue keys to restrict usage and control electricity expenses. It was developed in part based on feedback from employers who want to offer charging for their employees at an affordable price point."

Insurance agent Eric Lu purchased the first ChargeGuard for commercial use. "I own a LEAF, and felt that installing a charging station would be very convenient for me and my clients," said Lu. "I like having the key switch without the bother of being on a network generating codes."

Source: ClipperCreek (http://www.clippercreek.com/store/product/chargeguard-access-control-for-hcs-series-78/)



(https://www.facebook.com/sharer/sharer.php?u=https://chargedevs.com/newswire/clippercreek-adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations/)



(https://twitter.com/intent/tweet?
text=ClipperCreek%20adds%20ChargeGuard%20access%20control%20option%20to%20its%20HCS%20Series%20charging%20stations&url=https%3A/
adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations%2F&)



(https://plus.google.com/share?url=https://chargedevs.com/newswire/clippercreek-adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations/)



(http://www.linkedin.com/shareArticle?
mini=true&title=ClipperCreek%20adds%20ChargeGuard%20access%20control%20option%20to%20its%20HCS%20Series%20charging%20stations&u

adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations/&summary=ClipperCreek has added an access control solution to its HCS



(mailto:?subject=Please visit this link https://chargedevs.com/newswire/clippercreek-adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations/&body=Hey Buddy!, I found this information for you: "ClipperCreek%20adds%20ChargeGuard%20access%20control%20option%20to%20its%20HCS%20Series%20charging%20stations". Here is the website link: https://chargedevs.com/newswire/clippercreek-adds-chargeguard-access-control-option-to-its-hcs-series-charging-stations/. Thank you.)

**Tags:** ClipperCreek (https://chargedevs.com/tag/clippercreek/)



(https://www.odu-usa.com/)

**2 Comments**   **Charged EVs**

🔴 1   Login ▾

♡ Recommend   ⬆ Share

Sort by Best ▾

Join the discussion…

**LOG IN WITH**   **OR SIGN UP WITH DISQUS** ⑦

Name

**Brandon** • 2 years ago
Very nice idea. Great for workplace charging and especially tenant charging at an apartment complex.
1 ▲ | ∨ • Reply • Share ›

**Stephen Bieda** • 2 years ago
I would have preferred a smartphone tap solution. Problem with the key for workplace is getting people the key. At my workplace we have people traveling to different buildings and using different cars so this key solution would still be complicated to administer. Better than no access control at all however.
∧ | ∨ • Reply • Share ›

ALSO ON **CHARGED EVS**

**Mack demonstrates catenary-powered PHEV at port of Los Angeles**
1 comment • 12 days ago
My Vizn — I understand the need to test new ideas out, but the infrastructure costs to install this to meet the air standards for the …

**Test-driving the Porsche Mission E**
14 comments • 5 days ago
Don-Flyboy — Just another Tesla Naysayer. Tesla (Elon Musk & Associates) has caused a revolution!! Should the newer vehicles be …

**Skeleton and Sumitomo partner to distribute graphene-based ultracapacitors**
4 comments • 13 days ago
dogphlap dogphlap — What is the energy (both gravimetric and volumetric) density of these capacitors ?

**UK budget includes £400 million for charging infrastructure and £100 …**
2 comments • a month ago
brian_gilbert — Silly to subsidise pirchase of electric vehicles. The system which is most profitable and workable is to have all …

✉ Subscribe   Ⓓ Add Disqus to your siteAdd Disqus Add   🔒 Privacy

SUBSCRIBE NOW ≫ (SUBSCRIBE/)

**GET DAILY CHARGED NEWS.**

Your Email

JOIN



(https://chargedevs.com/features/a-redesigned-nissan-leaf-arrives-in-2018-joining-the-new-generation-of-plug-ins/) A redesigned Nissan LEAF arrives in 2018, joining the new generation of plug-ins (https://chargedevs.com/features/a-redesigned-nissan-leaf-arrives-in-2018-joining-the-new-generation-of-plug-ins/)



(https://chargedevs.com/features/automakers-utilities-and-charging-companies-are-developing-business-models-for-vehicle-grid-integration-that-could-dramatically-change-the-economic-case-for-electrification/) VGI's coming of age: Automakers, utilities and charging companies are developing business models for vehicle-grid integration (https://chargedevs.com/features/automakers-utilities-and-charging-companies-are-developing-business-models-for-vehicle-grid-integration-that-could-dramatically-change-the-economic-case-for-electrification/)



(https://chargedevs.com/features/the-goldilocks-zone-caliente-explains-that-battery-pack-heating-is-just-as-important-as-cooling/) The Goldilocks zone: Caliente explains that battery pack heating is just as important as cooling (https://chargedevs.com/features/the-goldilocks-zone-caliente-explains-that-battery-pack-heating-is-just-as-important-as-cooling/)



(https://www.newenergystaffing.com/)

- **CHARGED SPONSORED EVENTS** -

SUBSCRIBE NOW ≫ (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

HOME (/)   PRIVACY POLICY (HTTPS://CHARGEDEVS.COM/PRIVACY-POLICY/)   WHITEPAPERS/WEBINARS (HTTPS://CHARGEDEVS.COM/WHITEPAPERS/)

SPONSORED CONTENT (HTTPS://CHARGEDEVS.COM/CATEGORY/SPONSORED/)   ADVERTISE (HTTPS://CHARGEDEVS.COM/ADVERTISE/)

© 2018 Isentropic Media. All rights reserved.

(http://www.chargedevs.com/feed)