IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CHARGEPOINT, INC.,<br>    *Plaintiff*,<br><br>       v.<br><br>SEMACONNECT, INC.,<br>    *Defendant*. | Civil Action No.: 8:17-cv-03717-MJG |

## DECLARATION OF DR. ZYGMUNT HAAS

I, Dr. Zygmunt Haas, declare as follows:

1.    I have been retained by ChargePoint to provide my technical opinions related to the U.S. Patents Nos. 7,956,570 ("the '570 patent"), 8,138,715 ("the '715 patent"), 8,432,131 ("the '131 patent"), and 8,450,967 ("the '967 patent"). I am writing this Declaration in support of ChargePoint's Memorandum in Opposition to Defendant's Motion to Dismiss.

2.    My compensation for work on this case is at the rate of $450.00 per hour, in addition to reimbursement for expenses. My compensation is neither dependent on the substance of my opinions, nor on the outcome of this case.

### A.    Qualifications

3.    A complete summary of my education, my work experience, my journal, magazine, and conference publications, and the list of courses that I have taught is set forth in my curriculum vitae attached as Exhibit 1. A short summary of my employment history follows.

4.    After receiving my B.Sc. in Electrical Engineering, *Summa Cum Laude*, from Technion (IIT) in 1979, and an M.Sc. in Electrical Engineering, *Summa Cum Laude*, from Tel

Aviv University in 1985, I received my Ph.D. in Electrical Engineering from Stanford University in 1988.

5.      After graduating from Stanford, I joined the AT&T Bell Laboratories as a Member of Technical Staff in Holmdel, New Jersey. During my tenure at AT&T, I also worked for the AT&T Business Communications Services in New Jersey. While at AT&T, between 1988-1995, I researched and published technical papers focusing on a variety of topics in wireless and wired networks, including the design of communication protocols, optical networking, and architectures for high-speed networks.

6.      I joined Cornell University in the Electrical and Computer Engineering Department in August 1995, originally as an Associate Professor. In November 1998, I was promoted to Tenured Associate Professor, and in 2004 to Tenured Full Professor. While on leave from Cornell in 2010-2011, I served as a Program Director at the National Science Foundation, in the Engineering Directorate, where I oversaw government-sponsored funding for research in the technical areas related to networking and communication systems.

7.      In 2013, I retired from Cornell University with the title of Professor Emeritus. In the same year, I joined the Computer Science department at the University of Texas at Dallas, where I am currently Professor and Distinguished Chair in Computer Science.

8.      As part of my professional career up-to-date, I have authored approximately 200 refereed journal, magazine, and conference publications, as well as book chapters. Some of the technical areas of my publications include: networking, communications, Internet technologies, and energy systems (e.g., green systems and microgrids). I am also an inventor or co-inventor on about 20 patents related to telecommunications technologies.

2

9.      As an example, my research addressed a number of aspects of power systems, such as green EV charging systems, microgrids, and optimization of use of energy systems. For instance, in the paper "Optimal Sizing of a Completely Green Charging System for Electric Vehicles" published in the IEEE Transactions on Transportation Electrification, vol. 3, no. 3, Sept. 2017, with my student I studied the optimal sizing of a completely green electric vehicle charging system, which relies entirely on the power generated by renewable energy sources, specifically by solar panels. This problem is significant, as some of the important environmental benefits of the electric vehicles might be lost, if the charging systems would rely solely on conventional fossil-fueled power grid. Indeed, the use of renewable energy sources will preserve and further intensify these environmental benefits.

10.      As another example, in the paper "Power Scheduling for Programmable Appliances in Microgrids," which was presented at the *IEEE CAMAD 2015*, Special Session on ICT-Based Solutions for the Smart Energy Grid, September 7-9, 2015, at the University of Surrey, Guildford, UK, together with my student, we developed heuristic algorithms for optimal power generation scheduling in isolated microgrids, while exploiting the flexibility to schedule energy-consuming tasks in smart homes. We showed that the proposed algorithm successfully reduces the complexity of the scheduling problem, while also guaranteeing performance that approximates an optimal solution.

11.      Throughout my academic career, I have served on committees of numerous graduate students pursuing either M.S. or Ph.D. degrees. As part of my educational activities, I have also delivered tutorial courses to academic and industrial audiences, and I have taught numerous classes and seminars to students at Cornell University and at the University of Texas at Dallas, on topics related to communications, networking, and computer technologies. For

example, at Cornell University and at the University of Texas at Dallas, I have regularly taught undergraduate and graduate-level courses in Wireless Networks, Computer Networks, and Advanced Computer Networks.

12.     I have been awarded many distinctions over the years. As a few examples, I was nominated by my peers and elevated to the status of IEEE Fellow in 2007. I was bestowed in 2012 the honor of the IEEE Communication Society's WTC Recognition Award for "outstanding technical contributions in the field and for … service to the scientific and engineering communities." And in 2016, I was presented with the IEEE Communication Society's AHSN Recognition Award "for outstanding contributions to securing ad hoc and sensor networks." Also, I have been awarded best paper awards from the IEEE for my technical contributions. For my educational accomplishments, I am a four-time recipient of the Michael Tien Excellence in Teaching Award from Cornell University. As part of my contributions to the scientific and engineering communities, I have served on the editorial board or as a lead guest editor on numerous peer-reviewed journals in the areas of networking, communications, and computing, among those are the IEEE Transactions on Networking, the IEEE Transactions on Wireless Communications, the IEEE Communications Magazine, the Springer "Wireless Networks" journal, the Elsevier "Ad Hoc Networks" journal, the "Journal of High Speed Networks," and the Wiley "Wireless Communications and Mobile Computing" journal.

13.     Due to my extensive professional experience, I have a thorough understanding of the technologies underlying and related to the '570, '715, '131, and '967 patents.

### B.     Legal Understanding

14.     I am not an attorney and the following legal understanding has been provided by counsel.  I have been informed that 35 U.S.C. Section 101 states: "Whoever invents or discovers

any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title."

15.     I have been informed that, despite the broadly defined scope set forth in Section 101, certain subject matters are not eligible for patenting, such as laws of nature, natural phenomena, and abstract ideas. However, I have been informed that the Supreme Court cautioned that courts should tread carefully in construing the exclusionary principle of Section 101 lest it swallow all of patent law, and further noted that at some level, all inventions embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas.

16.     I have been informed that the Supreme Court has instructed courts to distinguish between patents that claim the building blocks of human ingenuity and those that integrate the building blocks into something more, thereby transforming them into a patent-eligible invention. I have been informed that an invention is not rendered ineligible for patent simply because it involves an abstract concept.

17.     I have been informed that challenges under Section 101 are assessed using a two-part test. The first part is to question whether the claim is directed to one of those patent-ineligible concepts—a law of nature, physical phenomenon, or abstract idea. I have been informed that this question applies a stage-one filter to claims, considered in light of the specification, based on whether their character as a whole is directed to excluded subject matter. I have been informed that claims directed to improvements in computer-related technology or software are *not* inherently abstract, instead it is relevant to ask whether the claims are directed to an improvement to computer functionality versus being directed to an abstract idea.

18.     I have been informed that if the first part of the test indicates that the claim is directed to a patent-ineligible concept (a law of nature, physical phenomenon, or abstract idea), then consideration of the second part of the test takes place. The second part of the test is to ask the question whether there is an inventive concept that ensures that the patent in practice amounts to significantly more than a patent upon the ineligible concept itself. As part of the second part of the test, consideration must be given to whether the claim involves more than performance of well-understood, routine, and conventional activities previously known to the industry. A proper analysis requires considering the elements of each claim both individually and as an ordered combination to determine whether the additional elements transform the nature of the claim into a patent-eligible application.

19.     I have been informed that the mere recitation of a generic computer cannot transform a patent-ineligible abstract idea into a patent-eligible invention. However, inventions that improve the functioning of the computer itself, or effect an improvement in a technical field, are patent eligible. And even claims that implement well known abstract ideas, such as mathematical equations are patent eligible when the abstract idea is used in a process designed to solve a technological problem in conventional industry practice.  I have been informed that the Supreme Court stated the following:

> *In Diehr, 450 U.S. 175, 101 S.Ct. 1048, 67 L.Ed.2d 155, by contrast, we held that a computer-implemented process for curing rubber was patent eligible, but not because it involved a computer. The claim employed a "well-known" mathematical equation, but it used that equation in a process designed to solve a technological problem in "conventional industry practice." Id., at 177, 178, 101 S.Ct. 1048. The invention in Diehr used a "thermocouple" to record constant temperature measurements inside the rubber mold—something "the industry ha[d] not been able to obtain." Id., at 178, and n. 3, 101 S.Ct. 1048. The temperature measurements were then fed into a computer, which repeatedly recalculated the remaining cure time by using the mathematical equation. Id., at 178–179, 101 S.Ct. 1048. These additional steps, we recently*

*explained, "transformed the process into an inventive application of the formula." Mayo, supra, at ——, 132 S.Ct., at 1299. In other words, the claims in Diehr were patent eligible because they improved an existing technological process, not because they were implemented on a computer.*

20.     I have been informed that the claims of issued patents, such as the ChargePoint patents, are presumed to be valid.

21.     I have been informed that this presumption can be rebutted only if SemaConnect can demonstrate that claims of the patents are invalid by clear and convincing evidence. I have been informed that the clear and convincing invalidity standard means that the facts must leave one with a firm conviction that the claim is invalid.

22.     I have been informed that determining anticipation of a patent claim requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis. I have been informed that a prior art reference "anticipates" an asserted claim, and thus renders the claim invalid, if all elements of the claim are disclosed in that single prior art reference. I understand that references cannot be combined for anticipation.

23.     I have been informed that the single prior-art reference cannot merely disclose each element; rather, it must disclose all of the elements as arranged in the claim. It is improper to combine separate distinct embodiments of a single prior art reference.

24.     I have been informed that when a limitation or element is not expressly disclosed in a prior art reference, then the element must be inherently present in that reference to anticipate a claim. To be inherent, the missing limitation must be necessarily present in the reference. It is not sufficient if the missing limitation or characteristic could have possibly been present, or was probably present; inherency may not be established by possibilities or probabilities. The mere fact that something may result from a given set of circumstances is insufficient.

25.     I have been informed that I only need to identify one element of a claim that is missing from a reference in order to show that the reference does not invalidate that claim through anticipation.

26.     I have been informed that, even if a claim is not anticipated, the claim is invalid if the differences between the claimed subject matter and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the pertinent art.

27.     I have been informed that a person of ordinary skill in the art provides a reference point from which the prior art and claimed invention should be viewed. This reference point prevents one from using hindsight in deciding whether a claim is obvious. Thus, hindsight reconstruction cannot be used to combine references together to reach a conclusion of obviousness. Specifically, one may not use impermissible hindsight in identifying combinations of references which allegedly invalidate a patent claim, *i.e.*, he or she may consider only what was known at the time of the invention, and cannot use the claim itself as a template or recipe in his or her search for prior art.

28.     I have been informed that an obviousness determination includes the consideration of various factors (commonly referred to as the Graham factors), such as (1) the scope and content of the prior art, (2) the differences between the prior art and the asserted claims, (3) the level of ordinary skill in the pertinent art, and (4) the existence of secondary considerations, objective evidence (secondary indicia) of non-obviousness, to the extent such exists.

29.     I have been informed that an obviousness analysis requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis.

30.     I have been informed that because most inventions are a combination of old elements, merely showing that each element is found in the prior art does not suffice to show obviousness. Rather, it must be proven that one of ordinary skill in the art would have a reason to select those elements and combine them as claimed in the invention and would have had a reasonable expectation of success in doing so.

31.     I have been informed that such a reason to combine is not restricted to a teaching, suggestion, or motivation to combine that is expressly stated in the prior art; rather, it may also come from a variety of sources, including the common knowledge of those in the art. I understand that knowledge of a problem and a motivation to solve the problem is not a motivation or reason to combine particular references to reach a particular claimed invention. I understand that market forces or design needs can provide a reason to combine, provided there are a relatively small number of identified solutions and the results of trying each solution is predictable.

32.     I have been informed that the existence of prior art that teaches away from the claimed combination is objective evidence that the beneficial results of the combination are unexpected and, therefore, nonobvious. Teaching away is a statement in the prior art that either: (i) discourages one from following the path of the claimed invention, or (ii) encourages one to follow a path that diverges from the path of the claimed invention.

33.     I have been informed that a number of objective indicators of non-obviousness must be addressed in the obviousness analysis. Examples of such indicators include:

• Any long-felt and unmet need in the art that was satisfied by the invention of the patent;

• Any failure of others to achieve the results of the invention;

• Any commercial success or lack thereof of the products and processes covered by the invention;

- Any deliberate copying of the invention by others in the field;

- Any taking of licenses under the patent by others;

- Whether the invention was contrary to the accepted wisdom of the prior art;

- Any expression of disbelief or skepticism by those skilled in the art upon learning of the invention;

- Any unexpected results achieved by the invention;

- Any praise or acclaim of the invention; and

- Any lack of contemporaneous and independent invention by others.

34.    I have been informed that the fact-finder must ascertain whether a nexus connects, *e.g.*, commercial success, to a claimed invention and determine the probative value of secondary considerations evidence for rebutting a prima facie case of obviousness.

**C.    Electric Vehicle Charging Before the Asserted Patents**

35.    Vehicular power sources have ranged from beast-powered (*e.g.*, horse-drawn carriage), to gasoline powered (*e.g.*, Ford F-150), to electric vehicles in more modern times (*e.g.*, Tesla, Toyota Prius). The advancement from gasoline to electric has led to important environmental benefits.  However, traditional notions of refueling have had to be re-imagined in the context of electric vehicles.

36.    In the early days of electric vehicle charging stations, customers were limited to storing their vehicle at centralized locations (like dealerships) for charging the vehicle overnight. Other approaches gave drivers more mobility by swapping charged batteries for uncharged batteries. People could also purchase and install charging systems at their home residence, allowing a more personalized and convenient approach. Later approaches led to installing

10

charging stations at public places for more widespread use.  But none of these were networked solutions that tackled the problems as addressed by ChargePoint inventions.

37.     Prior to the ChargePoint patents, there were many problems associated with existing charging stations. For example, the ChargePoint patents identify the following:

- "There is a need for more widespread recharging facilities."

- "[T]here is a need for more recharging facilities available where vehicles are parked for longer periods of time."

- "There is a need for a communication network which facilitates finding the recharging facility, controlling the facility, and paying for the electricity consumed."

- "There is a need for an efficient communication network for managing peak load leveling using Demand Response and V2G."

See, e.g., '715 patent at 1:28 – 2:10.

### D.     The Asserted Patents' Approach

38.     The inventions provided in the ChargePoint patents provide unique and narrowly drafted solutions to address, at least, the above identified problems. In providing these solutions, ChargePoint has contributed to the transformation of the electric vehicle charging industry, providing incentive to wide-spread implementation of charging stations across the United States and abroad.

39.     For example, prior art patents described *stand-alone* charging stations, and unlike the technology described in the ChargePoint patents, such *stand-alone* charging stations would have operated independently, with charge transfer requests being decided locally at the electric charging station without the benefit of grid load information. And although those prior art references envision that some operations of those *stand-alone* charging stations implemented commonplace credit card verification communications, if the electric charging station allowed a user to pay by credit card, such a communication did not constitute an electrical charge transfer

11

request or enable communications regarding grid-related information, as is (among other things) claimed by the ChargePoint inventions.  It is not clear to what degree any of these prior art patents were ever actually fully implemented in the market.

40.     By contrast, the '715 patent claim 1 recites an improved charging station that includes a transceiver that "communicate requests *for charge transfer* with a remote server *and receive communications from* the remote server." Prior charging station approaches existed in the *stand-alone* paradigm, where there was no communication for electric charge transfer with a remote server. Even in those prior patents where communication links were used to verify *credit card* information, the request for electrical charging occurred separately at the local charging station. To my knowledge, nothing in the prior art suggested the use of a remote server to control the electrical charging process itself (*e.g.*, a transceiver communicating requests for charge transfer with a remote server, and receiving communications from the remote server). By pushing the electrical charge transfer request to a remote server, claims 1 and 2 of the '715 patent utilize the power of networked communications to solve problems with the then-existing *stand-alone* charging station technology. A networked charging solution allows for centralized control of pricing and access, as well as bilateral communications between a user and the electric grid. And thus, amongst other things, this novel configuration is directly targeted to providing a solution to at least what the '715 patent specification describes as the "need for an efficient communication network for managing peak load leveling using Demand Response and V2G" ('715 patent, 2:8-10) Prior approaches, following the *stand-alone* paradigm, lacked the ability to receive real-time grid load information from a remote server and would have had difficulty implementing demand-response and vehicle-to-grid functionalities, which rely heavily on modifying the transfer of charge between a charging station and a vehicle, based in part on the

real-time electricity prices and grid-load information. Remote server-based electrical charging systems could also support charging station owners and operators to control widely dispersed charging station assets (as opposed to the "gas station" approach discussed by SemaConnect at Motion pp. 28-29) and consumers to identify themselves and pay for EV charging in new ways (*e.g.*, subscriptions rather than point-of-sale credit card payments).

41.     The other ChargePoint claims at issue include alternative approaches to provide technical solutions to the technical problems associated with prior charging stations. For example, the asserted '570 patent claims at issue recite the approach of utilizing, *e.g.*, a controller that can monitor the output from a current measuring device, a local area network transceiver for connecting the controller to a data control unit (that is in turn connected via a wide area network for accessing a server), and a communication device configured to connect the controller to a mobile wireless communication device. This allows for remote monitoring and control of an EV charging session by a consumer or by the site operator, as well as two-way communications between the site operator and the end-user. As another example, the asserted '131 and '967 patent claims each narrowly recite limitations relating to transmitting communications as part of a "demand response system"—that is, a system that ties a particular EV charging session to the current state of the electrical grid and can even enable a vehicle to provide power *to* the grid.

42.     Therefore, the use of the specific networking functionality in the specific context of EV charging solved important problems in the field, *e.g.*, optimization of energy use. Such optimization also translated into customer savings, as EV charging now could take place at times when energy could be purchased more cheaply.

43.     Furthermore, some of the ChargePoint inventions, through the concept of a "demand response system," enhance the operation of the electrical grid by increasing the price of

EV charging at times of low electricity production, which in turn should reduce energy demand at times of relative high load on the grid, and vice-versa.  This, in turn, means that the operation of the grid would become more stable. *See* '570 patent at 1:45-58 ("Demand Response may also be used to increase demand at times of high electricity production. For example, the cost of electricity may be reduced during periods of low demand.").

44.     Said differently, the ChargePoint inventions are not simply "using a network to turn the charging station 'on' and 'off'," as SemaConnect alleges in its filing (SemaConnect Motion at page 2); rather the use of specific connectivity of the charging stations to the server introduced by the '715 patent and the other inventions contribute to solving existing problems of charging stations in new ways.

45.     In this sense, the testimony of Mr. David Baxter that "[p]rior to their invention by ChargePoint (then Coulomb) there were no networked electric vehicle charging stations, although non-networked electric vehicle charging stations had existed for many years" (Declaration of Mr. David Baxter ¶ 5) is significant.  Mr. Baxter confirms that the particular implementation of the connectivity proposed by ChargePoint's patents was able to solve significant technical problems.

