```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

CHARGEPOINT, INC.                *

         Plaintiff               *

    vs.                          *  CIVIL ACTION NO. MJG-17-3717

SEMACONNECT, INC.                *

         Defendant               *

*        *        *        *        *        *        *        *        *
```

JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's motion seeking dismissal of the Complaint.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant SemaConnect, Inc. against Plaintiff Chargepoint, Inc., dismissing all claims with prejudice with costs.

2. The following claims are invalid under 35 U.S.C. § 101:

   a. United States Patent No. 7,956,570 Claims 31 and 32;

   b. United States Patent No. 8,138,715 Claims 1 and 2;

   c. United States Patent No. 8,432,131 Claims 1 and 8; and

   d. United States Patent No. 8,450,967 Claims 1 and 2.

3. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

    4.    This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Friday, March 23, 2018.

                                          /s/
                                    Marvin J. Garbis
                            United States District Judge