**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| CHARGEPOINT, INC.,<br>    *Plaintiff*,<br><br>v.<br><br>SEMACONNECT, INC.,<br>    *Defendant*. | Civil Action No.  MJG-17-3717 |

## NOTICE OF APPEAL

Notice is hereby given that ChargePoint, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit this Court's Orders of March 23, 2018 (ECF 51, ECF 52), granting SemaConnect, Inc.'s Motion to Dismiss and entering judgment in favor of SemaConnect, Inc.

Respectfully submitted,

Dated:  March 26, 2018

*/s/ David S. Bloch*
Charles B. Klein (Fed. Bar No. 14504)
Zachary B. Cohen (Fed. Bar No. 20159)
**WINSTON & STRAWN LLP**
1700 K St., N.W.
Washington, DC 20006
(Tel.) (202) 282-5000
cklein@winston.com
zcohen@winston.com

David S. Bloch (*pro hac vice*)
Michael Rueckheim (*pro hac vice*)
James C. Lin (*pro hac vice*)
Pooya Shoghi (*pro hac vice*)
**WINSTON & STRAWN LLP**
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-4004
(Tel.) (650) 858-6500
dbloch@winston.com
mrueckheim@winston.com
jalin@winston.com
pshoghi@winston.com

*Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2018, in accordance with the Court's electronic case filing policies and procedures, the foregoing Notice of Appeal was electronically served on:

| | |
|---|---|
| Alan Whitehurst<br>Quinn Emanuel Urquhart and Sullivan LLP<br>1300 I Street, NW, Suite 900<br>Washington, DC 20005 | Deepa Acharya<br>Quinn Emanuel Urquhart and Sullivan LLP<br>1300 I Street, NW, Suite 900<br>Washington, DC 20005 |
| Marissa Ducca<br>Quinn Emanuel Urquhart and Sullivan LLP<br>1300 I Street, NW, Suite 900<br>Washington, DC 20005 | Scott Lerner<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street, NW, Suite 900<br>Washington, DC 20005 |
| Sean S. Pak<br>Quinn Emanuel Urquhart and Sullivan<br>50 California St., 22nd Fl.<br>San Francisco, CA 94111 | |

Dated:  March 26, 2018

*/s/ David S. Bloch*
David S. Bloch (*pro hac vice*)
**WINSTON & STRAWN LLP**
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-4004
(Tel.) (650) 858-6500
dbloch@winston.com