46.     I also note, as an aside, that I take issue with SemaConnect's attempt to describe the inventions as not complex enough (*e.g.*, "The specification is surprisingly short" (SemaConnect Motion at page 4)). Indeed, the beauty of the ChargePoint inventions is that they are simple, yet powerful. An invention can be quite powerful, even if it does not require a complex description.

47.     In summary, SemaConnect's filing takes an important technical contribution and oversimplifies it.  ChargePoint's patents are not limited to the act of turning a switch on or off

using network communications. The systems and methods in ChargePoint's patents use network connectivity to solve important then-existing problems in the design and operation of EV charging stations.

### E.    '715 Patent Claim 1 is not Representative of the ChargePoint Claims at Issue

48.    Section II.B.5 of SemaConnect's motion states that "[…] SemaConnect uses claim 1 of the '715 patent as representative of the other claims, because, as explained above, the Asserted Claims are substantially similar" (SemaConnect Motion at page 11). I do not agree with the statement that the other ChargePoint claims at issue are "substantially similar" to claim 1 of the '715 patent. In what follows, I explain why.

49.    Claim 1 of the '715 patent states:

*An apparatus, comprising:*
*a control device to turn electric supply on and off to enable and disable charge transfer for electric vehicles;*
*a transceiver to communicate requests for charge transfer with a remote server and receive communications from the remote server via a data control unit that is connected to the remote server through a wide area network; and*
*a controller, coupled with the control device and the transceiver, to cause the control device to turn the electric supply on based on communication from the remote server.*

50.    Claim 2 of the '715 patent adds, for example, the additional limitation of an electrical coupler to make a connection with an electric vehicle. The specification discusses that the "Smartlet[TM]. 110 is connected to the local power grid 120 by an electric power line 170, and to the electric vehicle 150 by the electrical connector 152." ('715, 6:58-61). As confirmed by Mr. Baxter's Supplemental Declaration, the Smartlet[TM] is a specific ChargePoint charging technology. Claim 2 also adds on claim 1 of the '715 by identifying with specificity where and how the control device can activate or deactivate a charging session.

51.    Claim 1 of the '131 patent recites:

15

> *An apparatus, comprising:*
> *a control device to turn electric supply on and off to enable and disable charge transfer for electric vehicles;*
> *a transceiver to communicate with a remote server via a data control unit that is connected to the remote server through a wide area network and receive communications from the remote server, wherein the received communications include communications as part of a demand response system; and*
> *a controller, coupled with the control device and the transceiver, to cause the control device to modify the application of charge transfer based on the communications received as part of the demand response system.*

52.     Claim 1 of the '131 patent introduces elements that are not present in claim 1 of the '715 patent. For example, claim 1 of the '131 patent recites that communications from the remote server include demand-response information, and the controller causes the control device to modify the application of EV charge transfer based on the communications received as part of the demand response system. The '131 patent's specification at 10:50-58 describes:

> *Note that the load management data from the utility company may limit the ability to recharge the vehicle 150 or the recharge rate for vehicle 150, according to a Demand Response system. For example, the utility company could send a message to the Smartlet™ server 140 requiring a reduction in load. The Smartlet™ server 140 then turns off charging of some vehicles 150. Which vehicles have charging stopped will depend on the subscriber profiles and the requirements of the Demand Response system.*

53.     Claim 8 of the '131 patent adds the additional limitation that the communications received as part of the demand response system include power grid load data, and thus that the controller manages EV charge transfer based on the power grid load data

54.     Claim 31 of the '570 patent states:

> *A network-controlled charge transfer system for electric vehicles comprising:*
> *a server;*
> *a data control unit connected to a wide area network for access to said server; and*

16

> *a charge transfer device, remote from said server and said data control unit, comprising:*
> *an electrical receptacle configured to receive an electrical connector for recharging an electric vehicle;*
> *an electric power line connecting said receptacle to a local power grid;*
> *a control device on said electric power line, for switching said receptacle on and off;*
> *a current measuring device on said electric power line, for measuring current flowing through said receptacle;*
> *a controller configured to operate said control device and to monitor the output from said current measuring device;*
> *a local area network transceiver connected to said controller, said local area network transceiver being configured to connect said controller to said data control unit; and*
> *a communication device connected to said controller, said communication device being configured to connect said controller to a mobile wireless communication device, for communication between the operator of said electric vehicle and said controller.*

55.     Claim 31 of the '570 patent adds additional limitations not present in claim 1 of the '715 patent. For example, claim 31 of the '570 patent recites a current measuring device, a local area network transceiver, and a mobile wireless communication device—none of which are present in the claim 1 of the '715 patent.  The `570 patent's specification describes "a current measuring device on the electric power line, for measuring current flowing through the receptacle" ('570 patent 4:3-5); "a local area network transceiver connected to the controller, the local area network transceiver being configured to connect the controller to the data control unit" (*id.,* 4:7-9); "a communication device connected to the controller, the communication device being configured to connect the controller to a mobile wireless communication device, for communication between the operator of the electric vehicle and the controller" (*id.,* 4:10-15).  It thus describes a different architecture than the one described in claim 1 of the '715 patent.

56.     Claim 32 of the '570 patent adds the additional limitation that the wide area network is the Internet. Claim 1 of the '715 patent does not mention the Internet.

57.    Claim 1 of the '967 patent recites:

*A method in a server of a network-controlled charging system for electric vehicles, the method comprising:*
*receiving a request for charge transfer for an electric vehicle at a network-controlled charge transfer device;*
*determining whether to enable charge transfer;*
*responsive to determining to enable charge transfer, transmitting a communication for the network-controlled charge transfer device that indicates to the network-controlled charge transfer device to enable charge transfer; and*
*transmitting a communication for the network-controlled charge transfer device to modify application of charge transfer as part of a demand response system.*

58.    Claim 1 of the '967 patent is a method claim executed at the server. The claim contains limitations not present in claim 1 of the '715 patent, such as that the communication to modify a particular charge transfer is part of a larger demand response system. For example, the '967 patent at 10:50-58 states:

*Note that the load management data from the utility company may limit the ability to recharge the vehicle 150 or the recharge rate for vehicle 150, according to a Demand Response system. For example, the utility company could send a message to the Smartlet[TM] server 140 requiring a reduction in load. The Smartlet[TM] server 140 then turns off charging of some vehicles 150. Which vehicles have charging stopped will depend on the subscriber profiles and the requirements of the Demand Response system.*

59.    Claim 2 of the '967 patent adds an additional limitation that determining whether to enable a particular EV charge transfer includes "validating a payment source for the operator of the electric vehicle based on the user profile corresponding to the operator" (*id.,* 4:33-35). Validating payment as a condition of EV charge transfer is nowhere mentioned in claim 1 of the '715 patent.

**F.      Step 1: The ChargePoint Claims At Issue Are Not Directed To Abstract Ideas**

60.      I disagree with SemaConnect's allegation that the ChargePoint claims at issue are directed to the abstract idea of turning a switch on and off.  The claims at issue each recite improved charging stations (or methods of operating them) with structural features and tangible elements that address technical problems in the industry. SemaConnect's characterization of the claims vastly overgeneralizes the claim language and indeed ignores the many narrow claim limitations that I discuss above.

61.      Further, SemaConnect's Motion at 25-27 argues that "the Asserted Patents are directed to an abstract idea is further confirmed by ChargePoint's infringement allegations, which demonstrate that ChargePoint is attempting to preempt all competition in network-connected electric vehicle charging stations using its patents."  I disagree.

62.      The ChargePoint claims at issue each recite distinct and narrow inventions supported by their respective specifications. They neither pre-empt the idea of turning on and off a switch nor the EV charging station industry. Non-networked charging stations (EV charging stations in the prior art) do not read on these claims. I understand that, even today, Clipper Creek offers a non-networked 24-amp Level-2 EV charging station. (https://cleantechnica.com/2015/09/25/clippercreek-unveils-new-level-2-ev-charging-station-hcs-30/). Also, prior art cited in the asserted patents themselves point to other ways of configuring EV charging stations. For example, the Williams patent (*see* SemaConnect Motion page 13) discusses "an electric car battery recharging station" with a "communications link" for purposes of payment by credit card. As I discuss below, there is a sharp difference between "charging" a credit card and applying an electric charge to an EV battery. The ChargePoint claims at issue do not pre-empt the specific (non-networked) technology disclosed in the

19

Williams patent. Instead, they are patentably distinct – as shown at least by the fact that the Patent Office considered the Williams patent before issuing the ChargePoint patents.

63.     Additionally, SemaConnect's pre-emption argument ignores the narrow limitations of the claims and the potential other implementations that are discussed in the ChargePoint patents. For example, the '715 patent, the '570 patent, and the '131 patent claims at issue all are limited to using a wide area network for specific communications. But the ChargePoint patents discuss many other connectivity options such as RFID, WPAN and PLC (and others). See, e.g., '570 patent at 2:28-3:16. As further confirmation that the ChargePoint claims at issue do not pre-empt turning a switch on or off generally, or even electric charging, other claims recite many other limitations, such as: a way to monitor current flow, a local area network transceiver, and communicating with a mobile wireless communication device (the '570 patent claims at issue) and novel demand-response enabled configurations (the '967 and '131 patent claims at issue).

64.     I also disagree with SemaConnect's argument (at page 13) that the "Williams patent discloses all the limitations of claim 1 of the '715 patent (under ChargePoint's claim interpretation)." To the extent that SemaConnect is making an anticipation argument, it is my opinion that SemaConnect has not shown clear and convincing evidence that Williams patent discloses each and every limitation in the '715 patent claim 1. For example, SemaConnect includes a Table in its Motion at 13-14 that attempts to compare the Williams patent to the '715 patent claim 1. But, as clearly shown in that Table, and as just an example, SemaConnect has failed to show any disclosure in the Williams patent of the '715 patent's claim 1's recital of "a transceiver to communicate ***requests for charge transfer*** with a remote server and receive communications from the remote server via a data control unit that is connected to the remote

server through a wide area network." Instead, the Williams patent discloses something far different and more commonplace: a communication link to a credit card verification computer for *payment* verification. Communication with a credit card verification computer is different than the claimed approach, and does not, *e.g.*, allow for the "efficient communication network for managing peak load leveling using Demand Response and V2G"" (see, *e.g.*, '715 patent at 2:8-10) that is one of the focuses of the ChargePoint's patents. Additionally, SemaConnect's Motion only discusses the Williams patent with respect to the '715 patent claim 1, and with respect to certain elements of the '570 patent claim 31. As such, SemaConnect has failed to show any disclosure in the Williams patent of the additional limitations for the remaining claims, much less provide clear and convincing evidence of anticipation for any ChargePoint claim at issue.

65. Similarly, in its motion, SemaConnect did not provide clear and complete analysis of its assertion that the other three references—WO2007141543 ("the Taylor-Haw patent"), U.S. Patent App. Pub. No. 2009/0021213 ("the Johnson patent publication"), and AeroVironment's PosiNET—anticipate and/or render obvious the subject matter of any of the ChargePoint claims at issue. SemaConnect Motion at 15-16. To reach such a conclusion, a detailed mapping of the ChargePoint claims at issue to the disclosures of the referenced art is required, but such an analysis is not provided anywhere in SemaConnect's motion. I have reviewed the four references mentioned in the SemaConnect's Motion and have not seen any disclosure that anticipates or renders obvious the ChargePoint's claims at issue (*see* also paragraphs 64 and 66–72 of this declaration). As just one example of SemaConnect's failure to show corresponding disclosure, SemaConnect has not identified any disclosure of the unique arrangement recited in the '715 patent's claim 1 that has a station with a transceiver that communicates charge transfer requests

with a remote server. Also, most of the references cited by SemaConnect (all of them except PosiNET and Johnson) were already considered by the Patent Office before allowing and issuing the claims as patentable. As such, it is my opinion that SemaConnect has failed to meet its burden to provide clear and convincing evidence of invalidity for any of the ChargePoint claims at issue.

66.     As an example, with respect to the Taylor-Haw reference, the reference states what information could be transmitted on the network (Taylor-Haw reference, page 7, lines 7-14):

> The data may comprise one or more of, but is not limited to, the following: (i) customer identification data; (ii) customer account data, such as the credit that the customer currently has in an account; *(iii) the start time and end time that the charging station was used by a customer; (iv) the period of time that the charging station was used by a customer;* (v) the date; *(vi) the total electricity consumed during a charging cycle*; and/or (vii) vehicle registration details. *The data typically enables a financial charge to be made to an individual for using the charging station. The charging station may be provided with processing means for receiving payment for performing the charging cycle. The processing means may process a credit or debit card payment; or a payment from a mobile phone, for example via receipt of a text message. The key-activated controller and the processing means may be combined such that receipt of the appropriate payment activates the controller to enable the charging cycle.*

(emphasis added).

67.     Analyzing the above quote from the Taylor-Haw reference indicates that the communications in the Taylor-Haw reference takes place for the purpose of financial account charging of funds, rather than for the purpose of requesting electrical energy transfer.[1] It has nothing to do with controlling the charging process itself. Thus, the communication in the

---

[1] The "charge" referred to in the ChargePoint claims at issue refer to "electrical charge," to be differentiated from the "financial account charge" in the Taylor-Haw reference.

ChargePoint claims is fundamentally different from the communication in the Taylor-Haw reference.

68.     Furthermore, the above citation from the Taylor-Haw reference (only part of which is included in the SemaConnect Motion at page 15), refers only to communications between the charging station and the network that take place *after* electrical charging is complete, rather than *before* as in some of the ChargePoint claims at issue. For example, the Taylor-Haw reference mentions that the communication is used, among others, to transmit *"the start time and end time that the charging station was used by a customer", "the period of time that the charging station was used by a customer",* and *"the total electricity consumed during a charging cycle,"* all of which could be determined only *after* electrical charging is complete, rather than before, as required by at least the '715 patent as well as some other of the ChargePoint claims at issue.

69.     Similarly, with respect to the Johnson reference, SemaConnect states in its Motion that:

> The Johnson patent publication discloses a pay-per-use, self-service charging station for electric vehicles that uses the Internet to verify a customer's credit card information with a remote banking service. (Ex. 8 (the Johnson patent publication) at Abstract, ¶ 54.) If the banking service rejects the sale, the charging stations displays a rejection message; if the banking service authorizes the sales, the charging station's CPU closes a series of relays and switches and thereby provides an electric supply to the vehicle being charged (remotely switching charging to "on"). (*Id.* at ¶¶ 95-96, 107.).

70.     This is another example of the flawed and incomplete analysis presented in SemaConnect's Motion.   SemaConnect references "communication" for the purpose of a *banking* transaction (to "verify a customer's credit card information with a remote banking service") and not for the purpose of requesting electrical energy (electrical charge) transfer.

71.     With respect to the last reference, the AeroVironment, Inc., "PosiNET: Fleet Performance Management for your Fast-Charged Vehicles" (2006) advertisement, SemaConnect only makes a general statement that PosiNET "link[ed] all fast chargers together into a single network" and thereby allowed an operator to remotely monitor its entire fleet of electric vehicles" (SemaConnect Motion at page 16). It is not clear how this statement relates to the ChargePoint inventions, and how this statement is supposed to invalidate any of the ChargePoint claims at issue.  The PosiNET advertisement does not disclose any of the particular elements of '715 patent claim 1 (a server, a control device, a transceiver, a data control unit, and remote activation/deactivation), nor does it disclose any of the points that differentiate the '715 patent from ChargePoint's other patents (*e.g.*, a communication between the charging station and the server for the purpose of requesting electrical energy transfer,  the use of grid load and demand-response information, integration into wide area networks, *etc*.).

72.     The above discussion illustrates some of the flaws in SemaConnect allegations and exemplifies that, lacking a clear and complete analysis of each one of the references and of each one of the ChargePoint claims at issue, there is no meaningful basis to fully address SemaConnect's invalidity allegations.

**G.      Step 2: The ChargePoint Claims At Issue Include An "Inventive Concept"**

73.      Even if SemaConnect were to be correct that each of the 8 ChargePoint claims at issue are "directed to the abstract idea of turning a switch "on" and "off" – and I do not believe that they are – it is my opinion that the ChargePoint claims at issue are still patent-eligible because they include an "inventive concept" and recite more than well-understood, routine, and conventional activities previously known to the industry.

74.      For example, claims 1 and 2 of the '715 patent are directed to a specific apparatus that includes (i) a control device to turn electric supply on and off (to enable and disable transfer for electric vehicles), (ii) a transceiver to communicate requests for charge transfer with a remote server and receive communications from the remote server via a data control unit that is connected to the remote server through a wide area network; and (iii) a controller, coupled with the control device and the transceiver, to cause the control device to turn the electric supply on based on communication from the remote server (Claim 1); and further comprising an electrical coupler to make a connection with an electric vehicle, wherein the control device is to turn electric supply on and off by switching the electric coupler on and off (Claim 2). I am unaware of any other prior art meeting the ordered combination of these claims, much less any well-understood, routine, and conventional activities previously known to the industry.

75.      Instead, the '715 patent claims at issue provide a technical solution to a technical problem. For example, the ChargePoint patents discuss the problem with existing charging stations (e.g., even charging stations that included communication links to verify credit card information) in that they do not have "a communication network which facilitates finding the recharging facility, controlling the facility, and paying for the electricity consumed." '715 patent at 1:36-38. The '715 patent provides the recited technical solution to this problem and creates an

improved charging station apparatus that includes, *e.g.*, a transceiver for communicating requests for charge transfer to a remote server and receiving communications from the remote server through a wide area network. By communicating as such with a ***remote*** server, decisions of charge requests are shifted from the point of charge device and distributed more broadly, enabling benefits such as demand response and V2G. And the other claims recite specific configurations with additional benefits linked to Demand Response Systems, monitoring current, communications with a mobile wireless communication device, *etc.* – which provide solutions to prior electric charging stations that lacked the ability to provide the wide variety of capabilities flowing from the claimed configurations.

76.     I also disagree with SemaConnect's argument that the ChargePoint claims at issue recite "generic pieces of computer equipment." SemaConnect Motion at 30. As stated above, I have been informed that "the mere recitation of a generic computer cannot transform a patent-ineligible abstract idea into a patent-eligible invention." However, the ChargePoint claims at issue do not recite implementation of an abstract idea on a generic computer. They recite improved EV charging stations—special-purpose devices—and methods of use.   Generic computers are "general purpose" in that they are designed to run a wide variety of software programs. The ChargePoint claims at issue, however, are directed to the operation of EV charging stations (and networks of EV charging stations) for the specific purposes identified above.  As the Supplemental Declaration of Mr. David Baxter confirms, EV charging stations are not general purpose computers and are not designed to run a wide variety of general purpose software programs.

77.     The ChargePoint claims at issue improve the function of the EV charging station itself, or use the specifically recited networking as a process designed to solve a technological

problem in conventional charging station industry practice, and thus provide an inventive concept.


I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Richardson, Texas on January 15, 2018.

By: _____
Dr. Zygmunt Haas

# Haas Exhibit 1

# Zygmunt J. Haas

| Section # | Title | Pages |
|---|---|---|
| I. | General Information | 2 – 4 |
| II. | Talks, Invited Talks, Keynote Speeches | 5 – 9 |
| III. | Publications | 10 – 25 |
| (i) | Refereed Journal & Archival Publications | 10 – 16 |
| (ii) | Refereed Conference & Workshop Papers | 16 – 23 |
| (iii) | Books & Book Chapters | 23 – 24 |
| (iv) | Miscellaneous Publications | 25 |
| IV. | Teaching & Advising | 26 – 30 |
| (i) | Graduate Students | 26 |
| (ii) | Post Docs and Visiting Scholars | 27 – 28 |
| (iii) | Undergraduate Research/Advising | 28 |
| (iv) | Master of Engineering Project/Research Advising | 28 |
| (v) | Courses Taught | 28 – 30 |
| V. | Professional & Scientific Service | 31 – 37 |
| (i) | University Committees | 31– 32 |
| (ii) | Editorial Service | 32 |
| (iii) | Service to the Scientific Community at Large | 32 – 34 |
| (iv) | Technical Program Committees | 34 – 37 |
| VI. | Patents: Granted & Pending | 38 – 39 |

# I. GENERAL INFORMATION

## (i) Personal Information

**Name:** Zygmunt J. Haas

**Titles:** ① Professor and Distinguish Chair in Computer Science (Univ. of Texas at Dallas)
 ② Professor Emeritus (Cornell University);

**Professional Contact Information:**

② **Cornell University:**
 **Address:** School of Elect. & Comp. Eng, 324 Frank Rhodes Hall, Ithaca, NY 14853
 **Phone:** (607)-255-3454
 **E-mail:** *haas@ece.cornell.edu*
 **URL:** *http://people.ece.cornell.edu/~haas*
 **Lab URL:** *http://wnl.ece.cornell.edu*

① **University of Texas at Dallas**
 **Address:** Erik Jonsson School of Engineering and Computer Science
  ECSS Room 4.405
  Richardson, TX 75080
 **Phone:** (972)-883-3571
 **E-mail:** *haas@utdallas.edu*
 **URL:** *http://www.utdallas.edu/~haas*

**Private Contact Information:**
 **Phone:** (607) 592-0467
 **Fax:** (888) 990-1956
 **E-mail:** *haas@acm.org*

## (ii) Research Interests

✱ **Wireless and Mobile Systems and Networks**
  ✻ Wireless Communications
  ✻ Communication Protocols for Wireless Networks
  ✻ Security in mobile and wireless networks
  ✻ Ad Hoc and Sensor Networking Technologies
  ✻ Energy-efficient Protocols
✱ **Power System**
  ✻ Microgrids
  ✻ EV Charging System

✱ **Information Assurance, Network Security, and Security and Privacy of Big Data**

✱ **Cyber-Physical Systems (CPS) and Internet of Things**

✱ **Modeling of Communication Systems**
  ✻ Complex Networks
  ✻ Stochastic Routing

✱ **Design, Modeling, and Implementation of Cross-layer Protocols and Systems**

✱ **Cross-Disciplinary Research Initiatives**

**(iii)** <u>**Education/Degrees**</u> **(in reverse chronological order)**

✳ <u>**Ph.D.,**</u> **Electrical Engineering, Stanford University, CA, May 1988**
<u>**Advisor:**</u> **Prof. David Cheriton, Computer Science, Stanford University**
<u>**Thesis:**</u> **"Packet Switching in Fiber-Optic Networks"**

✳ <u>**M.Sc.,**</u> **(*Summa Cum Laude*) Electrical Engineering, Tel-Aviv University, Israel, Feb. 1985**

✳ <u>**B.Sc.,**</u> **(*Summa Cum Laude*) Electrical Engineering, Technion (IIT), Israel, August 1979**

**(iv)** <u>**Employment History**</u> **(in reverse chronological order)**

**8/13 – present:  University of Texas at Dallas, Computer Science Department**
**Erik Jonsson School of Engineering and Computer Science**
**Richardson, TX, 75080**
<u>**Title:**</u> **Professor and Distinguish Chair in Computer Science**

**8/95 – present:  Cornell University, School of Electrical and Computer Engineering, Ithaca, NY.,**
<u>**Title:**</u> **Professor Emeritus (as of 10/13)**
**7/2004 –10/2013:   Tenured Full Professor**
**11/1998 - 6/2004:   Tenured Associate Professor**
**8/1995 - 10/1998:    Associate Professor**

**5/10 – 6/11:   National Science Foundation, Engineering Directorate, Arlington,**
**VA;** <u>**Title:**</u> **Program Director;** <u>**Comment:**</u> **on leave from Cornell**
**University**

**09/94 - 7/95:  AT&T Business Communication Services, Murry Hill, NJ;** <u>**Title:**</u> **Member**
**of Technical Staff**

**05/88 - 7/95:  AT&T Bell Laboratories, Network Research, Holmdel, NJ;** <u>**Title:**</u> **Member**
**of Technical Staff**

**09/85 - 5/88:  Electrical Eng. Dept., Stanford University, CA,** <u>**Title:**</u> **Research Assistant**

**10/79 - 8/85:  R&D Department of Government of Israel, Tel-Aviv, Israel;** <u>**Title:**</u> **Engineer**

**10/81 - 6/85:  Electrical Eng. Dept., Tel-Aviv University, Israel;** <u>**Title:**</u> **Teaching Assistant**

**8/79 - 10/79:  Philips Research Laboratories, Eindhoven, Holland;** <u>**Title:**</u> **Engineer**

**(v)** <u>**Selected Awards and Honors**</u>

✳ **2016 IEEE ComSoc AHSN Recognition Award ("for outstanding contributions to**
**securing ad hoc and sensor networks") presented at *IEEE Globecom 2016,* December**
**5, 2016, Washington DC (*<u>AHSN Recognition Award</u>*); <u>Cornell's faculty awards</u>**

✳ **Status of "Professor Emeritus" at Cornell University (as of October 15, 2013)**

✳ <u>**2012 IEEE ComSoc WTC Recognition Award**</u> **(the award recognizes individuals for**
**"*outstanding technical contributions in the field and for his service to the scientific and*
*engineering communities*") presented at <u>*IEEE Globecom 2012,*</u> <u>December 5, 2012,</u>
<u>Anaheim, CA</u> *(<u>WTC Recognition Awards</u>)***

✳ **"Best Paper Award"  for the paper "<u>Collaborating with Correlation for Energy</u>**
<u>**Efficient WSN,**</u>**" [M. Nikolov and Z.J. Haas],** <u>*First ACM Annual International*</u>

*3*

*Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012),* **in conjunction with *ACM MobiCom 2012*, Istanbul, Turkey, August 26, 2012**

✳ IEEE Distinguished Lecturer Tour, Scandinavian Countries, May 25, 2009 – June 5, 2009

✳ Elevation to *IEEE Fellow*, January 2007

✳ Promotion to the rank of *Full Professor,* School of ECE, Cornell University, July 1, 2004

✳ Distinguish Lecturer, IEEE Communications Society, (two terms) 01/2004 - 12/2005, 01/2005 - 12/2007

✳ IEEE Distinguished Lecturer Tour, Australia, September 26-October 3, 2005

✳ Expert Lecturer, IEEE Communications Society, 2002-2004

✳ Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 2002-2003 academic year, November 2003

✳ "Best Paper Award" for the paper "Optimal Resource Allocation for UWB Wireless Ad Hoc Networks," [C. Zou and Z.J. Haas], IEEE 16th International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC'05)

✳ Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 2002-2003 academic year, November 2003

✳ "Highly Commended Paper Award" for the paper "Performance Evaluation of the Modified IEEE 802.11 MAC for Multi-Channel Multi-Hop Ad Hoc Network," [J. Li, Z.J. Haas, M. Sheng, and Y. Chen], IEEE International Conference on Advanced Information Networking and Applications (AINA 2003)

✳ Elected Chair of the IEEE Technical Committee on Personal Communications (TCPC), Jan. 2001 – Nov. 2002 (previously elected Vice Chair and Secretary)

✳ Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 1999-2000 academic year, September 2000

✳ Numerous *Marquis Who's Who* citations

✳ Election to *Indefinite Tenure,* Cornell University, October 1998

✳ Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 1996-1997 academic year, September 1997

✳ AT&T Foundation Award, September 1995

✳ President Award, Technion, Israel (1976, 1977, 1978, and 1979)

✳ B.Sc. with "*Summa Cum Laude*," August 1979

✳ M.Sc. with "*Summa Cum Laude*," February 1985

## (vi) <u>Memberships in Professional Societies</u>

✳ IEEE Communications Society (ComSoc)
✳ IEEE Vehicular Technology
✳ Association for Computing Machinery (ACM)
✳ Special Interest Group on Mobile Communications (SIGMOBILE)

## (vii) <u>Membership in Graduate Fields</u> (date awarded)

✳ Electrical and Computer Engineering, Cornell University, July 1, 1995
✳ Computer Science, Cornell University, February 2001
✳ <u>Center for Applied Math,</u> Cornell University, April 2003
✳ Electrical Engineering, University of Texas at Dallas, April 4, 2015

*4*

# II. TALKS, INVITED TALKS, & KEYNOTE SPEECHES

**Invited and Keynote Talks (in reverse chronological order)**

✳ Z.J. Haas, "Challenges of Internet of Things," Spring 2017 Computer Science Distinguished Lecture Series, Norfolk State University, Computer Science Department, April 6, 2017 (plaque)

✳ Z.J. Haas, "Research Directions of the Wireless Networks Lab," Computer Science Department, Wesleyan University, Fort Worth, TX, March 31, 2016

✳ Z.J. Haas, "Challenges of Internet of Things," Fourth Annual International Workshop on Mission-Oriented Wireless Sensor Networking (*MiSeNet 2015*), Dallas, TX, October 19, 2015

✳ Z.J. Haas, "Security of Big Data," Third Annual International Workshop on Mission-Oriented Wireless Sensor Networking (*MiSeNet 2014*), Philadelphia, PA, October 27, 2014

✳ Z.J. Haas, "Big Data and Its Security Implications," National Taiwan University (NTU), Taipei, Taiwan, December 16, 2013

✳ Z.J. Haas, "Big Data and Its Security Implications," National Sun Yat-sen University, Kaohsiung, Taiwan, December 18, 2013

✳ Z.J. Haas, "Big Data and Its Security Implications," National Tsing Hua University, Hsinchu, Taiwan, December 19, 2013

✳ Z.J. Haas, "Big Data and Security Implications," Keynote Speech, *EUSPN'13, 4th International Conference on Emerging Ubiquitous Systems and Pervasive Networks,* Niagara Falls, Ontario, Canada, October 21-24, 2013

✳ Z.J. Haas, "Security of Big Data," at the Cornell Engineering Alumni Association conference, Washington, DC, May 13, 2013

✳ Z.J. Haas, "Stochastic Routing," DIMACS Workshop on Connectivity and Resilience for Large-Scale Networks, Rutgers University, Piscataway, NJ, April 12-13, 2012

✳ Z.J. Haas, "*Information Assurance for Sensor Networks,*" Winter 2012 CIS Distinguished Lecture Series, Computer and Information Science Department, College of Engineering and Computer Science. University of Michigan-Dearborn, March 16, 2012

✳ Z.J. Haas, "*Information Assurance for Sensor Networks,*" Invited Talk, Department of Electrical Engineering and Computer Science, UC Berkeley, Berkeley, CA, September 7, 2011

✳ Z.J. Haas, "*Information Assurance for Vehicular Sensor-based Networks,*" Closing Keynote, 4th *IEEE International Symposium on Wireless Vehicular Communications (WiVeC'11),* San Francisco, CA, September 6, 2011

✳ Z.J. Haas, "*Information Assurance for Sensor Networks,*" Invited Talk, Department of Electrical Engineering, National Taiwan University of Science and Technology, Taipei, Taiwan, August 15, 2011 (program)

✳ Z.J. Haas, "*New Directions and Challenges in Information Assurance with Applications for Sensor Networks,*" Invited Talk, Department of Electrical Engineering, NCTU, Hsinchu, Taiwan, August 12, 2011

✱ Z.J. Haas, *"New Directions and Challenges in Information Assurance with Application to Sensor Networks,"* Invited Talk, Department of Electrical Engineering, Boston University, July 14, 2011

✱ Z.J. Haas, *"Information Assurance and Sensor Network Security,"* Department of Electrical and Computer Engineering, University of Florida, Gainesville, FL, April 14, 2011

✱ Z.J. Haas, *"Information Assurance and Sensor Network Security,"* Computer and Information Sciences department, Temple University, Philadelphia, PA, March 31, 2011

✱ Z.J. Haas, *"Information Assurance for Sensor Networks,"* Keynote Speech, *IEEE PerCom 2011 (Information Quality and Quality of Service (IQ2S) Workshop)*, Seattle, WA, March 21, 2011

✱ Z.J. Haas, *"Stochastic Routing for Delay Tolerant Networks,"* Invited Talk, IEEE Communications Society North Jersey Chapter, NJIT Department of ECE, Newark, NJ, November 29, 2010

✱ Z.J. Haas, *"Stochastic Routing for Delay Tolerant Networks,"* Keynote Talk, *Symposium for Emerging Trends in Mobile, Sensor, and Social Networks (MSS 2010), CReWMaN 10th Anniversary Celebration,* University of Texas at Arlington, October 7-8, 2010

✱ Z.J. Haas, *"The Ad Hoc and Sensor Networking Technology: Past, Presence, and Future,"* Keynote Speech, *The Second International Conference on Ubiquitous and Future Networks,* Jeju Island, South Korea, June 16-18, 2010

✱ Z.J. Haas, "Engineering Education for the 21st Century," Invited Talk, Kookmin University, Seoul, South Korea, June 21, 2010

✱ Z.J. Haas, *"The Future of Engineering Education,"* Plenary Speaker, *Worldwide Communications Studies (WTS 2010),* April 21-23, 2010, Tampa, FL (*WTS 2010*)

✱ Z.J. Haas, *"Stochastic Routing for Delay Tolerant Networks,"* Electrical and Computer Engineering Seminar, Technion, Israel Institute of Technology, July 13, 2009

✱ Z.J. Haas, *"Stochastic Routing for Delay Tolerant Networks,"* Nordic IEEE/ComSoc Distinguish Lecturer Tour (DLT), May 24, 2009 – June 5, 2009:
   o KTH Royal Institute of Technology, Stockholm, Sweden
   o Helsinki University of Technology (TKK), Helsinki, Finland
   o Linköpings Universitet, Dept. of Computer & Info. Science, Linköpings, Sweden
   o Lund Technical University and Ericsson, Lund, Sweden
   o Oulu University, Oulu, Finland
   o Aalborg University, Aalborg, Denmark
   o Danmarks Tekniske Universitet (DTU), Copenhagen, Denmark

✱ Z.J. Haas, *"Implications of Reconfiguration at the Network Layer,"* US-Australia NSF Workshop: Self-Organizing Wireless Networks Based on Cross-Layer Interactions, Darling Harbour, Sydney, Australia, December 17-19, 2008

✱ Z.J. Haas, *"Stochastic Routing,"* US-Australia NSF Workshop: Self-Organizing Wireless Networks Based on Cross-Layer Interactions, Darling Harbour, Sydney, Australia, December 17-19, 2008

✱ Z.J. Haas, *"Stochastic Routing for Sensor- and Ad Hoc-Networks,"* Keynote Speech, *International Conference on Intelligent Sensors, Sensor Networks, and Information Processing (ISSNIP 2008), December 15-18, 2008, Sydney, Australia*

*6*

✻ Z.J. Haas, "What's in My Crystal Bowl," <u>Keynote Speech,</u> Australasian Telecommunication Networks and Applications Conference 2008 (ATNAC 2008), Adelaide, South Australia, December 7-10, 2008

✻ Z.J. Haas, "*On Networking in the Final Frontier,*" University of South Florida, Tampa, FL, December 5, 2008

✻ Z.J. Haas, "*On Networking in the Final Frontier,*" CSE Colloquium, Department of Computer Science and Engineering, University of Buffalo, Buffalo, NY, Nov. 6, 2008

✻ <u>Z.J. Haas, "*On Networking in the `Final Frontier',*" ECE Seminar Series, Carnegie Mellon University, Pittsburgh, PA, November 20, 2008</u>

✻ Z.J. Haas, "Stochastic Routing," *Brown-Bag Series,* Computer Science Department, Cornell University, Ithaca, NY, March 4, 2008

✻ Z.J. Haas, "The Untold Story about the Romance between Mr. *A.H Network* and Mrs. *S. Network* and about their Son, Mr. *D.-T Network,*" *ECE Colloquium,* Department of Electrical and Computer Engineering, Boston University, February 22, 2008

✻ Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," Iowa State University, Computer Science Department, July 6, 2007

✻ Z.J. Haas, "On Some Choices in QoS Design of Ad Hoc and Sensor Networks," *Bell Laboratories, Lucent Technologies,* Murray Hill, NJ, January 27, 2006

✻ <u>Z.J. Haas, "On Some Choices in QoS Design of Ad Hoc and Sensor Networks," Keynote Speech, 2nd *IEEE International Conference on Mobile Ad-hoc and Sensor Systems (MASS 2005),* Washington, DC, November 9, 2005</u>

✻ Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," <u>Keynote Speech,</u> *2005 Asia-Pacific Conference on Communications,* Perth, Australia, October 3-5, 2005

✻ Z.J. Haas, "Mobility and its Effects on Networks Performance," *MiNEMA Summer School 2005,* Klagenfurt University, Klagenfurt, Austria, July 11-15, 2005

✻ Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," *IEEE Communications Society and IEEE Aerospace and Electronics Systems,* Joint Chapter, Rochester, NY, *Rochester Institute of Technology,* Rochester, NY, October 19, 2004

✻ Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," *University of Pennsylvania, Electrical Engineering Department,* Philadelphia, PA, November 8, 2004

✻ <u>Z.J. Haas, "Ad Hoc Research at the Wireless Networks Laboratory (WNL) at Cornell University," EE Seminar, Columbia University, April 16, 2001</u>

✻ Z.J. Haas, "Zone Routing: A New Routing Protocol for the Reconfigurable Wireless Networks," *Science Advisory Board Associates (SABA),* Motorola, Arlington Heights, November 18, 1997

✻ Z.J. Haas, "Routing in Highly Reconfigurable Wireless Networks," *8th Maryland Workshop on Very High Speed Networks,* University of Maryland Baltimore County, November 12-13, 1997

✻ Z. J. Haas, "The Multiply-Detected Macrodiversity Scheme for Wireless Cellular Systems," *EE Colloquium, School of Electrical Eng.,* Cornell University, April 22, 1997

✻ Z. J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of Cellular Capacity Bounds," *5th Maryland Workshop on Very High Speed Networks,* Baltimore, MD, March 14-16, 1994

✳ Z. J. Haas, J. H. Winters, and D. S. Johnson, "On the Capacity Bounds in Cellular Systems," *Allerton Conf. on Comm., Control, and Comp.,* Monticello, IL, Sept. 29 - Oct. 1, 1993

✳ Z. Haas, "Gigabit Connectivity with the `Staggering Switch': An Electronically Controlled Optical Packet Switch," *4th Maryland Workshop on Very High Speed Network*, March 15-17, 1993

✳ Zygmunt Haas, "Communication in the Gbps Era: Some Answers," *Washington University at St. Louis*, St. Louis, MO, September 1990

## Tutorial Courses:

✳ Z.J. Haas, "The Ad Hoc Networking Technology," *Thales Communications, Land and Joint Systems Division,* Clarksburg, MD, May 21-24, 2006

✳ Z.J. Haas, "Mobility and Its Effects On Network Performance," ESF'05 Workshop, November 7, 2005

✳ Z.J. Haas, "Mobility and Its Effects On Network Performance," *Middleware for Network Eccentric and Mobile Applications (MiNEMA) Workshop, MiNEMA Summer School,* Klagenfurt University, Klagenfurt, Austria, July 11-15, 2005

✳ Z.J. Haas, "Inside the Communication Protocols: Teletraffic Engineering & Performance Evaluation," *Telefocal Asia,* Singapore, March 22, 2004

✳ Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Wireless Communications and Networking Conference (WCNC'00), Chicago, IL, September 23-28, 2000

✳ Z.J. Haas, "Mobile Ad-Hoc Networks," *DIMACS Summer School on Foundations of Wireless Networks and Applications,* Rutgers University, Piscataway, NJ, Aug. 7 - 18, 2000

✳ Z.J. Haas, "Wireless Networks: from Cellular to Ad-Hoc," *DIMACS Summer School on Foundations of Wireless Networks and Applications,* Rutgers University, Piscataway, NJ, August 7 - 18, 2000

✳ Z.J. Haas, "Queueing Theory for Network Engineering," *MITRE Corporation*, Eatontown, NJ, 2000

✳ Z.J. Haas, "Wireless Networks - from Cellular to Ad Hoc," IEEE Military Communications Conference (MILCOM'99), Atlantic City, NJ, Oct. 31 – Nov. 3, 1999

✳ Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Wireless Communications and Networking Conference (WCNC'99), New Orleans, LA, September 21-24, 1999

✳ Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Military Communications Conference (MILCOM'98), Bedford, MA, October 20-23, 1998

✳ Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE Military Communications Conference (MILCOM'97), Monterey, CA, November 2-5, 1997

✳ Z.J. Haas, "Wireless Cellular Networks," ACM/IEEE Mobicom'97, Budapest, Hungary, September 27- 30, 1997

✳ Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE ICC'97, Montreal, Quebec, Canada, June 8-12, 1997

✳ Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE GLOBECOM'97, London, United Kingdom, November 22, 1996

✳ **Z.J. Haas, "Mobility Management in Wireless Networks," ICUPC'96, Cambridge, MA, September 29, 1996**

✳ **Z.J. Haas, "Mobility Management in Wireless Networks," ICC'96, Dallas, TX, June 23-27, 1996**

✳ **Z.J. Haas, "Mobile Communication Networks,"** *6th IFIP International Conference on High Performance Networking (HPN'95),* **Palma De Mallorca, Balearic Islands, Spain, September 11-15, 1995**

✳ **Z.J. Haas, "Mobility in TCP-IP Networks," IEEE Wireless'95, 1995**

✳ **Z.J. Haas, "Mobile Communication Networks," ICC'95, Seattle, WA, June 18-22, 1995**

✳ **Z.J. Haas, "Mobile Communication Networks," APCC, Osaka, Japan, June 13-16, 1995**

✳ **Z.J. Haas, "Mobile Communication Networks," IPCCC, Scottsdale, AZ, March 28, 1995**

✳ **Z.J. Haas, "Mobile Communication Networks," GLOBECOM'94, San-Francisco, CA, November 27, 1994**

✳ **Z.J. Haas, "Personal Communication Services and Networks," SIGCOMM'94, University College London, London, UK, August 30 – September 2, 1994**

✳ **Z.J. Haas, "Optical Networks," GLOBECOM'93, Houston, TX, December 3, 1993**

# III. <u>PUBLICATIONS</u>

**(i) <u>Refereed Journal/Archival Publications</u> (in reverse chronological order)**

1. M. Nikolov and Z.J. Haas, "Encoded Sensing for Energy Efficient Wireless Sensor Networks," accepted for publication in the *IEEE Sensors Journal,* 2017, Special Issue on *"Power-efficient sensors for long-term applications"*; DOI: 10.1109/JSEN.2017.2756865

2. J. Ugirumurera and Z. J. Haas, "Optimal Sizing of a Completely Green Charging System for Electric Vehicles" accepted for publication in the *IEEE Transactions on Transportation Electrification,* 2017.

3. Z. Zhong and Z.J. Haas, "On the Performance of Reconfigurable Distributed MIMO in Mobile Networks," *IEEE Transactions on Communications,* vol. 65, no.4, April 2017, pp. 1609-1622; DOI: 10.1109/TCOMM.2017.2656129

4. S.N. Premnath and Z.J. Haas, "Supporting Privacy of Computations in Mobile Big Data Systems," *Future Internet 2016, 8(2), 17;* DOI: 10.3390/fi8020017

5. M. Nikolov and Z.J. Haas, "Relay Placement in Wireless Networks: Minimization Communication Cost," *IEEE Transactions on Wireless Communications,* vol.15, no.5, May 2016

6. Z. Li and Z.J. Haas, "On Residual Path Lifetime in Mobile Networks," *IEEE Communications Letters,* vol. 20, no.3, March 2016, DOI: 10.1109/LCOMM.2016.2520467

7. S.N. Premnath and Z.J. Haas, "Security and Privacy in the Internet-of-Things under Time-and-Budget-limited Adversary Model," IEEE Wireless Communications Letters 4(3), pp. 277-280 , 2015, DOI: 10.1109/LWC.2015.2408609

8. S.M.N. Alam and Z.J. Haas, "Coverage and Connectivity in Three-Dimensional Networks with Random Node Deployment," Elsevier *Ad Hoc Networks Journal,* special issue on *Underwater Communications,* 2014, DOI: 10.1016/j.adhoc.2014.09.008, *http://dx.doi.org/10.1016/j.adhoc.2014.09.008*

9. Z.J. Haas and M. Nikolov, "Towards Optimal Broadcast in Wireless Networks," *IEEE Transactions on Mobile Computing, vol.14, no. 7, pp. 1530-1544, 2014, DOI: 10.1109/TMC.2014.2356466*

10. E.Y. Hua and Z.J. Haas, "Mobile-Projected Trajectory Algorithm with Velocity-Change Detection for Predicting Residual Link Lifetime in MANET," *IEEE Transactions on Vehicular Technology, March 2015, vol. 64, no. 3, pp. 1065-1078, http://dx.doi.org/10.1109/TVT.2014.2327232*

11. Z.J. Haas and M. Nikolov, "Towards Optimal Broadcasting," CoRR abs/1301.7101 (2013)

12. M.Z. Chawdhury, Y.M. Jang, and Z.J. Haas, "*Call Admission Control based on Adaptive Allocation for Wireless Networks,"* IEEE/KICS *Journal of Communications and Networks (JCN).* vol. 15, no. 1, pp. 15-24, Feb. 2013. (SCI)

13. F. Losilla, A.-J. Garcia-Sanchez, F. Garcia-Sanchez, J. Garcia-Haro, and Z.J. Haas, "A Comprehensive Approach to WSN-based ITS Applications: A Survey," *Sensors* 2011, *11,* 10220-10265, October 28, 2011, doi:10.3390/s111110220

14. C. Garcia-Costa, E. Egea-Lopez, J. Tomas-Gabarron, J. Garcia-Haro, Z.J. Haas, "A stochastic model for chain collisions of vehicles equipped with vehicular communications," accepted for publications in the *IEEE Transactions on Intelligent Transportation Systems*, 2011

15. G.Y. Lee and Z.J. Haas, "*Simple, Practical, and Effective Opportunistic Routing for Short-haul Multi-hop Wireless Networks, IEEE Transactions on Wireless Communications,* 2011, pp. 3583-3588, DOI: 10.1109/TWC.2011.11.101713

16. M.F. Elhaway and Z.J. Haas, "Energy-Efficient Protocol for Cooperative Transmission," *IEEE Transactions on Networking,* vol. 19, no.2, April 2011, pp. 561-574, DOI: 10.1109/TNET.2010.2089803

17. M.Z. Chawdhury, Y.M. Jang, and Z.J. Haas, "Cost-Effective Frequency Planning for Capacity Enhancement of Femtocellular Networks," *Wireless Personal Communications,* Springer Science, March 2, 2011, DOI: 10.1007/s11277-011-0258y

18. ChuanYun Zou, Zygmunt J. Haas, and Sheng Zou, "Throughput maximization in UWB-based ad hoc networks," *SCIENCE CHINA, Information Sciences,* vol.53, no.12: 2538-2547, DOI: 10.1007/s11432-010-4120-8

19. M.Z. Chowdhury, Y.M. Jang, and Z.J. Haas, "Network Evolution and QoS Provisioning for Integrated Femtocell/Macrocell Networks," *International Journal of Wireless & Mobile Networks (IJWMN)*, vol.2, no.3, August 2010 (.pdf)

20. J. Oh and Z.J. Haas, "Personal Environment Service based on the Integration of Mobile Communications and Wireless Personal Area Networks," *IEEE Communications Magazine,* vol. 48, no. 6, June 2010, pp. 66 - 72 DOI: 10.1109/MCOM.2010.5473866

21. E.Y. Hua and Z.J. Haas, "An Algorithm for Prediction of Link Lifetime in MANET Based on Unscented Kalman Filter," *IEEE Communications Letters,* vol.13, no.10, October 2009, pp. 782-784

22. G.Y. Lee, Y. Lee, and Z.J. Haas, "Hybrid Location-Update Scheme for Mobile Networks," *IEEE Transactions on Vehicular Technology*, vol. 58, no. 1, January 2009, pp. 338-348

23. J. Jeong and Z.J. Haas, "Predeployed Secure Key Distribution Mechanism in Sensor Networks: Current State-of-the-Art and a New Approach Using Time Information," *IEEE Wireless Communication,* August 2008, pp. 42-51

24. Z. Wang, R.J. Thomas, and Z.J. Haas, "Performance comparison of Bluetooth Scatternet formation protocols for multi-hop networks," Springer *Wireless Networks (WINET),* Volume 15, Number 2 / February, 2009, pp. 209-226

25. Z. Wang, R.J. Thomas, and Z.J. Haas, "Performance comparison of Bluetooth Scatternet formation protocols for multi-hop networks," on-line Springer *Wireless Networks (WINET)* journal, 2007, DOI: 10.1007/s11276-007-0036-7

26. J. Oh and Z.J. Haas, "A Scheme for Location-Based Internet Broadcasting and Its Applications," *IEEE Communications Magazine,* vol. 45, no. 11, November 2007, pp. 136-141, DOI: 10.1109/MCOM.2007.4378333

27. Z.J. Haas and T. Small, "Quality of Service and Capacity in Constrained Intermittent-Connectivity Networks," *IEEE Transactions on Mobile Computing,* vol.6, no.7, July 2007, pp. 803-814, DOI: 10.1109/TMC.2007.1033

28. Z.J. Haas and R. Barr, "Density-Independent, Scalable Search in Ad Hoc Networks," Springer *International Journal of Wireless Information Networks*, special issue on "PIMRC 2005," vol. 14, no. 2, June 2007, pp. 93-105

29. J. Jeong and Z.J. Haas, "An Integrated Security Framework for Open Wireless Networking Architecture," *IEEE Wireless Communications Magazine*, special issue on "Technologies On Future Converged Wireless And Mobility Platform," vol.14, no.2, April 2007, pp.10-18, DOI: 10.1109/MWC.2007.358959

30. O. Arpacioglu and Z.J. Haas, "On the Scalability and Capacity of Single-User-Detection Based Wireless Networks with Isotropic Antennas," *IEEE Transactions on Wireless Communications*, vol.6, no.1, January 2007, pp.8-15

31. S.M. Nazrul Alam, Z.J. Haas "Topology Control and Network Lifetime in Three-Dimensional Wireless Sensor Networks," September 11, 2006, arXiv:cs/0609047

32. Ben Liang and Zygmunt J. Haas, "Hybrid Routing in Ad Hoc Networks with Dynamic Virtual Backbone," *IEEE Transactions on Wireless Communications*, vol. 5, no. 6, June 2006, pp.1392-1405

33. Z.J. Haas, J.Y. Halpern, and E.L. Li, "Gossip-based Ad Hoc Routing," *IEEE/ACM Transactions on Networking*, vol.14, no.3, June 2006, pp.479-491

34. J. Deng, Y.S. Han, Z.J. Haas, "Analyzing Split Channel Medium Access Control Schemes," *IEEE Transactions on Wireless Communications*, vol.5, no.5, May 2006, pp.967-971

35. Z.J. Haas and Tara Small, "A New Networking Model for Biological Applications of Ad Hoc Sensor Networks," *ACM/IEEE Transactions on Networking*, vol.14, no.1, February 2006, pp.27-40

36. P. Papadimitratos and Z.J. Haas, "Securing Data Communication in Mobile Ad Hoc Networks," *IEEE Journal on Selected Issues in Communications (JSAC)*, special issue on "Security in Wireless Ad Hoc Networks," vol.24, no.2, February 2006, pp.343-356

37. L.E. Miller and Z.J. Haas, "Public Safety Applications of Wireless Communication and Networking Technologies," Editorial, *IEEE Communications Magazine*, vol.44, no.1, January 2006, pp. 28-29 (issue cover)

38. O. Arpacioglu and Z.J. Haas, "On the Capacity of Wireless Sensor Networks with Omnidirectional Antennas," Revista de Sociedade Brasileira de Telecomunicações, vol.19, no.3, December 2004, pp.81-93

39. M. Fang, Z.J. Haas, B. Liang, and Y.-B. Lin, "TTL Prediction Schemes and Effects of Inter-Update Time Distribution on Wireless Data Access," Kluwer Academic Publishing, *Wireless Network*, 10, 2004, pp.607-619

40. J. Cho and Z.J. Haas, "On the Throughput Enhancement of the Downstream Channel in Cellular Radio Networks through Multi-hop Relaying," *IEEE Journal on Selected Areas in Communications*, issue on "Quality-of-Service Delivery in Variable Topology Networks," vol.22, no.7, September 2004, pp.1206-1219

41. P. Samar, M.R. Pearlman, and Z.J. Haas, "Independent Zone Routing: An Adaptive Hybrid Routing Framework for Ad Hoc Wireless Networks," *ACM/IEEE Transactions on Networking*, vol.12, no.4, August 2004, pp.595-608

42. O. Arpacioglu and Z.J. Haas, "On the Scalability and Capacity of Planar Wireless Networks with Omnidirectional Antennas," Wiley & Sons, *Wireless Communications and Mobile Computing* journal, vol.4, no.3, May 2004, pp.263-279

43. A. Tsirigos and Z. J. Haas, "Analysis of Multipath Routing, Part 2: Mitigation of the effects of frequently changing network topologies," *IEEE Transactions on Wireless Communications*, vol.3, no.2, March 2004, pp.500-511

44. B. Krishnamachari, R-H. Gau, S. B. Wicker, and Z. J. Haas, "Optimal Sequential Paging in Cellular Networks," *ACM/Kluwer Wireless Networks* , vol.10, no.2, March 2004, pp.121-131

45. R-H. Gau and Z. J. Haas, "Concurrent Search of Mobile Users in Cellular Networks," *ACM/IEEE Transactions on Networking*, vol.12, no.1, February 2004, pp.117-130

46. A. Tsirigos and Z. J. Haas, "Analysis of Multipath Routing, Part 1: The effect on the packet delivery ratio," *IEEE Transactions on Wireless Communications*, vol.3, no.1, January 2004, pp.138-146

47. J. Deng and Z. J. Haas, "On Optimizing the Backoff Interval for Random Access Schemes," *IEEE Transactions on Communications*, vol.51, no.12, December 2003, pp.2081-2090

48. D-S. Kim, H-J. Moon, J-H. Bahk, W.H. Kwon, and Z. J. Haas, "Efficient Computations for Evaluating Extended Stochastic Petri Nets using Algebraic Operations," *International Journal of Control, Automation and Systems*, vol. 1, no. 4, December 2003, pp.431-443

49. Sajama and Z. J. Haas, "Independent-Tree Ad hoc MulticAst Routing (ITAMAR)," *ACM MONET* journal, special issue on "Ad Hoc Networks," vol. 8, no. 5, October 2003, pp. 551-566

50. B. Liang and Z. J. Haas, "Predictive Distance-Based Mobility Management for Multi-Dimensional PCS Networks," *ACM/IEEE Transactions on Networking*, vol.11, no.5, October 2003, pp.718-732, DOI: 10.1109/TNET.2003.815301

51. J. Li, Z. J. Haas, M. Sheng, and Y. Chen, "Performance Evaluation of Modified IEEE 802.11 MAC For Multi-Channel Multi-Hop Ad Hoc Network," *Journal of Interconnection Networks (JOIN),* special issue on "Advanced Information Networking: Architectures and Algorithms," vol. 4, no. 3, September 2003, pp. 345-359

52. J. Li, Z.J. Haas, and M. Sheng, "Capacity Evaluation of Multi-channel Ad Hoc Networks," *Journal of Electronics (China),* vol.20, no.5, September 2003, pp.344-352, DOI:10.1007/s11767-003-0044-4

53. P. Papadimitratos and Z. J. Haas, "Secure Message Transmission in Mobile Ad Hoc Networks," Elsevier *Ad Hoc Networks Journal*, vol. 1, no. 1, July 2003, pp.193-209

54. R-H. Gau and Z. J. Haas, "Concurrently Searching for Mobile Users in Cellular Networks," *IEEE Communications Letters*, vol. 7, no. 6, June 2003, pp. 287-289

55. P. Papadimitratos and Z. J. Haas, "Secure Routing for Mobile Ad Hoc Networks," *ACM Mobile Computing and Communications Review (MC2R)*, vol. 1, no. 2, October 2002, pp.1

56. P. Papadimitratos and Z. J. Haas, "Securing the Internet Routing Infrastructure," *IEEE Communications Magazine*, October 2002, pp.60-68

57. Z. J. Haas and Jing Deng, "Dual Busy Tone Multiple Access (DBTMA): A Multiple Access Control Scheme for Ad Hoc Networks," *IEEE Transactions on Communications*, vol. 50, no. 6, June 2002, pp. 975-985

*13*

58. R-H. Gau, Z.J Haas, and B. Krishnamachari "On Multicast Flow Control for Heterogeneous Receivers," *ACM/IEEE Transactions on Networking,* vol.10, no.1, February 2002, pp. 86-101

59. A. Tsirigos and Z.J. Haas, "Multipath Routing in the Presence of Frequent Topological Changes," *IEEE Communications Magazine,* vol.39, no.11, November 2001, DOI: 10.1109/35.965371

60. Z.J. Haas and A. Warkhedi, "The Design and Performance of Mobile TCP for Wireless Networks," *Journal of High Speed Networks,* vol.10, no.3, October 2001, pp.187-207

61. R. Prakash, Z.J. Haas, and M. Singhal, "Load-Balanced Location Management for Mobile Systems using Dynamic Hashing and Quorums," ACM *Wireless Networks* journal, vol.7, no.5, September 2001, pp.497-512, DOI: 10.1023/A:1016774627097

62. Z.J. Haas and M.R. Pearlman, "The Performance of Query Control Schemes for the Zone Routing Protocol," *IEEE/ACM Transactions on Networking,* vol.9, no.4, August 2001, pp.427-438, DOI: 10.1109/90.944341

63. Z.J. Haas, "A Communication Infrastructure for Smart Environments -- A Position Article," *IEEE Personal Communications Magazine,* special issue on "Networking the Physical World," vol.7, no.5, October 2000, pp.54-58, DOI: 10.1109/98.878540

64. Z.J. Haas and A. Warkhedi, "The Design and Performance of Mobile TCP for Wireless Networks," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science,* issue on "Mobile Networks and Computing," *American Mathematical Society,* vol. 52, 2000, pp.85-122

65. Zygmunt J. Haas and Yi-Bing Lin, "Demand Re-registration for PCS Database Restoration," ACM *Mobile Networks and Applications (MONET),* vol.5, no.3, September 2000, pp.191-198, DOI: 10.1023/A:1019160629147

66. L. Zhou and Z.J. Haas, "Securing Ad Hoc Networks," *IEEE Network Magazine,* vol. 13, no. 6, November/December 1999, pp.24-30

67. M.R. Pearlman and Z.J. Haas, "Determining the Optimal Configuration for the Zone Routing Protocol," *IEEE Journal of Selected Areas in Communications,* vol. 17, no.8, August 1999, pp. 1395-1414, DOI: 10.1109/49.779922

68. Z.J. Haas, M. Gerla, D.B. Johnson, C.E. Perkins, M.B. Pursley, M. Steenstrup, C.-K. Toh, "Wireless Ad Hoc Networks," Guest Editorial, *IEEE Journal of Selected Areas in Communications,* vol. 17, no.8, August 1999, pp. 1329-1332, DOI: 10.1109/JSAC.1999.779916

69. D.A. Dyson and Z.J. Haas, "A Dynamic Packet Reservation Multiple Access Scheme for Wireless ATM," *Mobile Networks and Applications (MONET),* no.4, no.2, June 1999, pp.87-99

70. Z.J. Haas and B. Liang, "*Ad Hoc* Mobility Management with Uniform Quorum Systems," *IEEE/ACM Transactions on Networking,* vol. 7, no.2, April 1999, pp.228-240, DOI: 10.1109/90.769770

71. Z.J. Haas and Y-B. Lin, "On Optimizing the Location Update Costs in the Presence of Database Failures," *Wireless Networks* journal, vol.4, no.5, September 1998, pp,419-426, DOI: 10.1023/A:1019137213933

72. Z.J. Haas and C-P. Li, "The Multiply-Detected Macrodiversity Scheme for Wireless Cellular Systems," *IEEE Transactions on Vehicular Technology,* vol.47, no.2, May 1998, pp.506-530

73. Z. J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of the Capacity Bounds in Cellular Systems," *IEEE Transactions on Vehicular Technology,* vol.46, no.4, November 1997, pp.805-817

74. M. J. Karol, Z. J. Haas, C. B. Woodworth, and R. D. Gitlin, "Time-Frequency-Code Slicing: Efficiently Allocating the Communications Spectrum to Multirate Users," *IEEE Transactions on Vehicular Technology,* vol.46, no.4, November 1997, pp.818-826

75. Z. J. Haas, "Location-Independent Access in Mobile Systems," Kluwer Journal of *Wireless Personal Communications,* special issue on "Mobile and Wireless Computing," vol.4, no.2, March 1997, pp.163-184

76. C.-P. Li and Z.J. Haas, "Macrodiversity Technique for Improvement in BER of Wireless Systems," *IEEE Electronics Letters,* vol.33, no.7, March 1997, pp.556-557

77. A. Ganz, Z. J. Haas, C. M. Krishna, and D. Tang, "On Optimal Design of Multi-Tier Wireless Cellular Systems," *IEEE Communications Magazine,* vol.35, no.2, February 1997, pp.88-93 (erratum vol.35, no.8, August 1997. pp.143)

78. Z.J. Haas, R. Alonso, D. Duchamp, and B. Gopinath, "Mobile and Wireless Computing Networks," Guest Editorial, *IEEE Journal on Selected Areas in Communications,* vol.13, no.5, June 1995, pp.836-838

79. Z. J. Haas and S. Paul, "Limited-lifetime Shared-access in Mobile Systems," *Wireless Networks* journal, vol.1, no.2, June 1995, pp. 139-146, DOI: 10.1007/BF01202537

80. G. Pollini and Z. Haas, "A Comparison of Beacon-Assisted Multiple Access and Resource Auction Multiple Access," *IEEE Network* magazine, vol.8, no.2, March/April 1994, pp.18-25, DOI: 10.1109/65.272937

81. Z. Haas and M. A. Santoro, "A Mode-Filtering Scheme for Improvement of the Bandwidth-Distance Product in Multimode Fiber Systems," *IEEE Journal of Lightwave Technology,* vol. 11, no. 7, July 1993, pp.1125-1131

82. Z. Haas "The `Staggering Switch': An Electronically Controlled Optical Packet Switch," IEEE *Journal of Lightwave Technology,* vol. 11, no. 5/6, May/June 1993, pp.925-936

83. Z. Haas, D. Cohen, G.M Parulkar, and A.N. Tantawy, "Protocols for Gigabit Networks," Guest Editorial, *IEEE Journal on Selected Areas in Communications,* vol. 11, no.4, May 1993, pp. 477-479

84. Z. Haas, "Optical Slot Synchronization Scheme," *IEEE Electronics Letters,* vol.28, no.23, November 1992, pp. 2184-2185

85. Z. Haas, " `Staggering Switch': an `Almost-all' optical packet switch," *Electronics Letters,* vol.28, no.17, August 1992, pp.1576-1577

86. Z. Haas and M. A. Santoro, "Extending the Bandwidth-Distance Product for Multimode Fiber Systems," *Fiber and Integrated Optics Journal,* vol. 11, no.2, April 1992, pp. 111-122

87. Z. Haas and R. D. Gitlin "Optical Distribution Channel: An `Almost-all' Optical LAN based on the Field-coding Technique," *Journal of High Speed Networks,* 1(1992), pp. 193-214

88. Z. Haas, "Adaptive Admission Congestion Control," *ACM SIGCOMM Comp. Comm. Rev.,* vol. 21, no. 5, October 1991, pp.58-76

89. Zygmunt Haas, "A Protocol Structure for High-speed Communication over Broadband ISDN," *IEEE Network Magazine*, January 1991, pp.64-70

90. Zygmunt Haas, "Loop Concatenation and Loop Replication to Improve Blazelen Performance," *IEEE Journal on Selected Areas in Communications,* vol.8, no.8, October 1990, pp.1574-1581

91. Z. Haas and D. R. Cheriton, "BLAZENET: A Packet-Switched Wide Area Network with Photonic Data Path," *IEEE Transactions on Communications,* vol.38, no.6, June 1990, pp.818-829, DOI: 10.1109/26.57474

## (ii) Refereed Conference & Workshop Papers (in reverse chronological order)

1. *C. Liu and Z.J. Haas, "Muti-hop Routing Protocols for RFID Systems with Tag-to-Tag Communication," 36th IEEE Military Communications Conference, Baltimore, MD, October 23-25, 2017*

2. *C. Liu and Z.J. Haas, "Routing Protocol Design in Tag-to-Tag Networks with Capability-enhanced Passive Tags," IEEE International Symposium on Personal, Indoor and Mobile Radio Communications, Montreal, QC, Canada, October 8-13, 2017*

3. Z. Zheng and Z.J. Haas, "On the Improvement of Spectral Efficiency in Mobile Networks: Rate and Mobility Analysis," *51st Annual Conference on Information Sciences and Systems,* Johns Hopkins University, Whiting School of Engineering's Department of Electrical and Computer Engineering, Baltimore, MD, March 22-24, 2017; DOI: 10.1109/CISS.2017.7926073

4. C. Hasan and Z.J. Haas, "Deadline-aware Energy Management in Data Centers," *8th IEEE International Conference on Cloud Computing Technology and Science (CloudCom),* Luxembourg, December 12 – 15, 2016

5. J. Ugirumurera and Z. J. Haas, "Optimal Capacity Sizing for a Completely Green Village with Programmable Appliances," *PowerEnergy2016,* Charlotte, NC, June 26-30, 2016

6. Z. Zhong, L. Wei, Z.J. Haas, and V. Tarokh, "Transmit Beamforming in Rayleigh Product MIMO Channels: Ergodic Mutual Information and Symbol Error Rate," *IEEE ICC 2016,* Kuala Lampur, Malaysia, May 23-27, 2016

7. Z.J. Haas and S. Gu, "On Power Management Policies for Data Centers," *2015 IEEE International Conference on data Science and Data Intensive Systems (DSDIS), 11th IEEE International Conference on Green Computing and Communications (GreenCom 2016),* Sydney, NSW, Australia, Dec 11-13, 2015, DOI: 10.1109/DSDIS.2015.82

8. Z.J. Haas and A. Yousefpour, "A Privacy Scheme for Monitoring Devices in the Internet of Things," Second International Summit, IoT 360º 2015, Rome, Italy, October 27-29, 2015

9. H. Chenji, Z.J. Haas, and P. Xue, "Low Complexity QoE-aware Bandwidth Allocation for Wireless Content Delivery," *IEEE MILCOM 2015,* Tampa, FL, Oct. 26-28, 2015

10. J. Ugirumurera and Z. J. Haas, "Power Scheduling for Programmable Appliances in Microgrids," *IEEE CAMAD 2015*, Special Session on ICT-Based Solutions for the Smart Energy Grid, September 7-9, 2015, University of Surrey, Guildford, UK

11. H. Chenji and Z.J. Haas, "Enhancement of Wireless Bandwidth Utilization through User's QoE," in Proceedings of *IEEE Wireless Communications and Networking Conference (WCNC 2015)*, New Orleans, LA, March 9-12, 2015

12. S. N. Premnath and Z.J. Haas, "A Practical, Secure, and Verifiable Cloud Computing for Mobile Systems," in Proceedings of *11th International Conference on Mobile Systems and Pervasive Computing (MobiSPC'14)*, Procedia Computer Science, volume 34, 2014, Pages 474–483, DOI: 10.1016/j.procs.2014.07.033.

13. M. Nikolov and Z.J. Haas, "Collaborating with Correlation for Energy Efficient WSN," *The First ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012)*, in conjunction with *ACM MobiCom 2012*, Istanbul, Turkey, August 26, 2012, DOI: 10.1145/2348656.2348665 (technical program)

14. G.E. Arrobo, Z.J. Haas, and R.D. Gitlin, "Temporal Diversity Coding for Improving the Performance of Wireless Body Area Networks," 7th International Conference on Body Area Networks (*BodyNets 2012*), Oslo, Norway, September 24–26, 2012

15. Q. Wang and Z.J. Haas, "Analytical Model of Epidemic Routing for Delay-Tolerant Networks," *ACM MSWiM 2012* Workshop on *High Performance Mobile Opportunistic Systems* (*HP-MOSys 2012*),  Paphos, Cyprus, October 21-25, 2012

16.  Z.J. Haas and M. Nikolov, "Towards Optimal Broadcasting in Wireless Networks," *14th ACM* International Conference on Modeling, Analysis and Simulation of Wireless and Mobile Systems (*MSWiM 2011)*, Miami Beach, FL, October 31 – November 4, 2011, pp. 213-222

17. G. Arrobo, R. D. Gitlin, and Z.J. Haas, "Effect of Link-Level Feedback and Retransmissions on the Performance of Cooperative Networking," *IEEE WCNC*, Quintana-Roo, Mexico, March 28-31, 2011, pp. 1131 - 1136

18. G. Arrobo, R. D. Gitlin, and Z.J. Haas, "Cooperative Network Coding," 2010 ONR Naval Science & Technology Partnership Conference, Poster Session, Hyatt Regency Crystal City, Arlington, VA, November 8-10, 2010

19. Z.J. Haas and T-C. Chen, "Cluster-based Cooperative Communication with Network Coding in Wireless Networks," *IEEE MILCOM 2010*, San Jose, CA, October 31 – November 3, 2010

20. S-K. Yoon and Z.J. Haas, "Application of Linear Coding in Delay Tolerant Networks," *The Second International Conference on Ubiquitous and Future Networks (ICUFN 2010), Invited Paper*, Jeju Island, South Korea, June 16-18, 2010

21. Ivan S. Lysiuk and Zygmunt J. Haas, "Controlled Gossiping in Ad Hoc Networks," *IEEE WCNC*, Sydney, Australia, April 18-21, 2010, pp.1-6

22. M.Z. Chowdhury, M.J. Yeong, and Z.J. Haas, "Call Admission Control based on adaptive bandwidth allocation for multi-class services in wireless networks," 2010 International Conference on Information and Communication Technology Convergence (ICTC), pp. 358−361, Jeju Island, South Korea, Nov. 17−19, 2010

23. S-K. Yoon, Z.J. Haas, and J.H. Kim, "Tradeoff between Energy Consumption and Lifetime in Delay-Tolerant Mobile Networks," *IEEE Military Communications Conference (MILCOM)*, San Diego, CA, November 17-19, 2008

24. Z.J. Haas, and E.Y. Hua, "Residual Link Lifetime Prediction for Best Path Selection in Mobile Ad Hoc Networks," *The 27th Conference on Computer Communications (IEEE INFOCOM 2008), Mini-conference*, Phoenix, AZ, April 14, 2008

25. M. Elhawary and Z.J. Haas, "Busy Tone Multi Channel (BTMC): a New Multi Channel MAC protocol for Ad Hoc Networks," 6th Annual IEEE International Conference on Pervasive Computing and Communications (PerCom'08), Poster Session, Hong Kong, March 17 - 21, 2008

26. S-K Yoon and Z.J. Haas, "Efficient Tradeoff of Restricted Epidemic Routing in Mobile Ad-Hoc Networks," *IEEE Military Communications Conference (MILCOM)*, Orlando, FL, October 29-31, 2007, Digital Object Identifier 10.1109/MILCOM.2007.4455272

27. Ke Shi and Zygmunt J. Haas, "Quantitative Analysis of Partition Statistics and their Impact on Data Replication in MANETs," ISPDC'2007,  Hagenberg, Austria, July 5-8, 2007,  pp.359−366

28. J. Jeong, G.Y Lee, and Z.J. Haas, "Prevention of Black-Hole Attack Using One-Way Hash Chain Scheme in Ad Hoc Networks," *International Conference on Information Networking*, Estoril, Portugal, January 22-25, 2007

29. Chris Davis, Zygmunt J. Haas, and Stuart D. Milner, "On How to Circumvent the MANET Scalability Curse," in Proceedings of *IEEE MILCOM 2006*, Washington, DC, October 23-25, 2006

30. P. Papadimitratos, J.-P. Hubaux, and Z.J, Haas, "How to Specify and How to Prove Correctness of Secure Routing Protocols for MANET," *Invited Paper*, IEEE CS BroadNets 2006, San Jose, CA, October 1-5, 2006

31. Qin Wang and Zygmunt J. Haas, "BASS: an adaptive sleeping scheme for wireless sensor network with bursty arrival," ACM International Conference on Wireless Communications and Mobile Computing, IWCMC 2006, Vancouver, British Columbia, Canada, July 3-6, 2006, pp. 945-950

32. J. Oh and Z.J. Haas, "Personal Environment Service for Mobile Users," in Proceedings of 64th *IEEE Vehicular Technology Conference, VTC Fall 2006*, Montréal, Québec, Canada, September 25-28, 2006, DOI: 10.1109/VTCF.2006.588

33. S.M.N Alam and Z.J. Haas, "Coverage and Connectivity in Three-Dimensional Networks," the *Twelfth Annual International Conference on Mobile Computing and Networking (ACM MOBICOM'06)*, Los Angeles, CA, September 23-29, 2006

34. E. Hua and Z.J. Haas, "Path Selection Algorithm in Homogenous Mobile Ad Hoc Networks," *ACM International Wireless Communications and Mobile Computing Conference*, Vancouver, BC, Canada, July 7-10, 2006, pp. 275-280

35. G.Y Lee, Y. Lee, and Z. J. Haas, "Multi-States Based Hybrid Location Update Strategy in Wireless Communication System," *IEEE Wireless Communications and Networking Conference (WCNC 2006)*, Las Vegas, NV, April 3-6, 2006 , pp. 599-605 (program)

36. Hua, E. Y.,  and Haas, Z. J., "Study of the Effects of Mobility on Residual Path Lifetime in Mobile Ad Hoc Networks," *2nd IEEE Upstate New York Workshop on Communications and Networking*, Rochester Institute of Technology, Rochester, NY, November 18, 2005, pp.33-37

37. Z.J. Haas and R. Barr, "Scalable Ad Hoc Network Broadcast," *16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005

38. C. Zou and Z.J. Haas, "Optimal Resource Allocation for UWB Wireless Ad Hoc Networks," *16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005

39. Y. Lee and Z.J. Haas, "Authentication in Very Large Ad Hoc Networks using Randomized Groups," *16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005

40. T. Small and Z.J. Haas, "Resource and Performance Tradeoffs in Delay-Tolerant Wireless Networks," *ACM SIGCOMM'05*, workshop on *Delay Tolerant Networking and Related Topics* (WDTN-05), Philadelphia, PA, August 22-26, 2005

41. H-Y. Wei, S. Ganguly, R. Izmailov, and Z.J. Haas, "Interference-Aware IEEE 802.16 WiMax Mesh Networks," *61st IEEE Vehicular Technology Conference (VTC 2005 Spring)*, Stockholm, Sweden, May 29-June 1, 2005

42. Dong-Sung Kim and Zygmunt J. Haas, "Virtual Factory Communication System and Its Application to Networked Factory Machine," the *30th* Annual Conference of the IEEE Industrial Electronics Society (IECON'04), FC4-5, Paradise Hotel, Busan, Korea, November 2-6, 2004

43. R. Barr, Z.J. Haas, and R. van Renesse, "JiST: Embedding Simulation Time into a Virtual Machine," *5th* EUROSIM Congress on Modelling and Simulation (EuroSim'04), Paris, France, September 6-10, 2004

44. J. Cho and Z.J. Haas, "Impact of Concurrent Transmissions on Downstream Throughput in Multi-hop Cellular Networks," in the Proceedings of the 2004 IEEE International Conference on Communications (ICC 2004), Paris, France, June 20-24, 2004

45. T. Small and Z.J. Haas, "Designing Markov Models for Mobile Sensor Systems," First IEEE Upstate NY Workshop on Communications and Networking," Rochester, NY, November 12, 2004, pp. 172-176

46. Z.J. Haas, "Multipath Routing -- A Cross-Layer Design Tool for QoS Provisioning in MANETs," poster session, *Cross-Layer Issues in the Design of Tactical Mobile Ad Hoc Wireless Networks,* Naval Research Office, Washington, DC, June 2-3, 2004

47. O. Arpacioglu and Z.J. Haas, "On the scalability and capacity of wireless networks with omnidirectional antennas," *3rd International Symposium on Information Processing In Sensor Networks (IPSN 2004),* Berkeley, CA, April 26-27, 2004, pp.169-177

48. J. Deng, Y.S. Han, and Z.J. Haas, "Analyzing Split Channel Medium Access Control Schemes with ALOHA Reservations," Second International Conference on Ad-Hoc Networks and Wireless (ADHOC-NOW'03), Montreal, Canada, October 8 -10, 2003

49. J. Cho and Z.J. Haas, "Throughput Enhancement by the Multi-hop Relaying in Cellular Radio Networks with Non-uniform Traffic Distribution," VTC'03, Orlando, FL, October 4-9, 2003

50. H. Inaltekin and Z.J. Haas, "The Analysis of Power-Controlled MAC Layer for Wireless Ad-hoc Networks," VTC'03, Orlando, FL, October 4-9, 2003

51. S. Lee, A. Ahmad, K. Kim, and Z.J. Haas, "A Novel Packet Scheduling in an Enhanced Joint CDMA/NC-PRMA Protocol for Wireless Multimedia Communications," VTC'03, Orlando, FL, October 4-9, 2003

52.   P. Papadimitratos and Z.J. Haas, "Secure Data Transmission in Mobile Ad Hoc Networks," ACM Workshop on Wireless Security (WiSe 2003), San Diego, CA, September 19, 2003

53.   T. Small and Z.J. Haas, "The Shared Wireless Infostation Model -- A New Ad Hoc Networking Paradigm (or Where there is a Whale, there is a Way)," *ACM MOBIHOC'03*, Annapolis, Maryland, June 1-3, 2003

54.   V. Ramasubramanian, Z.J. Haas, and E.G. Sirer, "SHARP: A Hybrid Adaptive Routing Protocol for Mobile Ad Hoc," *ACM MOBIHOC'03,* Annapolis, Maryland, June 1-3, 2003

55.   Jiandong Li, Zygmunt J. Haas, and Ben Liang, "Performance Analysis of Random Database Group Scheme for Mobility Management in Ad hoc Network," IEEE International Conference on Communications (ICC'03), Anchorage, Alaska, May 11-15, 2003

56.   Ben Liang and Zygmunt J. Haas, "Optimizing Route-Cache Lifetime in Ad Hoc Networks," IEEE INFOCOM 2003, San Francisco, CA, March 30 -- April 3, 2003

57.   Jiandong Li, Zygmunt J. Haas, Min Sheng, and Yanhui Chen, "Performance Evaluation of Modified IEEE 802.11 MAC for Multi-Channel Multi-hop Ad Hoc Network," Advanced Information Networking and Applications (AINA 2003) conference, Xidian University, Xian, China, March 27-29, 2003

58.   P. Papadimitratos and Z.J. Haas, "Secure Link State Routing for Mobile Ad Hoc Networks," Workshop on Security and Assurance in Ad hoc Networks (WSAAN'03), Orlando, FL, January 28, 2003

59.   Z. Wang, Z.J. Haas, and R. J. Thomas, "Bluenet II - A Detailed Realization of the Algorithm and Performance Analysis," Hawaii International Conference in System Sciences (HICSS-36), Hilton Waikoloa Village, Big Island, Hawaii, January 6-9, 2003

60.   J. Li, Z.J. Haas, and M. Sheng, "Capacity Evaluation of Multi-Channel Multi-Hop Ad Hoc Networks," IEEE International Conference on Personal Communications (ICPWC 2002), New Delhi, India, December 15-18, 2002

61.   B. Liang, M. Pearlman, J. Deng, and Z.J. Haas, "Elective Participation in Ad Hoc Networks Based on Energy Consumption," IEEE GLOBECOM 2002, Ad Hoc Networks Symposium, Taipei, Taiwan, November 17-21, 2002

62.   P. Samar and Z.J. Haas, "Strategies for Broadcasting Updates by Proactive Routing Protocols in Mobile Ad hoc Networks," IEEE MILCOM 2002, Anaheim, CA, October 7-10, 2002

63.   P. Papadimitratos and Z.J. Haas, "Secure routing for mobile ad hoc networks," SCS Communication Networks and Distributed Modeling and Simulation Conf. (CNDS 2002), San Antonio, TX, January 27-31, 2002.

64.   Z. Haas, J .Y. Halpern, and L. Li, "Gossip-based Ad Hoc Routing," IEEE INFOCOM 2002, New York, NY, June 23-27, 2002

65.   J. Li, Zygmunt J. Haas, and M. Sheng; "Capacity Evaluation of Multi-Channel Multi-Hop Ad Hoc Networks," IEEE International Conference on Personal Wireless Communications, ICPWC 2002

66. S. Sajama and Z.J. Haas, "Independent-tree ad hoc multicast routing (ITAMAR)," in Proceedings of the *54th Vehicular Technology Conference (VTC 2001 Fall),* pp.(vol.2) 600-604

67. Z.J. Haas, "On the Performance of a Medium Access Control Scheme for the Reconfigurable Wireless Networks," IEEE MILCOM'97, Monterey, CA, November 2-5, 1997

68. D.A. Dyson and Z.J. Haas, "A Dynamic Packet Reservation Multiple Access Scheme for Wireless ATM," IEEE MILCOM'97, Monterey, CA, November 2-5, 1997

69. Z.J. Haas, "A Routing Protocol for the Reconfigurable Wireless Networks," IEEE ICUPC'97, San Diego, CA, October 12-16, 1997

70. Z.J. Haas and P. Agrawal, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," IEEE ICC'97, Montreal, Quebec, Canada, June 8-12, 1997

71. Z.J. Haas, "The Relaying Capability of the Reconfigurable Wireless Networks," IEEE Vehicular Technology Conference, VTC'97, Phoenix, AZ, May 4-7, 1997

72. Z.J. Haas, "The Medium Access Control for the Reconfigurable Wireless Networks," Sixth WINLAB Workshop on Third Generation Wireless Information Networks, New Brunswick, NJ, March 20-21, 1997

73. Z.J. Haas and C.-P. Li, "On the Performance Evaluation of the Multiply-Detected Macrodiversity Scheme for Wireless Cellular Networks," IEEE GLOBECOM'96, London, United Kingdom, November 18-22, 1996

74. Z.J. Haas, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," 3rd International Workshop on Mobile Multimedia Communications -- MoMuc-3, Princeton, NJ, September 25-27, 1996

75. Z.J. Haas and C.-P. Li, "The Case for Multiply-Detected Macrodiversity Scheme in Mobile Systems," IEEE MILCOM'96, McLean, VA, October 21-24, 1996

76. Z.J. Haas and C.-P. Li, "A Simple Scheme to Improve the Performance of Your Cellular System," IEEE PIMRC'96, Taipei, Taiwan, October 15-18, 1996

77. Z.J. Haas and C.-P. Li, "The Multiply-Detected Macrodiversity Scheme for Wireless Systems," IEEE International Conference on Universal Personal Communications, ICUPC'96, Cambridge, MA, September 29 - October 2, 1996, pp. 255-259

78. Z.J. Haas, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," 3rd International Workshop on Mobile Multimedia Communications - MoMuc-3, Princeton, NJ, September 25-27, 1996

79. Z.J. Haas, "Location-Independent Access in Mobile Systems," ICC'96, Dallas, TX, June 23-27, 1996

80. A. Ganz, Z.J. Haas, and C. M. Krishna, "Multi-Tier Wireless Networks for PCS," IEEE Vehicular Technology Conference, Atlanta, GA, April 29, 1996 - May 1, 1996

81. Z.J. Haas, "The Progressive Execution Technique for Mobile Systems," IEEE MILCOM'95, pp. 501-507, San-Diego, CA, November 5-8, 1995

82. Z.J. Haas, J. H. Winters, and D. S. Johnson, "Additional Results on the Capacity Bounds in Cellular Systems," GLOBECOM'94, San Francisco, CA, November 29 - December 1, 1994, pp. 1652-1658

83. Z.J. Haas, "On the Design of a Mobile System," MOBIDATA Workshop, Rutgers University, Piscataway, NJ, November 1, 1994

84. Z.J. Haas, "MobiNet: The Mobile Computing Environment," AT&T Workshop on Wireless Communications and Mobile Computing, Holmdel, NJ, October 3-4, 1994

85. Z.J. Haas and S. Paul, "Secure Access to Electronic Newspaper," WCN'94, The Hague, Holland, September 19-23, 1994

86. Z.J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of Cellular Capacity Bounds," PIMRC'94, The Hague, Holland, September 19-23, 1994, paper no. B.7.2, pp. 1114-1120

87. C. B. Woodworth, M. J. Karol, Z.J. Haas, and R. D. Gitlin, "Spectrally Efficient Universal Time Slots Using Time-Frequency-Code Slicing," PIMRC'94, The Hague, Holland, September 19-23, 1994

88. Z.J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of Cellular Capacity Bounds," 5th Maryland Workshop on Very High Speed Networks, Baltimore, MD, March 14-16, 1994

89. Z. Haas and C-L. I, "On Handoffs in Packetized Wireless Systems," VTC'93. Also presented with modifications at ICUPC'93 and GLOBECOM'93, Houston, TX, November, 29 – December 2, 1993

90. R. Izmailov and Z. Haas, "Performance Evaluation of the Optical Staggering Switch," GLOBECOM'93, Houston, TX, November 29 - December 3, 1993

91. Z.J. Haas, J. H. Winters, and D. S. Johnson, "On the Capacity Bounds in Cellular Systems," *Invited Paper*, Allerton Conf. on Comm., Control, and Comp., Monticello, IL, Sept. 29 - Oct. 1, 1993

92. Z. Haas, "Comparison of Performance of the Feed-forward and Feedback Configurations of the Staggering Switch Architecture," SPIE'93

93. Z. Haas, "Extensions to the Staggering Switch Architecture," INFOCOM'93, San-Francisco, CA, March 30-April 2, 1993

94. J. Winters, Z. Haas, M. Santoro, and A. Gnauck "Optical Equalization of Polarization Dispersion," SPIE'92, Boston, MA, September 8-9, 1992

95. J. Winters, M. Santoro, and Z. Haas, "On the Experimental Measurements of PMD Effects," SPIE'92, vol. 1784, Boston, MA, September 8-9, 1992

96. Z. Haas, "The Staggering Switch: An Almost-all Optical Packet Switch," OFC'92

97. Z. Haas, "On the Design of the `Staggering Switch'," LEOS'92

98. R. Izmailov and Z. Haas, "Performance Evaluation of the Optical Staggering Switch in Underload Conditions," Conference on Information Sciences and Systems, 1992

99. Z. Haas "Gbps optical connectivity with the "Staggering Switch," SPIE'92

100. Z. Haas, "On the Design of ATM-based, Broadband, Optical Communication Networks," AT&T Workshop

101. Z. Haas and R. D. Gitlin "Optical Distribution Channel: An `Almost-all' Optical LAN based on the Field-coding Technique," INFOCOM'92

102. Z. Haas, "Optical Distribution Channel: An "Almost-all" Optical LAN based on the Field-coding Technique," SPIE's International Symposium OE/FIBERS'91, Boston, MA, September 3- 6, 1991

103. Z. Haas and M. M. Santoro, "Extending the bandwidth \Theta  distance product for multi-mode fibers," SPIE's International Symposium OE/FIBERS'91, Boston, MA, September 3-6, 1991

104. Z. Haas and J. H. Winters, "Adaptive Admission Congestion Control," INFOCOM'91, Bal Harbour, FL, April 7-8, 1991

105. Z. Haas and R. D. Gitlin, "On the Packet Size in Integrated Networks," INFOCOM'91, Bal Harbour, FL, April 7-8, 1991

106. Z. Haas and R. D. Gitlin, "Field Coding: A High-speed `Almost-all' Optical Interconnect," CISS, Baltimore, March 20-22, 1991

107. Z. Haas and J. H. Winters, "Congestion Control by Adaptive Admission," presented at the AT&T Joint Symposium on Performance Analysis and Teletraffic Research, Holmdel, NJ, December 12 & 13, 1990

108. Z. Haas, "Congestion Control by Adaptive Admission in Metropolitan Area Networks," presented at Fourth IEEE Workshop on MAN, Captiva, Fl, November 4-7, 1990

109. Zygmunt Haas, "A Gbps, 'Almost-all' Optical Switch and Local-area Network," Network'90, June 1990, Birmingham, England

110. Z. Haas, "A Communication Architecture for High-speed Networking," IEEE INFOCOM'90, San-Francisco, CA, June 5-7, 1990

111. Z. Haas, "BLAZELAN: A Photonic Local-area Network for Distributed and Parallel Processing," GLOBECOM '89, Dallas, TX, November 27-30, 1989

112. Z. Haas, "BLAZELAN: A Photonic Network for Distributed and Parallel Processing," 6th IEEE International Workshop on Microelectronics and Photonics in Communications, New Seabury, Cap Cod, MA, June 7-9, 1989

113. Z. Haas and R. D. Gitlin, "On the Packet Size in Integrated Networks," AT&T Symposium on Teletraffic Research, AT&T Bell Laboratories, Holmdel, NJ, May 23-24, 1989

114. Z. Haas, "BLAZELAN: A Photonic Network for Distributed and Parallel Processing," Third IEEE Workshop on Metropolitan Area Networks, San Diego, CA, March 28-30, 1989

115. Z. Haas and D. R. Cheriton, "A Case for Packet-Switching in High-Performance Wide-Area Networks," SIGCOMM 87 Workshop, Stowe VT, August 11-13, 1987

116. Z. Haas and D. R. Cheriton, "Blazenet: A High Performance Wide-Area Network Using Optical Fibers," IEEE Pacific RIM Conference, Victoria, Canada, June 4-5, 1987

## (iii) Books & Book Chapters

1. Q. Wang, and Zygmunt J. Haas, "Performance Analysis of Epidemic Routing for Delay-Tolerant Networks," in *Resource Management in Mobile Computing Environments,* Modeling and Optimization in Science and Technologies, volume 3, (2014), *Springer International Publishing,* DOI: 10.1007/978-3-319-06704-9_26

2. Zygmunt J. Haas, Lin Yang, Meng-Ling Liu, Qiao Li, and Fangxin Li, "Current Challenges and Approaches in Securing Communications for Sensors and Actuators," Chapter 17 in the "Art of Wireless Sensor Networks," H.M. Ammari, ed., Springer-Verlag Berlin Heidelberg, 2014, pp. 569-608; DOI: 10.1007/978-3-642-40009-7_17

3. Zygmunt J. Haas, Seung-Keun Yoon, and J.H. Kim, "Energy-Efficient Routing in Delay-Tolerant Networks," in "Green IT: Technologies and Applications," chapter 5, Springer-Verlag, 2011

4. Seung-Keun Yoon and Zygmunt J. Haas, "Energy-aware Routing Protocol for Delay Tolerant Networks," in "Delay Tolerant Networks: Protocols abd Applications," CRC Press, Editors: Edited by A. Vasilakos, Y. Zhang, and T. Spyropoulos, 2010, ISBN: 978-1-4398110-8-5

5. S.M. Nazrul Alam and Zygmunt J. Haas, "Topology Control of Three-Dimensional Underwated Wireless Sensor Networks," in *Underwater Acoustic Sensor Networks,* Y. Xiao, editor, CRC Press, 2010; ISBN: 9781420067118

6. Z.J. Haas, J.Y. Halpern, L. Li, S.B. Wicker, "A Decision-Theoretical Approach to Resource Allocation in Wireless Multimedia Networks," in *Resource Allocation in Next Generation Wireless Networks, Volume 5,* W. Li and Y. Pan, Editors, Nova Science Publishers, 2006, chapter 1, pp.1-23

7. R. Barr, Z.J. Haas, and R. van Renesse, "Scalable Wireless Ad Hoc Network Simulation," *Handbook on Theoretical and Algorithmic Aspects of Sensor, Ad Hoc Wireless, and Peer-to-Peer Networks,* Jie Wu, Editor, CRC Press, 2005

8. P. Papadimitratos, and Z.J. Haas, "Securing Mobile Ad Hoc Networks," *Mobile Computing Handbook,* M. Ilyas and I. Mahgoub, Editors, Auerbach Publication, Chapter 21, pp. 457 -- 481, 2005

9. T. Small, Z.J. Haas, A. Purgue, and K. Fristrup, "A Sensor Network for Biological Data Acquisition," *Handbook of Sensor Networks: Compact Wireless and Wired Sensing Systems,* M. Ilyas and I. Mahgoub, Editors, CRC Press, 2005, pp. 11-1 – 11-17

10. D-S. Kim and Z.J. Haas, "Virtual Factory Communication Systems using ISO 9506 standard and Its Application to Networked Factory Machine," *The Industrial Communication System Handbook,* CRC Press, FL, January, 2005

11. P. Papadimitratos, and Z.J. Haas, "Secure Mobile Ad Hoc Networks," *Ad Hoc Wireless Networking,* Kluwer Academic Publisher, 2004

12. P. Samar, M. R. Pearlman, and Z.J. Haas, "Hybrid Routing: The Pursuit of an Adaptable and Scalable Routing Framework for Ad Hoc Networks," *Ad Hoc Wireless Networking,* Kluwer Academic Publisher, 2004

13. D-S. Kim, W.H. Kwon, and Z.J. Haas, "Implementation of Virtual Factory Communication Systems using Manufacturing Message Specification," in *The Handbook of Industrial Information Technology,* CRC Press, November 2004

14. P. Papadimitratos, and Z.J. Haas, "Secure Communication in Adverse Mobile Ad Hoc Networks," *The Handbook of Ad Hoc Wireless Networks,* CRC Press, Chapter 31, pp. 31-1 -- 31-17, 2003

15. P. Samar, M. R. Pearlman, and Z.J. Haas, "Hybrid Routing: The Pursuit of an Adaptable and Scalable Routing Framework for Ad Hoc Networks," *The Handbook of Ad Hoc Wireless Networks,* CRC Press, Chapter 14, pp. 14-1 -- 14-18, 2003

16. Z.J. Haas and M.R. Pearlman, "Evaluation of the Ad-Hoc Connectivity with the Zone Routing Protocol," *Wireless Personal Communications,* The Springer International Series in Engineering and Computer Science, vol.482, 2002, pp.201-212

17. Z.J. Haas and M.R. Pearlman, "ZRP: a hybrid framework for routing in Ad Hoc networks," *Ad Hoc Networking,* pp. 221-253, Addison Wesley, 2001

18. M. Sanchez, P. Manzoni, and Z.J. Haas, "Determination Of Critical Transmission Range In Ad-Hoc Networks," in *Multiaccess, Mobility and Teletraffic in Wireless Communications: Volume 4,* eds. Biglieri, Fratta, and Jabbari, pp.293-304, Kluwer Academic Publishing, 1999

19. Z.J. Haas and M.R. Pearlman,, "Providing Ad-Hoc Connectivity with the Reconfigurable Wireless Networks," *Ad-Hoc Networks*, edited by Charlie Perkins, Addison Wesley, 1998

20. Z.J. Haas, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," in Mobile Multimedia Communications, edited by D. J. Goodman and D. Raychadhuri, Plenum Publishing, 1997

21. Z. Haas, "Optical Network Architectures," contributed chapter in *High Performance Networks,* edited by A. N. Tantawy, Kluwer Academic Publishers, 1994

22. Z. Haas, "Packet Switching," article in *Encyclopedia of Computer Science and Technology,* vol. 27, supplement 12, 1993

## (iv) Miscellaneous Publications

1. P. Papadimitratos, Z. J. Haas, and P. Samar, "The Secure Routing Protocol (SRP) for Ad Hoc Networks," Internet Draft, `draft-secure-routing-protocol-00.txt`, December 2002

2. Z.J. Haas and M.R. Pearlman, "The Zone Routing Protocol (ZRP) for Ad Hoc Networks," Internet Draft, `draft-haas-zone-routing-protocol.00.txt`, November 1997

3. Zygmunt Haas, "Packet-Switching in Future Fiber-Optic Wide-Area Networks," Ph.D. thesis, Stanford University, Electrical Engineering Department, May 1988

4. Z. Haas and D. Cheriton, "Blazenet: A Photonic Implementable Wide-Area Network," Technical Report, STAN-CS-87-1185, Stanford University, October 1987

5. Zygmunt Haas, "Local Area Networks and Access Techniques in Local Area Networks," *M.Sc. thesis*, Tel-Aviv University, Spring 1985

6. Zygmunt Haas, "Measuring Lag Phenomena in Plumbicons," Technical Report, Philips Research Labs., ELCOMA division, September 1979

# IV. TEACHING & ADVISING

## (i) Graduate (M.S./Ph.D.)Students (marked with ♀ if committee chair)

### Current Graduate Students

* Ms. Juliette Ugirumurera (graduated Spring 2017)
* Mr. Zijing Tien
* Ms. Shuyang Gu
* Ms. Xuyang Bao

### Past Graduate Students ((marked with ♀ if committee chair)

* ♀ Dr. Milen Nikolov (Ph.D.)
* Mr. Mohamed Elhawary (M.S.)
* ♀ Dr. Edward Hua (Ph.D)
* Dr. Tuanche Chen (Ph.D)
* ♀ Dr. Seung-Keun Yoon (Ph.D)
* ♀ Dr. Edward Hua (Ph.D)
* ♀ Dr. Onur Arpacioglu (Ph.D., 2006)
* Dr. Douglas S. Chan (Ph.D., 2006)
* ♀ Dr. Rimon Barr (Ph.D., 2004)
* Dr. Amit Butala (Ph.D., 2001)
* ♀ Prof. Jing Deng (Ph.D., 2002)
* ♀ Ms. Debby Dyson (M.S., 1998)
* ♀ Prof. Rung-Hung (Michael) Gau (Ph.D., 2001)
* ♀ Prof. Chih-Peng Li (Ph.D., 1998)
* ♀ Prof. Ben Liang (Ph.D., 2001)
* Dr. Erran Li Li (Ph.D., 2001)
* ♀ Mr. Ivan Lysiuk (M.S., 2006)
* Dr. Yasser Mourtada (Ph.D., 2004)
* Dr. Wei Tsang Ooi (Ph.D., 2001)
* ♀ Dr. Panagiotis Papadimitratos (Ph.D., 2005)
* ♀ Mr. Marc Pearlman (M.S., 1999)
* Dr. Lili Qiu (Ph.D., 2001)
* ♀ Ms. S. Sajama (M.S., 2001)
* ♀ Dr. Prince Samar (M.S., 2003)
* Dr. Manpreet Singh (Ph.D., 2006)
* ♀ Dr. Tara Small (Ph.D., 2005)
* ♀ Dr. Aristotelis Tsirigos (M.S., 2001)
* Dr. Jia Wang (Ph.D., 2001)
* Dr. Xiaofei Wang (Ph.D., 2005)
* Dr. Zhifang Wang (Ph.D., 2005)
* ♀ Mr. Abhijit Warkhedi (M.S., 2000)
* Dr. Yin Zhang (Ph.D., 2001)
* ♀ Dr. Lidong Zhou (Ph.D., 2001)

### (ii) Post Docs and Visiting Scholars (name; institution; internship period)

* Dr. Abhishek Jindal; ITT Bombay, India; July 2017 –
* Dr. Amogh Rajanna; University of Minnesota, USA; January 2017 – February 2017
* Dr. Zhong Zheng; Aalto University, Espoo, Finland; October 2015 –August 2017
* Dr. Jun Huang; Chongqing University of Posts and Telecommunications, China; May 2016 – August 2016
* Dr. Chang Liu; Kansas State University, Manhattan, KS; July 2016 – July 2017
* Dr. Cengis Hasan; INRIA, France; March 2014 – June 2014
* Dr. Sriram Nandha Premnath; University of Utah, School of Computing; Feb. 2013 – October 2014
* Prof. Joan Garcia-Haro; Department of Information Technologies and Comm.; Polytechnic University of Cartagena ETSIT, Spain; June 1, 2010 – May 31, 2011
* Prof. Goo Yeon Lee; Kangwon National University, Korea; January 14, 2010 – January 15, 2011
* Dr. Yong Lee; ChungJu National University, Chungbuk 380-702, Republic of Korea Korea; July 1, 2009 – June 30, 2011
* Dr. QingShan Wang; Department of Mathematics, Hefei University of Technology, Hefei, P. R. China; August 20, 2009 – August 19, 2010
* Mr. Tuan-Che Chen; Department of Computer Science, National Tsing Hua University, Hsinchu, Taiwan; funded by the National Science Council (NSC) of Taiwan; April 1, 2009 to March 31, 2010
* Prof. Yeong Min Jang; Associate Professor, Director/Ubiquitous IT Convergence Research Center, School of Electrical Engineering, Kookmin Univertsity, Seoul, South Korea; September 1, 2008 - August 30, 2009
* Dr. Jong Min Jeong; Mobile Network Security Technology Research Center, Kyungpook National University, South Korea; January 2, 2006 – June 30, 2008
* Prof. Jongtaek Oh; Information and Communication Division, Hansung University, Seoul, South Korea; January 3, 2006 - February 12, 2007
* Dr. Ki-Il Kim; Computer Communication Laboratory, Department of Computer Science, Chungnam National University, South Korea; May 1, 2005 - April 3, 2006
* Ms. Hye Jeong Lee; Department of Electrical Engineering, KAIST, South Korea; April 15, 2005 – February 28, 2006
* Prof. Ke Shi; Cluster and Grid Computing Lab, School of Computer Science, Huazhong University of Science & Technology, Wuhan, Hubei, China; September 1, 2004 – March 31, 2006
* Dr. Jieying Zhou, Associate Professor, Department of Electronics and Communication Engineering, Zhongshan University, China
* Prof. Qin Wang, Computer Department of Information Engineering School, University of Science & Technology, Beijing, China, August 31, 2005 – January 31, 2006
* Ms. Xiaoyan Zhang; School of Software Engineering, Beijing University of Posts and Telecommunications (BUPT), Beijing, P.R. China; April 1, 2004 - March 31, 2005
* Dr. Yong Lee; Ewha Women's University, Seoul, South Korea; March 1, 2004 - August 30, 2005

✴ Dr. Chuanyun Zou; Department of Telecommunication and Information Engineering, Guilin University of Electronic Technology, Guangxi, P.R. China; February 1, 2004 - January 31, 2005

✴ Prof. Goo Yeon Lee; Kangwon National University, Korea; July 1, 2003 - February 28, 2005

✴ Dr. Dong-Sung Kim; Seoul National University, Korea; March 1, 2003 - February 28, 2005

✴ Dr. Suwon Lee; Kwangju Institute of Science and Technology (K-JIST), Korea; March 1, 2003 - February 28, 2004

✴ Dr. Jaeweon Cho; Samsung Electronics, Korea; September 1, 2002 - October 24, 2003

✴ Dr. Jiandong Li; School of Telecommunications Engineering, Xidian University, People's Republic of China; November 20, 2001 - November 9, 2002

✴ Dr. Masugi Inoue; Yokosuka Radio Communications Research Center, Communications Research Laboratory (CRL), MiniStry of Posts and Telecommunications, Japan; March 1, 2000 - February 28, 2001 (at Polytechnic University)

✴ Prof. Miguel Sanchez; Universidad Politecnica de Velencia, Spain; February 1999 - May 1999

✴ Dr. Jost Weinmiller; Technical University of Berlin, Germany; January 1998 - July 1998

✴ Dr. Ahmed Saifuddin; Communication Research Laboratory, Japan; January 1998 – May 1998

## (iii) <u>Selected Undergraduate Research Advising</u> (sorted by students' last names)

→ Omitted, due to the volume of the material.

## (iv) <u>Master of Engineering Project/Research Advising</u> (by students' last names)

→ Omitted, due to the volume of the material.

## (v) <u>Courses Taught</u> (semester; course #/title; number of students/credit hours)

✴ Fall 2017: CS 6301/Wireless Networks; 11 students; UTD/CS

✴ Spring 2017: CS 4390/Computer Networks; 40 students; UTD/CS

✴ Spring 2017: CS 6390/Advanced Computer Networks; 28 students; UTD/CS

✴ Fall 2016: CS 6301/Wireless Networks; 7 students; UTD/CS

✴ Spring 2016: CS 6390/Advanced Computer Networks; 31 students; UTD/CS

✴ Spring 2016: CS 4390/Computer Networks; 23 students; UTD/CS

✴ Spring 2015: CS 6301/Wireless Networks; 23 students; UTD/CS

✴ Spring 2015: CE/CS 6390/Advanced Computer Networks; UTD/CS

✴ Spring 2014: CS 6301/Wireless Networks; 42 students/126 credit hours; UTD/CS

✴ Fall 2013: CE/CS 6390/Advanced Computer Networks; 48 students/144 credit hours; UTD/CS

✴ Spring 2013:ECE 4960/Wireless Networks; 30 students/120 credit hours; Cornell/ECE

✱ **Fall 2012: ECE 3100/Probability and Inference; 60 students/240 credit hours; Cornell/ECE**

✱ **Spring 2012: ECE 5660/Fundamentals of Networks; 11 students/44 credit hours; Cornell/ECE**

✱ **Fall 2011: "Wireless Networks", Technion, Israeli Institute of Technology, Haifa, Israel**

✱ **Spring 2011: Leave of Absence (NSF)**

✱ **Fall 2010: Leave of Absence (NSF)**

✱ **Spring 2010: ECE 3200/Networks and Systems; 36 students/144 credit hours; Cornell/ECE**

✱ **Fall 2009: ECE 5660/Fundamentals of Networks; 15 students/60 credit hours; Cornell/ECE**

✱ **Spring 2009: Sabbatical Leave; Cornell/ECE**

✱ **Fall 2008: ECE 5660/Fundamentals of Networks; 20 students/80 credit hours; Cornell/ECE**

✱ **Spring 2008: ECE 3100/Introduction to Probability and Random Phenomena; 79 students/316 credit hours; Cornell/ECE**

✱ **ECE 566/ Fundamentals of Networks; Fall 2007; 10 students/40 credit hours; Cornell/ECE**

✱ **ENGRG150/Freshmen Seminar; Fall 2007; 19 students/19 credit hours; Cornell/ECE**

✱ **ECE 310/Introduction to Probability and Random Phenomena; Spring 2007; 77 students/308 credit hours; Cornell/ECE**

✱ **ECE 566/ Fundamentals of Networks; Fall 2006; 27 students/108 credit hours**

✱ **ECE 691/ECE Colloquium; Fall 2006 (Plus); ECE Colloquium; 28 students; 28 student credit hours; Cornell/ECE**

✱ **ECE 310/Introduction to Probability and Random Phenomena; Spring 2006; 75 students/300 credit hours; Cornell/ECE**

✱ **ECE 566/Wireless Networks; Fall 2005; 26 students/104 credit hours; Cornell/ECE**

✱ **ECE 310/Introduction to Probability and Random Phenomena; Spring 2005; 71 students/284 credit hours; Cornell/ECE**

✱ **ECE 566/Wireless Networks; Fall 2004; 16 students/64 credit hours; Cornell/ECE**

✱ **ECE 566/Wireless Networks; Spring 2004; 28 students/112 credit hours; Cornell/ECE**

✱ **ECE 563/Communication Networks; Fall 2003; 19 students/76 credit hours; Cornell/ECE**

✱ **Spring 2003: Sabbatical Leave - no teaching assignment**

✱ **ECE 230/Introduction to Digital Logic Design; Fall 2002; Cornell/ECE**

✱ **ECE 563/Communication Networks; Fall 2002; 19 students/76 credit hours; Cornell/ECE**

✱ **ENGRG150/Freshmen Seminar; Fall 2003; 18 students/18 credit hours; Cornell/ECE**

✱ **ECE 566/Wireless Networks; Spring 2002; 73 students/292 credit hours; Cornell/ECE**

✱ **ECE 445/Computer Networks; Fall 2001; 146 students/584 credit hours; Cornell/ECE**

✱ **ECE 566/Wireless Networks; Spring 2001; 74 students/296 credit hours; Cornell/ECE**

✱ **ECE 445/Computer Networks; Fall 2000; 144 students/576 credit hours; Cornell/ECE**

✱ **EE 597/Wireless Information Technology Seminar (WITS); Fall 2000; 12 students/24 credit hours; Cornell/ECE**

✱ **ENGRG 150/Engineering Seminar; Fall 2000; 19 students/19 credit hours; Cornell/ECE**

* **EE 566/Wireless Networks; Spring 2000; 58 students/232 credit hours; Cornell/ECE**
* **EE 595/Wireless Information Technology Seminar (WITS); Spring 2000; 13 students/26 credit hours; Cornell/ECE**
* **ELE 936/Wireless Networks I; Fall 1999; 43 students; Polytechnic University, NYC, NY**
* **EE 566/Wireless Networks; Spring 1999; 42 students/168 credit hours; Cornell/ECE**
* **EE 445/Computer Networks; Fall 1998; 147 students/588 credit hours; Cornell/ECE**
* **EE 597/Wireless Information Technology Seminar (WITS); Fall 1998; 9 students/18 credit hours; Cornell/ECE**
* **EE 566/Wireless Networks; Spring 1998; 43 students/172 credit hours**
* **EE 597/Wireless Information Technology Seminar (WITS); Spring 1998; 11 students/22 credit hours**
* **EE 445/Computer Networks; Fall 1997; 99 students/396 credit hours**
* **EE 566/Wireless Networks; Spring 1997; 45 students/180 credit hours**
* **EE 445/Computer Networks; Fall 1996; 122 students/366 credit hours**
* **EE 595/Wireless Information Technology Seminar (WITS); Fall 1996; 20 students/40 credit hours**
* **EE 566/Wireless Networks; Spring 1996; 74 students/296 credit hours**
* **EE 445/Computer Networks; Fall 1995; 155 students/465 credit hours**

# V. PROFESSIONAL & SCIENTIFIC SERVICE

## (i)  University Committees

* **Chair of Committee for Affiliated Faculty Appointment Rules, CS/UTD, Fall 2017**

* **Member of UTD Committee on Qualifications of Academic Personnel, UTD, 09/01/2016-08/31/2017**

* **Member of "Ph.D. Committee," Computer Science Department, UTD, Fall 2016 - now**

* **Member of "Graduate Admission Committee," Computer Science Department, UTD, 2014-present**

* **Member of "Web Design and Marketing Committee," Computer Science Department, UTD, 2014-present**

* **Member of "Recruiting Committee," Computer Science, UTD, 2014-present**

* **Member of *Center for Applied Math (CAM) Graduate Admission Committee,* Cornell University, 2012-2013**

* **Member of the *College Admissions Advisory Committee*, College of Engineering, Cornell University, June 2012 - June 2013**

* **Member of the *Engineering Courses Subcommittee,* CCGB, College of Engineering, Cornell University, 2009 – 2010**

* **Member of the *Technical Writing Subcommittee,* CCGB, College of Engineering, Cornell University, 2009 –2010**

* **Member of the *College Curriculum Governing Board (CCGB)*, College of Engineering, Cornell University, 2009 – 2010**

* **Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, (third term) June 2009 - June 2012**

* **Multiple *Ad Hoc Tenure Promotion*, School of Electrical Engineering, Cornell University 1998 – 2013**

* **Multiple *Ad Hoc Promotion Committees, Ad Hoc Reappointment Committees,* and *Ad Hoc Tenure Promotion*, College of Engineering, Cornell University 1998 – 2013**

* **Member of Policy Committee, School of Electrical and Computer Engineering, Cornell University, 2008 – 2010 (elected)**

* **Member of Graduate Committee, School of Electrical and Computer Engineering, Cornell University, 2007 – 2008**

* **Member of Recruiting Committee, School of Electrical and Computer Engineering, Cornell University, 2007 – 2008**

* **Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, (second term) June 2006 – June 2009**

* **Associate Director for Academic Affairs, School of Electrical and Computer Engineering, Cornell University, 2005 – 2006**

* **Review Board Member, *Learning Initiatives For Engineers (LIFE),* Undergraduate Research Program, College of Engineering, Cornell University, 2005 – 2006**

* **Member of the *Policy Committee*, School of Electrical and Computer Engineering, Cornell University, 2005 – 2006 (elected)**

✻ Member of the *M. Eng Committee*, School of Electrical and Computer Engineering, Cornell University, 2004 – 2007

✻ Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, June 2004 – June 2006

✻ Member of *Recruiting Committees*, School of Electrical and Computer Engineering, Cornell University, 2004 – 2006

✻ Member of the *College of Engineering Nomination Committee*, Cornell University, 1997 – 1999

✻ Member of *Faculty Advisory Board on Information Technologies (FABIT)*, Cornell University, 1997/98 and 1999/00 (Cornell Faculty Senate appointment)

✻ Member of the *Computer Science Recruiting Committee*, Cornell University, 1996

✻ Member of the *Circuit Recruiting Committee*, Cornell Univ., School of EE, 1996 – 1997

✻ Member of the *Long Term Recruiting Committee*, Cornell Univ., School of EE, 1996 – 1997 (elected)

✻ Member of the *Engineering Distribution CCGB Standing Committee*, Cornell University,1995 – 1998

## (ii)  Editorial Service

✻ Editor-in-Chief of *eScripts,* a novel publication enterprise of the European Commission

✻ Serving on the Advisory Board and the Editorial Board of the *Wireless Communications and Mobile Computing* journal (John Wiley & Sons)

✻ Served on the Editorial Board of Springer *Wireless Networks (WINET)* Journal

✻ Serving on the Editorial Board of *Journal of High Speed Networks*

✻ Served on the Editorial Board of *ACM/IEEE Transactions on Networking*

✻ Served on the Editorial Board of *IEEE Transactions of Wireless Communications*

✻ Served on the Editorial Board of *IEEE Communications Magazine*

✻ Served on the Editorial Board of *Computer Networks and ISDN Systems* Journal

✻ Served on the Editorial Board of *IEEE Personal Communications Magazine*

✻ Lead guest editor for the *IEEE Journal on Selected Areas in Communications,* issue on "Mobile Computing Networks," vol.13, no.5, June1995

✻ Lead guest editor for the *IEEE Journal on Selected Areas in Communications,* issue on "Ad Hoc Networks," vol.17, no.8, August 1999

✻ Co-guest editor of special issue of Wireless Networks journal on  "Mobicom'96," 1997

✻ Lead guest editor for the *IEEE Journal on Selected Areas in Communications,* issue on "Protocols for Gigabit Networks," vol. 11, no. 4, May 1993

## (iii)  Service to the Scientific Community at Large

✻ General Chair of the Fifth IEEE Annual International Workshop on Mission-Oriented Wireless Sensor Networking (IEEE MiSeNet 2016), in conjunction with IEEE INFOCOM 2016

✻ Workshop Technical Program Co-Chair of the *2015 IEEE International Conference on Healthcare Informatics,* Dallas, TX, October 21-23, 2015 (CFP)

✻ Member of the Advisory Committee of the *American Amazing Teens (AAT)* program

✴ Member of International Advisory Committee of the *IEEE ICUFN 2014, Sixth International Conference on Ubiquitous and Future Networks 2014*, Shanghai, China, July 8-11, 2014 (CFP)

✴ Member of the International Advisory Committee of the *International Conference on Information and Communication Technology Convergence 2013 (ICTC 2013)*, Jeju Island, S. Korea, October 14-16, 2013 (CFP)

✴ Member of the Steering Committee of *The Second ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2013)*, in conjunction with ACM MobiCom 2013, Miami, FL, September 30, 2013

✴ Member of International Advisory Committee of the *IEEE ICUFN 2013, Fifth International Conference on Ubiquitous and Future Networks 2013*, Da Nang, Vietnam, July 2-5, 2013 (CFP)

✴ Member of the Steering Committee of *The First ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012)*, in conjunction with ACM MobiCom 2012, Istanbul, Turkey, August 26, 2012 (technical program)

✴ Member of the International Advisory Committee of the *IEEE International Conference on Information and Communication Technology Convergence 2012 (ICTC 2012)*, Jeju Island, S. Korea, October 15-17, 2012

✴ Member of the Steering Committee of *ACM MSWiM, 2012*, Istanbul, Turkey, August 26, 2012

✴ General co-chair of "*The Fourth International Workshop on Information Quality and Quality of Service for Pervasive Computing (IQ2S'12)*," in Conjunction with *IEEE PERCOM 2012*, Lugano, Switzerland, March 19-23, 2012 (website) (CFP)

✴ Member of International Advisory Committee of the *IEEE ICUFN 2012* (*The Fourth International Conference on Ubiquitous and Future Networks*), Puket, Tailand, July 4-6, 2012

✴ Moderator of the "What's Next for Underwater Networks?" Panel, "*The Fifth International Workshop on UnderWater Networks (WUWNets'10)*," Woods Hole, MA, September 30 – October 1, 2010

✴ Member of the International Advisory of the "*International Conference on ICT Convergence 2010 (ICTC 2010)*," Jeju, Jeju Island, South Korea, Nov. 17-19, 2010

✴ Member of International Advisory Committee of the "*Second IEEE International Conference on Ubiquitous and Future Networks (ICUFN 2010)*," June 16-18, 2010, Jeju Island, Korea (*ICUFN 2010*)

✴ Member of International Advisory Committee of the "*First IEEE International Conference on Ubiquitous and Future Networks (ICUFN 2009)*," June 7-9, 2009, Hong Kong, China

✴ Chair of the Steering Committee of *IEEE Pervasive Computing* magazine, January 1, 2005 – December 31, 2007

✴ Member of the *IEEE TCPC Award Committee*, September 2004 - September 2007

✴ Member of the Steering Committee, *ACM MOBICOM*, 2004

✴ General Chair, Workshop on "Intermittently Connected Mobile Ad Hoc Networks (ICMAN), in conjunction with IEEE *PerCom 2007*, New York, NY, March 26-30, 2007

✴ Member of Advisory Committee of "The First International Conference on Sensor Technologies and Applications (SENSORCOMM 2007), sponsored by IARIA, Valencia,

Spain, October 14-20, 2007, *http://www.iaria.org/conferences2007/CfPSENSORCOMM07.html*

✳ General Co-Chair, "*Fifth Workshop on Applications and Services in Wireless Networks (ASWN 2005),*" Maison de la Chimie, Paris, France, June 28 - July 1, 2005

✳ General Chair, *ACM MOBICOM 2004*, Philadelphia, PA, Sept. 26 – Oct. 1, 2004

✳ Panelist and Moderator of the "Ad Hoc Networks" panel, *IEEE MILCOM'97*, Monterey, CA, November 2-5, 1997

✳ Steering Committee and TPC Member of the *Fourth High Performance Communication Subsystems Workshop,* Sani Beach, Chalkididi, Greece, June 23-25, 1997

✳ Elected and served as the secretary (01/01/1997-12/31/1998), vice-chair (01/01/199-12/31/2000), and chair (01/01/2001-12/31/2002) of *IEEE Technical Committee on Personal Communications (TCPC),* later renamed as *IEEE Wireless Communications Technical Committee*

✳ Member of the NSF-NCR Workshop on "Research Priorities in Networking and Communications," May 12-14, 1994, Airlie House, Virginia

✳ Representing AT&T on *the Personal Conferencing Specification Working Group*

✳ Served on National Science Foundation review panels

✳ Vice-chair of the *2nd Workshop on High Performance Communication Subsystems (HPCS'93)*

✳ Organized and chaired "Who needs all-optical networks?" panel at *INFOCOM'93*

✳ Organized a session "Packet-switched Lightwave Networks: Comparison of Approaches" at the *Computer Communications Workshop*, Hilton Head Island, SC, October 20-22, 1992

✳ Member of *High-speed Protocols Panel* at *INFOCOM'91*, San-Francisco, CA, June 5-7, 1991

### (iv)   Technical Program Committees (chairing, co-chairing, and membership)

✳ Member of Technical Program Committee of the *IEEE Asia Pacific Conference on Wireless and Mobile (APWiMob 2016),* September 13-15, 2016, Bandung, West Java, Indonesia

✳ Member of Technical Program Committee of the *22nd Asia-Pacific Conference on Communications (APCC 2016),* August 25-27, 2016, Yogyakarta, Indonesia

✳ Member of Technical Program Committee of the *The Eighth International Conference on Ubiquitous and Future Networks (ICUFN 2016),* July 5-8, 2016, Vienna, Austria (CFP)

✳ Member of Technical Program Committee of the *4th International Conference on Connected Vehicles and Expo,* October 19-23, 2015, Shenzhen, China (CFP)

✳ Member of Technical Program Committee of the *6th International Conference on Data Communication Networking (DCNET 2015),* July 20-22, 2015, Colmar, Alsace, France

✳ Member of Technical Program Committee of the *18th ACM International Conference on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM'15),* November 2-6, 2015, Cancun, Mexico

*34*

✻ **Member of Technical Program Committee of** _IEEE International Conference on Advanced Technologies for Communications 2015 (ATC'15),_ **October 14-16, 2015, Ho Chi Minh City, Vietnam (CFP)**

✻ **Member of the Technical Program Committee of** _IEEE 2014 Globecom, Wireless Networks Track,_ **December 8-12, 2014, Austin, TX**

✻ **Member of the Technical Program Committee of the Workshop on** _Security in Ad Hoc Networks (SecAN),_ **Benidorm, Spain, June 22-27, 2014 (CFP)**

✻ **Member of the Technical Program Committee of** _IEEE Wireless Communications and Networking Conference, (WCNC'14) Track 3:NET,_ **Istanbul, Turkey,  April 6-9, 2014**

✻ **Member of the Technical Program Committee of** _IEEE 5th International Congress on Ultra Modern Telecommunications and Control Systems (ICUMT 2013),_ **Almaty, Kazakhstan, September 10-13, 2013**

✻ **Member of the Technical Program Committee of** _IEEE IFIP Networking 2013 Conference,_ **Brooklyn, New York, May 22-24, 2013 (CFP)**

✻ **Member of the Technical Program Committee of** _IEEE ICUFN 2013_, _Fifth International Conference on Ubiquitous and Future Networks 2013_, **Da Nang, Vietnam, July 2-5, 2013 (CFP)**

✻ **Member of Technical Program Committee of** _IEEE WCNC 2013_, **Shanghai, China, April 7-10, 2013 (CFP)**

✻ **Member of Technical Program Committee of** _IEEE PIMRC'12_ (_23rd IEEE International Symposium on Personal, Indoor and Mobile Radio Communications_), **Sidney, Australia, September  9-12, 2012 (CFP)**

✻ **Member of the Technical Program Committee of** ACM MSWiM 2012, **Paphos, Cyprus Island, October 21-25, 2012 (CFP)**

✻ **Member of Technical Program Committee of** ICUFN 2012 **(The Fourth International Conference on Ubiquitous and Future Networks), Puket, Tailand, July 4-6, 2012 (CFP)**

✻ **Member of Technical Program Committee of** IEEE WCNC 2012, **Track 3 Mobile and Wireless, Paris, France, April 1-4, 2012**

✻ **Member of Technical Program Committee of** IEEE ICUMT 2011, **Budapest, Hungary, October 5-7, 2011**

✻ **Member of Technical Program Committee of the** _"IEEE WCNC 2011, Network Track_," **Cancun, Mexico, March 28-31, 2011**

✻ **Member of Technical Program Committee of the** _"International Conference on ICT Convergence 2010 (ICTC 2010),_" **Jeju, Jeju Island, South Korea, Nov. 17-19, 2010**

✻ **Member of the International Program Committee of the** _"IASTED Asian Conference on Robotics and Control (AsiaRC 2010),_" **November 24-26, 2010, Bangkok, Thailand**

✻ **Member of the International Program Committee of the** _"IASTED International Conference on Robotics and Applications (RA 2010),_" **November 1-3, 2010, Cambridge, MA**

✻ **Member of the Technical Program Committee of** _"The 16th Asia-Pacific Conference on Communications (APCC 2010),_" **October 31-Nov. 3, 2010, Auckland, New Zealand**

✻ **Member of the International Program Committee (IPC) of the** _"IASTED International Conference on Wireless Communications (WC 2010),_" **July 15 – 17, 2010, Banff, Alberta, Canada**

✱ Member of Technical Program Committee of the "*IEEE Wireless Communication and Networking Conference (WCNC 2010)*," April 18-21, 2010, Sydney, Australia

✱ Member of the International Technical Committee of the "*IASTED International Conference on Robotics, Telematics and Applications (RTA 2009)*," October 12-14, 2009, Beijing, China

✱ Member of Technical Program Committee of the "*IEEE Vehicular Technology Conference (VTC'09/Fall)*," Anchorage, Alaska, September 20-23, 2009

✱ Member of Technical Program Committee of the "*IFIP Second Joint IFIP Wireless and Mobile Networking Conference (WMNC)*," Gdansk, Poland, Sept. 9-11, 2009

✱ Member of the International Program Committee of the "*IASTED International Conference on Robotics, Telematics and Applications (*RTA 2009)," October 12 – 14, 2009, Beijing, China (http://www.iasted.org/conferences/home-661.html)

✱ Member of the Technical Program Committee of  the "*Fifth IEEE International Conference on Mobile Ad-hoc and Sensor Systems (IEEE MASS 2008)*," Atlanta, GA, October 6-9, 2008

✱ Member of the Technical Program Committee of  the "*27th IEEE Conference on Computer Communications (INFOCOM 2008)*," Phoenix, AZ, April 13-19, 2008

✱ Chair, Technical Program Committee, "*Third IEEE International Conference on Mobile Ad Hoc and Sensor Systems (MASS 2006)*," Vancouver, Canada, October 9-12, 2006

✱ Member of the Technical Program Committee of the "*Third International Conference on Broadband Communications, Networks, and Systems (BROADNETS 2006)*," San Jose, CA, October 1-5, 2006

✱ Member of the Technical Program Committee of the "*1st International Workshop on Decentralized Resource Sharing in Mobile Computing and Networking*," in conjunction with ACM MOBICOM 2006, Los Angeles, CA, September 25, 2006

✱ Chair, Technical Program Committee, "*First Workshop on free and commercial Wireless Mesh Networks (OpComm'2006)*," Berlin, Germany, September 18-19, 2006

✱ Member of the Technical Program Committee of the "*26th Annual IEEE Conference on Computer Communications  (INFOCOM'07)*," Anchorage, Alaska, May 6-12, 2007

✱ Member of the Technical Program Committee of the "*IEEE VANET Workshop*, in conjunction with the *IEEE INFOCOM 2007* conference," May 6-12, 2007, Anchorage, AL

✱ Member of the Technical Program Committee of the "*Seventh ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc'06)*," Florence, Italy, May 22-25, 2006

✱ Member of the Technical Program Committee of "*MADNES'06*," Pythagorion, Samos, Greece, 2006

✱ Technical Program Committee member of the "*2006 IEEE International Conference on Networking, Sensing and Control*," Ft. Lauderdale, FL, April 23-25, 2006

✱ Member of the Technical Program Committee of "*International Workshop on Delay Tolerant Mobile Networks (DTMN)*," in conjunction with IWCMC 2006, Vancouver, Canada, July 3-6, 2006

✱ Member of the Technical Program Committee, "*The 16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*," International Congress Center (ICC), Berlin, Germany, September 11-14, 2005

* **Member of the Technical Program Committee, "*The First International Workshop on Security, Privacy and Trust in Pervasive and Ubiquitous Computing (SecPerU 2005),*" Santorini Island, Greece, July 14, 2005**

* **Member of the Technical Program Committee, "*ACM MobiHoc 2005,*" Urbana-Champaign, IL, May 24-28, 2005**

* **Member of the Technical Program Committee, "*MADNES'05,*" Singapore, 2005**

* **Member of the Technical Program Committee, "*2004 ACM Workshop on Security of Ad Hoc and Sensor Networks (SASN 2004),*" October 25, 2004, Wyndham City Hotel, Washington DC**

* **Technical Program Committee member, "*First IEEE International Conference on Sensor and Ad hoc Communications and Networks (SECON 2004),*" October 4-7, 2004, Santa Clara, CA**

* **Technical Program Committee member of the "*Fourth Mobile Multimedia Communications Workshop (MoMuC'98),*" Berlin, Germany, October 12-14, 1998**

* **Technical Program Committee member of the "*Ninth IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'98),*" Boston, MA, September 8-11, 1998**

* **Technical Program Committee member of the "*IEEE International Conference on Universal Personal Communications (ICUPC'98),*" Florence, Italy, October 5-9, 1998**

* **Technical Program Committee member of the "*Ninth IEEE Workshop on Local and Metropolitan Area Networks,*" Banff, Alberta, Canada, May 17-20, 1998**

* **Technical Program Committee member of the "*Workshop on Nomadic Computing,*" Geneva, Switzerland, April 1-5, 1997**

* **Technical Program Committee member of "*MOBICOM'97*"**

* **Technical Program Committee member of "*IEEE INFOCOM'97*"**

* **Technical Program Committee member of "*The Seventh IFIP Conference on High Performance Networking (HPN'97)*"**

* **Technical Program Co-Chair of "*ACM MOBICOM'96*"**

* **Technical Program Committee member of "*The 3rd International Workshop on Mobile Multimedia Communications (MoMuc-3),*" Princeton, NJ, Sept. 25-27, 1996**

* **Technical Program Committee member of "*The 6th IFIP International Conference on High Performance Networking (HPN'95),*" Palma De Mallorca, Balearic Islands, Spain, September 11-15, 1995**

* **Technical Program Committee member of the "*IEEE MILCOM'95*" conference**

* **Technical Program Committee member of the "*IEEE PIMRC'95*" conference**

* **Technical Program Committee member of the "*IEEE Wireless Computer Networks'94*" conference**

* **Technical Program Committee member of the "*IEEE GLOBECOM'94,*" representing the *IEEE Personal Communication Committee***

* **Served on the Technical Program Committee of "*ACM SIGCOMM'93*"**

* **Served on the Technical Program Committees of "*IEEE INFOCOM'90*", "*IEEE INFOCOM'91*", "*IEEE INFOCOM'92*", "*IEEE INFOCOM '93*", and "*IEEE INFOCOM '94*"**

# VI. PATENTS: GRANTED & PENDING

## (i) Granted

1. Sriram Nandha Premnath and Zygmunt J. Haas, "System And Method For A Practical, Secure And Verifiable Cloud Computing For Mobile Systems," US Patent Number: 9,736,128, date: August 15, 2017, assignees: The Board of Regents of the University of Texas System and Cornell Research Foundation

2. Rimon Barr, Zygmunt J. Haas, and Robbert Van Renesse, "System for and Method of Improving Discrete Event Simulation Using Virtual Machines," U.S. patent number: 7,624,383, date: November 24, 2009, assignee: Cornell Research Foundation (D-3413)

3. Zygmunt J. Haas and S. Sajama, "Independent-Tree Ad hoc Multicast Routing," U.S. Patent Number: 7,035,937, date: April 25, 2006, assignee: Cornell Research Foundation

4. Rung-Hung Gau and Zygmunt J. Haas, "Methods and Systems for Concurrent Paging of Mobile Users in Cellular Networks," U.S. Patent Number: 7,031,731, date: April 18, 2006, assignee: Cornell Research Foundation

5. Zygmunt J. Haas, "Routing and Mobility Management Protocols for Ad-Hoc Networks," U.S. Patent Number: 6,304,556, date: October 16, 2001, assignee: Cornell Research Foundation

6. Richard D. Gitlin, Zygmunt Haas, and Mark J. Karol, "System and Method for Optimizing Spectral Efficiency Using Time-Frequency-Code Slicing," U.S. Patent Number: 6,064,662, date: May 16, 2000, assignee: AT&T Corp.

7. Richard D. Gitlin, Zygmunt Haas, et al "System and Method for Optimizing Spectral Efficiency Using Time-Frequency-Code Slicing," U.S. Patent Number: 6,018,528, date: January 25, 2000, assignee: AT&T Corp.

8. Zygmunt J. Haas, "Multiply-Detected Macrodiversity Method and System for Wireless Communications," U.S. Patent Number: 5,774,814, date: June 30, 1998, assignee: Cornell Research Foundation

9. Zygmunt Haas and Sanjoy Paul, "Methods for Providing Secure Access to Shared Information," U.S. Patent Number: 5,719,938, date: February 17, 1998, assignee: Lucent Technologies

10. Zygmunt Haas, "Simultaneous Verify Local Database and Using Wireless Communication to Verify Remote Database," U.S. Patent Number: 5,598,534, date: January 28, 1997, assignee: Lucent Technologies

11. Zygmunt Haas and Chih-Lin I, "Beacon Based Packetized Cellular System with Real Time Processing," U.S. Patent Number: 5,577,168, date: November 19, 1996, assignee: Lucent Technologies

12. Zygmunt Haas, "Wireless Data Communications System for Detecting a Disabled Condition and Simulating a Functioning Mode in Response to Detection," U.S. Patent Number: 5,566,225, date: October 15, 1996, assignee: Lucent Technologies

13. Zygmunt Haas, "Optical Packet Synchronization Circuit," U.S. Patent Number: 5,485,298, date: January 16, 1996, assignee: AT&T Corp.

14. Zygmunt Haas, "Optical Packet Switch," U.S. Patent Number: 5,469,284, date: November 21, 1995, assignee: AT&T IPM Corp.

15. Zygmunt Haas and Mario A. Santoro, "Lightwave Transmission System Using Selected Optical Modes," U.S. Patent Number: 5,416,862, date: May 16, 1995, assignee: AT&T Corp.

16. Zygmunt Haas, et al, "Fiber-Optic Transmission Polarization-Dependent Distortion Compensation," U.S. Patent Number: 5,311,346, date: May 10, 1994, assignee: AT&T Bell Laboratories

17. Richard D. Gitlin and Zygmunt Haas, "Gigabit Per-Second Optical Packet Switching with Electronic Control," U.S. Patent Number: 5,278,689, date: January 11, 1994, assignee: AT&T Bell Laboratories

18. Zygmunt Haas, "Communications Architecture for High-speed Networking," U.S. Patent Number: 5,115,432, date: May 19, 1992, assignee: AT&T Bell Laboratories

19. Zygmunt Haas, "Photonic Local/Metropolitan Area Network," U.S. Patent Number: 4,970,717, date: November 13, 1990, assignee: AT&T Bell Laboratories

20. Richard Gitlin, Zygmunt J. Haas, Huseyin Arslan, Gabriel E. Arrobo, and Chao He, "System and Method for User-Specific Quality of Service Scheduling in Wireless Systems," U.S. Patent Number: 9,826,541, date: November 21, 2017, assignees: University of South Florida and Cornell University

**(ii) Pending** (in reverse order of filing dates)

1. Z.J. Haas and Z. Zheng, "Waveform Design for RF Power Transfer," US Patent Provisional Application, filing date: May 2, 2017, assignee: The Board of Regents of the University of Texas System

*39*